B181—Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

**COURT** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
COUNTY OF _____

EARL DAVIS,

                              Plaintiff(s)

against

SALANDER O'REILLY GALLERIES LLC F/K/A SALANDER O'REILLY GALLERIES INC. AND LAWRENCE B. SALANDER,

                              Defendant(s)

Index No. 07 CV 4165

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL CASE**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at BROOKLYN, NEW YORK
That on 6/5/07 at 4:18 P.M., at 22 EAST 71ST STREET, NEW YORK, NEW YORK deponent served the within summons, and complaint on LAWRENCE B. SALANDER defendant therein named,
IN A CIVIL CASE

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☒ by delivering thereat a true copy of each to SARAH ARNETT (CO-WORKER) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 6/6/07 AT 10:00 A.M.
C/O SALANDER O'REILLY GALLERIES LLC

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 63 E. 82ND STREET, NEW YORK, NY 10028 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 22 E. 71ST STREET, NEW YORK, N.Y. 10021 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
6/6/07

IRVING BOTWINICK
Notary Public, State of New York
No. 01BO4657147
Qualified in Rockland County
Commission Expires Oct. 31, 2009

PRINT NAME BENEATH SIGNATURE
JEROME E. GOLDMAN
License No. 1239192

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X       Case No.
EARL DAVIS,                                                                  07 CV 4165
                    Plaintiff,

                                                                     RIDER TO AFFIDAVIT
   -AGAINST-                                              OF SERVICE

SALANDER O'REILLY GALLERIES LLC
F/K/A SALANDER O'REILLY GALLERIES
INC. AND LAWRENCE B. SALANDER,

                    Defendants.
-------------------------------------------------------X

- SUMMONS IN A CIVIL CASE

- COMPLAINT

- CIVIL COVER SHEET

- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN DATED MARCH 21, 2001

- INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN REVISED OCTOBER 20, 2006

- THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL DATED JUNE 7, 2004

- GUIDELINES FOR ELECTRONIC CASE FILING DATED DECEMBER 1, 2003

- PROCEDURES FOR ELECTRONIC CASE FILING DATED MARCH 6, 2003