United States District Court
Southern District of New York

---

Earl Davis,

                    Plaintiff,

          -against-

Salander O'Reilly Galleries LLC, et al.,

                    Defendants.

AFFIDAVIT OF SERVICE
Index No: 07 CV 4165
Judge Stein

---

State of New York )
                                    ss:
County of Albany   )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on June 6, 2007 at approximately 12:50 p.m. deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Civil Cover Sheet, Summons in a Civil Case and Complaint, Individual Practices of Judge Sidney H. Stein revised October 20, 2006, Individual Practices of Magistrate Judge Debra Freeman dated March 21, 2001, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003 and Procedures for Electronic Case Filing dated March 6, 2003; that the company served was Salander-O'Reilly Galleries LLC, a domestic limited liability company sued herein as Salander O'Reilly Galleries LLC, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0"-5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

*Mary M. Bonville*

_____
Mary M. Bonville

Sworn to before me this _6th_ day of June, 2007

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010