UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL DAVIS,                                 :

                Plaintiff,         :

       -against-                           :

SALANDER O'REILLY GALLERIES, LLC,   :
ET ANO,
                                                          :
                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/07

07 Civ. 4165 (SHS) (DF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **XX** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| ___ | Settlement* | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: Defendants' motion to dismiss |
| | | | All such motions: ___ |

Dated: New York, New York
       June 18, 2007

SO ORDERED:

Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.