Exhibit 2

Stuart Davis Inventory as of 3/5/07

| Estate # | Location | Name of Work | sold | Net to Earl | SOR # | Medium | Date sold/Notes |
|---|---|---|---|---|---|---|---|
| Y4 | Mr. & Mrs.Falk | Coal Derrick | 125,000 | 100,000 | 3926 | oil | 2/20/04 ✓ |
| Y-6 | Craven Gallery | Dogtown | 0 | 0 | 3928 | oil | ? |
| Y7 | R. Wike | Farmer and Horse | 185,000 | 148,000 | 5313 | oil | 1999 ✓ |
| Y8 | J. Carroll | Airview | 0 | 0 | 5322 | oil | 1/27/97 |
| Y10 | Ashforth | Mobil Oil | 110,000 | 88,000 | 5334 | oil | No Invoice |
| Y12 | S, Parkes | (East) Gloucester –Harbor | 111,000 | 88,888 | 5324 | oil | No Invoice |
| Y.14 | S. Parkes | Untitled (Rainy Day) | 0 | 0 | 3947 | oil | |
| Y-17 | ? | **Summer House** | | | 5332 | *oil* | Checking |
| Y.18 | Altman | Portrait of a Man | 0 | 0 | 0 | oil | |
| Y.28 | R. Hurst | Bleecker Street | 0 | 0 | 5326 | oil | |
| Y.31 | B. Goldberg | Harbor Scene | 0 | 0 | 5343 | oil | ✓ |
| Y.32 | A. Yow | Woman in Landscape | 31,000 | 24,800 | 14390 | oil | 10/27/98 |
| Y.41A | M Markbreiter | A Cover, Gloucester Beach | 0 | 0 | 3925 | oil | |
| Y.41 | Hackett-Freedman | Bowsprit | 0 | 0 | 5318 | oil | |
| Y.45 | M. Brock | Market and Broad Street, Newark | 40,000 | 32,000 | 3938 | oil | 5/23/02 ✓ |
| Y-46 | Robert Adams | Windy Night, Newark | 0 | 0 | 3939 | oil | |
| Y.53 | Cape Ann | Gloucester Landscape | 0 | 0 | 5328 | oil | • |
| Y.57 | Thea Westreich | Setting Sun, Tioga | 250,000 | 200,000 | 5340A | oil | no invoice |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Y-61 | Owings-Dewey: | Tree | 75,000 | 60,000 | 5321 | oil | 8/20/03 |
| Y-62 | Owings-Dewey: | From the Shore | 0 | 0 | 11241 | oil |  |
| Y-64 | Owings-Dewey: | Tree and Urn | 0 | 0 | 4809 | oil |  |
| Y-65 | Owings-Dewey: | Garden Scene | 290,000 | 232,000 | 5344A | oil | 11/30/05 |
| Y.66 | M. Brock | Wharf | 0 | 0 | 12758 | oil |  |
| Y-69 | Owings-Dewey: | Still Life with Egg Beater | 60,000 | 48,000 | 3940 | oil | 8/12/04 |
| Y 70 | E. Woron | Landscape with Saw | 0 | 0 | 2785 | oil |  |
| | ??? | Composition with Saw |  |  |  | oil | Same painting as Landscape? |
| Y-70 |  |  | 0 | 624,800 | 10835 | oil |  |
| Y 74 | Gerald Peters | Still Life (any) | 0 | 0 |  | oil | 1/2/01 |
| Y-81 | Owings-Dewey: | Interior | 125,000 | 100,000 | 3933 | oil |  |
| Y-81B | Owings-Dewey: | New Mexican Peak | 125,000 | 100,000 | 5310 | oil | no interest |
| Y.81C | Owings-Dewey: | Mexican Girls | 125,000 | 100,000 | 4407 | oil | 1/2/01 |
| Y.81D | Owings-Dewey: | Mexican Family | 120,000 | 76,000 | 4406 | oil | 8/12/04 |
| Y.82B | J. McDld Williams | Indian Corn | 0 | 0 | 8456 | oil | Records:Earl pd $125,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Y.82C | B. Goodman | Roses in a Vase | 0 | 0 | 6080 | oil | |
| Y84A | Babcock | Little Giant Still Life (b/w) | 500,000 | 400,000 | 11260 | oil | 12/16/05 |
| Y-86 | ? | The Plan II | | | 3941 | oil | Mark Borghi? |
| Y 88 | Art Advisory | Twilight in Turkey | 375,000 | 300,000 | 7198 | oil | no invoice |
| Y-93 | Owings-Dewey: | Letter and his Ecol | 175,000 | 140,000 | 3956B | oil | 10/19/06? No invoice found |
| Y 96 | Gerald Peters | Theme for Eye Level | 0 | 0 | 3342 | oil | |
| Y 99 | J. Carroll | Abstraction | 130,000 | 104,000 | 3345 | oil | no invoice |
| Y 100 | ? | Untitled (Black and White Variation on Pochade) | 0 | 0 | 3346 | oil | Confirmed not returned |

| ID | Artist/Owner | Title | | | | | |
|---|---|---|---|---|---|---|---|
| O.1 | Babcock | Suffragettes | 30,000 | 24,000 | 3951 | paper | |
| O.11 | Babcock | Chinese Merchant | 17,500 | 12,250 | 4784 | paper | 4/7/06 |
| O.13 | Kraushaar | Portrait of Man with Cap | 37,000 | 25,900 | 11711 | paper | |
| O.23C | B. Goldberg | Glintenkamp on Bleecker | 0 | 0 | 11708 | paper | |
| O.23K | R. Barth | The Plaza | 27,000 | 21,600 | 3936 | paper | 12/27/02 |
| O.25 | Sofia? | Rurales #1. Cuba | 0 | | | paper | Returned? Earl checking |
| O.27 | Owings-Dewey: | Untitled, 1921 | 26,000 | 20,800 | 3963 | paper | 8/18/05 |
| O.28 | Owings-Dewey: | Greek Letter Backwards | 26,000 | 18,200 | 3962 | paper | 8/18/05 |
| O.30-A | Craven Gallery | Room Interior | 30,000 | 24,000 | 3953 | paper | 12/04 |
| O.47 | Mr. and Mrs. Andersen | On Location | 0 | 0 | 11264 | paper | |
| O.48 | Owings-Dewey: | Figure with Pear | 26,000 | 18,200 | 3958 | paper | 12/18/05 |
| O.52 | D.C. Moore | Untitled (Pear) | 11,250 | 7,875 | 3959 | paper | 2/9/99 |
| O.55 | R. Barth | Factory, Gas Pump and Boat | 22,500 | 15,750 | 3945 | paper | 12/19/01 |
| O.61 | Whitney | Untitled | 16,000 | 11,200 | 3954 | paper | |
| O.63 | A. Pitch | Theater Crowd | 25,000 | 20,000 | 7161 | paper | 12/97 |

| | | | 11,875 | 8,300 | 11683 | drawing | *Not in database, confirmed not returned* |
|---|---|---|---|---|---|---|---|
| B.10 | N. Richardson | Composition with Paintings and Town Square (Studio Interior with "Plaza") | | | | drawing | |
| B-12 | Babcock? | Study for Percalator | | | ? | drawing | Confirmed not returned |
| B-13 | Am Fed. Arts? | Untitled (Study for Mural) | 0 | 0 | 4553 | drawing | Confirmed not returned |
| B.16 | ? | Study for Radio City Music Hall | 0 | 0 | 11250 | drawing | Confirmed not returned |
| B.16A | Babcock | Configuration | 45,000 | 31,500 | 16323 | drawing | ✓ |
| B-18 | Owings-Dewey: | Radio Tube | 5,500 | 3,850 | 6001 | drawing | 10/3/03 ✓ |
| B.19B | J. Carroll | Drawing for Report from Rockport | 125,000 | 87,500 | 10834 | drawing | *no mml* |
| B.20 | J. Carroll | Pad Series #1 | 18,000 | 12,600 | 11716 | drawing | *no mml* |
| B.20B | J. Carroll | Drawing from Pad Series #3 | 85,000 | 59,500 | 4542 | drawing | *no mml* |
| B.23-1 | Babcock | Drawing for Pennsylvania | | | | | At Armory Show for $115,000 |
| B 50 | Cape Ann? | Summer Landscape | 0 | 0 | 11715 | drawing | Earl is checking, donation? |
| B.76 | D.C. Moore | Figure on the Dock | 4,000 | 2,800 | 7130 | drawing | *no mml* |
| B.84 | J. Tanenbaum | New York Study | 0 | 0 | 7143 | drawing | |
| B86 | ? | Clock and Telephone | 0 | 0 | 12827 | drawing | |
| B-89 | Novatts | Study for Hightstown Turnoff | 0 | 0 | 3557 | drawing | *nfg* |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B.102 | Novatts | Sketch for On Location | 0 | 0 | 3558 | drawing | *return* |
| B-104 | Novatts | Drawing for Bois | 0 | 0 | 4788 | drawing | *return* |
| | | | | | | | |
| B-116 | Owings-Dewey: | Gloucester Study | 0 | | 7141 | drawing | |
| SD-4 | Babcock | Drawing for Smith Cove | 75,000 | 52,500 | 4804 | drawing | *no 1 mtrl* |
| | | | | | | | |
| 1-1 | D.C. Moore | Sketchbook #1-1 | 5,000 | 3,500 | 11354 | sketchbook | *9/14/99* |
| 1-13 | | Cigar and Hand Held Before View Looking Northwest from … | 0 | 0 | 5989 | sketchbook | |
| 2-13 | J. Tanenbaum | 6th Avenue El from Washington Mkt. | 0 | 0 | 10821 | sketchbook | |
| 3-3 | Cape Ann | Sketchbook (Gloucester 3-3) | 0 | 0 | 16315 | sketchbook | Donation? Earl is checking |
| 7-15 | Y. Kessler | Street Scene with Boulanger | 12,000 | 8,400 | 4545 | sketchbook | *no mtrl* |
| 8-10 | D.C. Moore | Sketchbook 11-10 | 6,500 | 4,550 | 6005 | sketchbook | *no mtrl* |
| 9-4 | Cape Ann | Sketchbook (Sailboat and Lighthouse) | 0 | 0 | 7132 | sketchbook | Donation? Earl is checking |
| 9-14 | J. Tanenbaum | Drawing for Garage Lights | 0 | 0 | 3586 | sketchbook | |
| 10-3 | D.C. Moore | Sketchbook #10-3 | 6,500 | 4,550 | 5199 | sketchbook | *no mtrl* |

| ID | Source | Title | | | | Number | Type | Donation? Earl is checking / Check this |
|---|---|---|---|---|---|---|---|---|
| 10-4 | Cape Ann | Sketchbook #10-4 (Eraldine and Phyllis) | 0 | 0 | 0 | 7135 | sketchbook | Check this |
| 10-7 | Babcock? | Sketchbook (Gloucester) | 25,000 | 17,500 | | 16315 | sketchbook | no 1 none |
| 11-6 | Earl? | Sketchbook #11-6 | 0 | 0 | | 5198 | sketchbook | |
| 11-19 | Montebello | Sketchbook #11-19 | 7,500 | 5,250 | | 11707 | sketchbook | no 1 none |
| 11-20 | J. Rivkin | Untitled (Sketchbook #11-20) | 8,500 | 5,950 | | 4551 | sketchbook | no 1 none. |
| 13-11 | D.C. Moore | Sketchbook 13-11 | 6,500 | 4,550 | | 16876 | sketchbook | no 1 none |
| 13-1 | Wash Museum | Study for Max II | 0 | 0 | | 19865 | sketchbook | |
| 15-5 | Craven Gallery | Sketchbook (Gloucester 15-5) | 30,000 | 21,000 | | 11692 | sketchbook | no 1 none |
| 16-8 | Owings-Dewey: | Sketchbook (Gloucester Dock Scenes 16-8) | 15,000 | 10,500 | | 11702 | sketchbook | 8/12/04 |
| 17-10 | Babcock | Sketchbook #17-10 | 10,000 | 7,000 | | 5200 | sketchbook | no none |
| 17-16 | J. Tanenbaum | Sketchbook (Gloucester 17-16) | 2,750 | 1,925 | | 11689 | sketchbook | no 1 none |
| 17-18 | Alpha Gallery | Sketchbook 17-18 | 6,500 | 4,550 | | 5197 | sketchbook | no none |
| 20-6 | E. Lenkin | Untitled (New York) | 5,000 | 3,500 | | 6003 | sketchbook | no 1 none |
| 23-3 | P.F. Drexler | George Wetling Composition | 20,000 | 14,000 | | 11700 | sketchbook | 3/17/03 |
| 23-4 | J. Carroll | Rhythm (sic) | 28,000 | 22,400 | | 4555 | sketchbook | no 1 min |
| 24-10 | Altman | Detail Study from Pad Series #2 | 8,500 | 5,950 | | 4549 | sketchbook | 5/24/05 |

| ID | Owner | Title | Value | | Number | 11/28/05 | |
|---|---|---|---|---|---|---|---|
| Y.69A<br>Y.74.A<br>Y.68.A<br>Y.84.B | | Red Table (Still Life Red)<br>Brown Table (Still Life Brown)<br>Still Life with Dial<br>Study for Windshield Mirror | 2,195,000 for group of 4 ptgs | | | | |
| Y.89 | | Punch Card Flutter | 2,125,000 | | 3833 | 5/11/06 | |
| Y.68<br>O.40<br>O.42-A<br>O.44<br>O.96<br>O.58<br>O.59<br><br>B.88<br>SD3<br>O.23-1<br>B.6<br>B.15-A | | Book, Compote and Glass<br>Allee (Preliminary Sketch for Drake University)<br>Section Study for Allee<br>Highstown Turnoff<br>The Saint<br>Design for Flying Carpet<br>Untitled (Study for Flying Carpet 3)<br>Cubist Drawing<br>Cats, Girls Washing Hair<br>Woman with Shawl<br>Untitled Drawing<br>Drugstore Reflection | 650,000 for group of 12 works | | 3923<br>3344<br>4820<br>4805<br>11731<br>5704<br>3946<br>4550<br>11728-A<br>3935<br>24838<br>24840 | 5/12/06 | |
| B 111 | Earl | A la Coupon | 0 | 0 | 0 | drawing | Confirmed returned |
| 17-17 | Earl | Sketchbook 17-17 | 0 | 0 | | sketchbook | Confirmed returned |

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7533

February 20, 2004

Mr and Mrs Edward Falk
79 East 79th Street
New York NY  10021

**STUART DAVIS**
Coal Derrick (Tow and Harbor), 1916-17
Oil on canvas
24 1/4 inches by 30 inches

*Provenance:*
      Estate of the artist

Price                                          $175,000.00

NY Sales tax 8.625%                      +  15,093.75

Balance due                                $190,093.75


Thank you.

*[handwritten note]* NOTE: James Anderson — 17 frames — 50 each & 125 new
Net to SOR

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5567

J. Roffe Wike, II
Toad Hall
2125 Twinbrook Road
Berwyn PA  19312

**STUART DAVIS**
Farmer and Horse, Tioga, PA
Oil on canvas
23 3/4 inches by 30 inches

Price:                                                    $185,000.00

No tax/ Shipped out of State

Thank you.

SALANDER-O'REILLY GALLERIES

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5242

January 27, 1997

Mr Henry Ashforth
514 Round Hill Road
Greenwich CT  06811

STUART DAVIS
(1892-1964)
Gas Station with Cars (Mobil Oil)
1917
Oil on canvas
23 inches by 19 1/8 inches

*Provenance:*
    Estate of the Artist

*Exhibited:*
    "Stuart Davis, Provincetown and Gloucester: Paintings and Drawings", Grace Borgenicht Gallery, New York, NY, April 1 - 26, 1986, no. 24;
    "Stuart Davis: 'Scapes: An Exhibition of Landscapes, Cityscapes and Seascapes made between 1919 and 1923", Salander-O'Reilly Galleries, New York, NY, March 2 - 31, 1990, no. 32;
    "Stuart Davis", Koriyama City Museum of Art, Japan, July 8 - August 6, 1995; The Museum of Modern Art, Shiga, Japan, August 12 - October 1, 1995; Tokyo Metropolitan Teien Museum, Japan, October 10 - November 26, 1995, no. 16

*Bibliography:*
    Stuart Davis: 'Scapes, exhibition catalogue, New York, Salander-O'Reilly Galleries, 1990, cat. no. 32 (illustrated);
    Stuart Davis: American Painter, exhibition catalogue, New York, The Metropolitan Museum of Art, 1991, p. 138 (illustrated);
    Stuart Davis, exhibition catalogue, Japan, Koriyama City Museum of Art; The Museum of Modern Art, Shiga; Tokyo Metropolitan Teien Museum, 1995, no. 16 (illustrated)

PRICE:                                                                    $110,000.00
No Tax/ Shipped out of State

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5673

October 27, 1998

Mr Andrew N. Yao
107 Leighton Drive
Bryn Mawr PA  19010

**STUART DAVIS**
<u>Women in Landscape</u>
1914
Oil on board
12 inches by 16 inches

Price:                                                                    $31,000.00

No tax/ Shipped out of State

Thank you.

SALANDER-O'REILLY GALLERIES

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7274

May 23, 2002

Mark Brock
174 Sunset Road
Carlisle MA  01741

STUART DAVIS
Market on Broad Street, Newark, New Jersey, 1917
Oil on panel
16 inches by 12 1/2 inches

Price:                                                    $40,000.00**

**Terms of payment:
        $6666.66 due May 23, 2002
        $6666.66 due on or before June 23, 2002
        $6666.66 due on or before July 23, 2002
        $6666.66 due on or before August, 23, 2002
        $6666.66 due on or before September 23, 2002
        $6666.70 due on or before October 23, 2002

No tax/ Shipped out of State

**Salander-O'Reilly Galleries**, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7452

August 20, 2003

Owings-Dewey Fine Art
76 San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Tree, 1921
Oil on canvas
18 7/8 inches by 25 1/8 inches

Price:                                        $75,000.00

No tax/ Resale on file

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice No 7758B

November 30, 2005

Owings-Dewey Fine Art
76 San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Garden Scene, 1921
Oil on canvas
20 inches by 40 inches

Price:                                              $290,000.00

No tax/ Shipped out of state

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY. 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7591

August 12, 2004

Owings Dewey Fine Art
76 East San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Still Life with Eggbeater, 1922
Oil on canvas
12 x 19 inches                                    $60,000.00

Mexican Family, 1923
Oil on board
20 1/8 x 16 1/8 inches                            $120,000.00

Sketchbook (Gloucester Dock Series 16-8), 1933
Pencil on paper
8 x 10 inches                                      $15,000.00


Balance Due:                                      $195,000.00



No tax/ Shipped out of state

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7024

January 2, 2001

Owings-Dewey Fine Art
76 East San Francisco Street
Santa Fe NM   87501

**STUART DAVIS**
Mexican Girls (1923)
Oil on artists board
20 inches by 16 inches

**STUART DAVIS**
Interior (1923)
Oil on artists board
20 inches by 16 inches

Price:                                                          $250,000.00

No tax/ Resale certificate on file

Invoice No 7762

December 16, 2005

John Driscoll
Babcock Gallery
724 Fifth Avenue
New York NY  10019

STUART DAVIS
Little Giant Still Life (Black and White Version), 1953
Casein and traces of pencil on canvas
32 7/8 by 43 inches

Price:                                          $500,000.00**

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice No 7801

April 7, 2006

Kraushaar Galleries Inc
724 Fifth Avenue
New York NY  10019

**STUART DAVIS**
Portrait of a Man, 1912
Watercolor
10 ½ by 14 5/8 inches

Price:                                    $37,000.00

No tax/ Resale certificate on file

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7338

December 27, 2002

Richard  Barth
470 West End Avenue
Apt 15D
New York  NY  10024

STUART DAVIS
The Plaza, 1918-19
Watercolor on paper
18 inches by 24 inches

Price:                                                          $27,000.00

NY Sales Tax 8.25%:                                      +  2227.50


Balance Due:                                               $29,227.50

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  Fax 212-400-4490

Invoice No 7728

August 18, 2005

Owings-Dewey Fine Art
76 East San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
<u>Greek Letter Backwards,</u> 1921
Watercolor and pencil on paper
17 ¼ inches by 23 inches

<u>Untitled,</u> 1921
Watercolor, pencil and ink on paper
23 inches by 17 inches

<u>Figure with Pear,</u> 1925
Watercolor and pencil on paper
15 inches by 18 inches

Price:                              $80,000.00

No tax/ Shipped out of state

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7588

Craven Gallery
P.O. Box 593
West Tisbury MA  02575


**LENNART ANDERSON**
Still Life with Fruit and Potted Plant
Oil on canvas
10 ¼ x 8 inches


**STUART DAVIS**
Room Interior, 1925
Watercolor on paper
12 1/8 x 9 ½ inches


Balance due:              $36,000.00



No tax/ Shipped out of state

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5749

February 9, 1999

D C Moore Gallery
724 Fifth Avenue
New York NY  10019

**STUART DAVIS**
<u>Untitled (Pear)</u>
1921
Watercolor and pencil on paper
17 inches by 12 1/4 inches
#3959

<u>Balance Due:</u>                                                <u>$11,250.00</u>

No tax/ Resale on file.

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7176

December 19, 2001

Richard  Barth
470 Westend Avenue
New York NY  10024

STUART DAVIS

Factory, Gas Pump and Boat
c 1930
Ink and gouache on paper
10 inches by 15 1/2 inches

| | |
|---|---|
| Price with discount: | $22,500.00 |
| NY Sales Tax 8.25%: | +   1856.25 |
| Balance Due: | $24,356.25 |

Paid by check

Thank you.

**Salander-O'Reilly Galleries**, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5342

Bernard Goldberg
1067 Fifth Avenue
New York NY  10128

**STUART DAVIS**
Theatre Crowd
1911
Watercolor on paper
14 inches by 18 1/2 inches
Signed nad dated in the lower right:
    'Stuart Davis 1911'
Price:                                                                 $25,000.00

**GASTON LACHAISE**
Seated Nude
c. 1930
Conte crayon on paper
16 inches by 10 3/4 inches
Price:                                                                 $7000.00

**ELIE NADELMAN**
Female Head
c. 1907-09
Cherry wood relief
14 1/2 inches by 9 1/2 inches
Price:                                                                 $68,000.00


Total:                                                                 $100,000.00

NY Sales Tax 8.25%:                                           +    $8250.00

BALANCE DUE:                                                   $108,250.00**

**Terms of Payment as agreed:

$41,583.33 due October 14, 1997
$33,333.33 due November 15, 1997
$33,333.33 due December 15, 1997

**Salander-O'Reilly Galleries**, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7468

*[handwritten: File PO 11/03 + 12/03]*

October 3, 2003

Owings Dewey Fine Art
76 East San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Still Life with Dial, 1922
Oil on canvas
49 1/2 inches by 32 inches

**STUART DAVIS**
Radio Tube (for History of Communications Mural), 1939
Pencil on paper
7 1/8 inches by 4 3/8 inches

Price:                                        $645,000.00

*[handwritten: $385, on Earl Davis*
*+ 15, on Leigh Morse*
*$245, on LCC]*

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 5858

September 14, 1999

D C Moore Gallery
724 Fifth Avenue
New York NY  10019

STUART DAVIS
Sketchbook I-1
1931
Pencil on paper
7 3/8 inches by 11 inches

Price:                                                                         $5000.00

No tax/ Resale on file.

Thank you.

# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY 10021   Tel (212) 879-6606   Fax 212 744 0655

Invoice No 7369

March 17, 2003

Peggy Drexler
32777 Pacific Avenue
San Francisco CA  94118

STUART DAVIS
George Wettling Composition, 1931
Graphite on paper
12 inches by 18 inches

Special courtesy price:                                              $20,000.00

No tax/ Shipped out of state

Thank you.

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street   New York, NY 10021   Telephone 212-879-6606   FAX 212-400-4490

Invoice No 7817

May 12, 2006

Babcock Galleries
Attn: John Driscoll
724 Fifth Avenue
New York NY 10019

BY FAX TO (212) 767 1852

**Stuart Davis**
Book, Compote and Glass, 1922
Oil on canvas
18 ¼ x 30 inches
sor 3923

Allee (Preliminary Sketch for Drake University Mural), 1955
Gouache on Photostat on paper
8 ¼ x 34 7/8 inches
sor 3344

Section Study for Allee, 1955
Gouache on paper
8 x 11 inches
sor 4820

Highstown Turnoff, 1960
Casein on paper
11 3/8 x 15 ¼ inches
sor 4805

The Saint (Book Illustration), 1943
Gouache on cardboard
15 x 20 inches
sor 11731

## SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Design for Flying Carpet, 1942
Gouache on paper
7 x 8 ¾ inches
sor 5704

Untitled (Study for Flying Carpet #3), 1942
Watercolor, crayon, pencil and gouache on paper
6 ¼ x 8 ½ inches
sor 3946

Cubist Drawing,
Wash and pencil on paper
7 ½ x 6 ¾ inches
sor 4554

Cats, Girls Washing Hair, 1912
Watercolor on paper
12 ½ x 14 ½ inches
sor 11728-A

Woman with Shawl
Watercolor on paper
23 x 17 ½ inches
sor 3935

Untitled Drawing, 1923
Ink and traces of pencil on paper
22 x 16 ¾ inches
sor 24838

Drugstore Reflection, 1932
Ink and pencil on paper
7 5/8 x 9 ½ inches
24840

Price:                                        $650,000.00

Please remit by wire to
First Republic Bank
ABA: 321081669
Account name: Salander-O'Reilly Galleries LLC
Account number: 979000-47238

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice No 7757

November 28, 2005

Owings-Dewey Fine Art
76 San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Study for Windshield Mirror: Untitled (Black and White
Variation on Windshield Mirror), 1955-56
Casein on canvas
54 inches by 76 inches

Still Life with Dial, 1922
Oil on canvas
49 ¾ inches by 32 inches

Still Life Red, 1922
Oil on canvas
50 inches by 32 inches

Still Life Brown, 1922
Oil on canvas
50 inches by 32 inches

Balance due:                          $2,195,000.00

No tax/ Shipped out of state

Thank you.

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice No 7815

May 11, 2006

Michael N. Altman Fine Arts & Advisory Services, LLC
11 East 68th Street
New York NY 10021

**STUART DAVIS**
Punch Card Flutter
Oil on canvas
1963
24 inches by 32 inches

Price:                                    $2,125,000.00

No tax/ Resale certificate on file.

Please remit by wire to:
First Republic Bank
ABA: 321081669
Account name: Salander-O'Reilly Galleries LLC
Account number: 979000-47238