Exhibit 9

## Works Listed in UCC #1 Filings

1.  "Elite (Black and White Variation on Pochade)," casein on canvas, 45x56, 1956-58
    (catalogue plate #7)
    (Joe Carroll UCC dated 2/10/06)
    (Joe Carroll UCC dated 2/17/06)
    (Joe Carroll UCC dated 4/18/06)
    (Joe Carroll UCC dated 7/17/06)
    (Joe Carroll UCC dated 9/20/06)
    --This work is on the January 2007 List.

2.  "Graveyard on the Dunes – Provincetown," o/c, 1913, 38x30
    (Joe Carroll UCCs dated 7/17/06; 10/18/06)
    --This Work was returned to Plaintiff in the second half of 2006.

3.  "Cubist Study: Brick Gas Tank," o/c, 1916, 23x19
    (Joe Carroll UCCs dated 7/17/06; 10/18/06)
    --This Work was returned to Plaintiff in the second half of 2006.

4.  "Cubist Study: Airview," o/c, 1916, 30x24
    (Joe Carroll UCC dated 7/17/06)
    --This work is on the January 2007 List.

5.  "Tobacco Fields, Tioga, Pennsylvania," o/c, 1919, 23x29
    (Joe Carroll UCCs dated 7/17/06; 10/18/06)
    --This work is on the January 2007 List.

6.  "Untitled (Abstract Still Life)," o/c, 22x33, circa 1922-23
    (Joe Carroll UCC dated 7/17/06)
    --This work is on the January 2007 List.

7.  "Working Drawing for Bass Rocks No. 1 and Bass Rocks No. 2," pencil on paper,
    1939, 33x41
    (Joe Carroll UCC dated 7/17/06)
    --This work is on the January 2007 List.

8.  "Black and White Variation on Town Square," (Drawing for Report from Rockport)
    ink on paper, circa 1950-64, 26x32
    (Joe Carroll UCCs dated 7/17/06; 10/18/06)
    --This work is on the January 2007 List.

9.  "Black and White Variation on Pochade I (Elite #6)," casein on canvas, circa 1956-
    58, 45x56
    (Joe Carroll UCC dated 7/17/06)
    --This work is on the January 2007 List.

294525/24243                                        1

10.   "Standard Brand #2 (Pad Complet and Standard Brand)," casein and traces of pencil on paper, 1960-61, 12x10
(Joe Carroll UCC dated 9/20/06)
(Joe Carroll UCC dated 10/17/06)
(Joe Carroll UCC dated 10/18/06)
--This Work was returned to Plaintiff in the second half of 2006.

11.   "Art Digest" Cover, guache and traces of pencil on paper, 1953, 18x12
(Joe Carroll UCC dated 10/18/06)
--This Work was returned to Plaintiff in the second half of 2006.

12.   "Drawing for Egg Beater No. 1," pencil and orange crayon on paper, 1927, 16x21
(Joe Carroll UCC dated 10/18/06)
--This Work was returned to Plaintiff in the second half of 2006.

13.   "Drawing for Percolator," pencil on paper, 1927, 19x16
(Joe Carroll UCC dated 10/18/06)
--This Work was returned to Plaintiff in the second half of 2006.

14.   "Drawing for Matches," pencil and red and green crayon on paper, 1927, 20x13
(Joe Carroll UCC dated 10/18/06)
--This Work was returned to Plaintiff in the second half of 2006.

**325247**    **2006 FEB 10  AM 10: 54**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
| --- |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only *one* debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| SALANDER | | LAWRENCE | | | |
| 1c. MAILING ADDRESS | | CITY | | STATE / POSTAL CODE | COUNTRY |
| 22 EAST 71 STREET | | NEW YORK | | NY / 10021 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | | INDIVIDUAL | NEW YORK | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only *one* debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| SALANDER-O'REILLY GALLERIES INC. | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | | STATE / POSTAL CODE | COUNTRY |
| 22 EAST 71 STREET | | NEW YORK | | NY / 10021 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
| | | CORPORATION | NEW YORK | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only *one* secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| JOSEPH P. CARROLL LTD. | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | | STATE / POSTAL CODE | COUNTRY |
| C/O JOSEPH P. CARROLL 200 EAST 66 ST., SUITE D-1905 | | NEW YORK | | NY / 10021-1905 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE ATTACHED SCHEDULE

---

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
| --- | --- | --- | --- | --- | --- | --- |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| SOS NY    862619    565 | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# FILING NUMBER: 200602100136056

**DEBTORS:**    Mr. Lawrence Salander
22 East 71 Street
New York NY 10021

Salander –O'Reilly Galleries Inc.
22 East 71 Street
New York NY 10021

**SECURED PARTY:**    Joseph P. Carroll Ltd.
c/o Joseph P. Carroll
200 East 66 Street, D-1905
New York, NY 10021-9190

**COLLATERAL**

Collateral shall include the following works of art and all proceeds therefrom:

Albert Pinkham Ryder, 1847-1917
**HOMEWARD AT TWILIGHT**
Oil on canvas laid down on panel, 8 x 10 in.
Original Carrig-Rohane Frame inscribed:
    *"Carrig-Rohane Shop Inc./ RC & NM Vose/ Boston/1920/ #2521."*

Marsden Hartley, 1877-1943
**STILL LIFE: LEATHERY LEAVES,** c 1920
Oil on board, 25 1/2 x 21 1/2 in
Inscribed in pencil on verso: *"Leathery Leaves by Marsden Hartley"*
Two black ink *"AS"* Alfred Stieglitz Estate Stamps on verso.

Ralston Crawford, 1906-1978
**BOX CAR,** 1941 - SOR# 25516
Oil on canvas, 16 x 22 in.

Stuart Davis, 1892-1964
**ELITE (BLACK AND WHITE VARIATION ON POCHADE),** c.1956-58
Casein on canvas, 45 x 56 in.
(Salander-O'Reilly Stuart Davis BLACK AND WHITE catalogue plate seven {#7})

Odilon Redon, 1840-1916
**PAYSAGE ITALIAN**
13 x 18 1/4 in. (33 x 46.5 cm.)
Oil on canvas, Signed twice, bottom left and right, *" Odilon Redon"*

Odilon Redon, 1840-1916
**HEAD OF CHRIST,** c. 1895
11 1/2 x 8 1/2 in. (29 x 21.5 cm.)
Pastel and gouache on cardboard, Signed *"Odilon Redon"* lower right

Odilon Redon, 1840-1916
**HEAD OF WOMAN AND ROSES (PORTRAIT OF CAMILLE REDON),** c. 1881
Charcoal on paper, 20 3/4 x 14 3/4 in. (52.6 x 37.5 cm.), Signed *"Od.R"* lower left

Page 1/2

Jean-Auguste-Dominique Ingres, 1780-1867
HEAD OF JUPITER IN PROFILE, c. 1809-1810
Oil on canvas. 48 x 40 cm. (18 7/8 x 15 3/4 in.)

Henri (*Le Douanier*) Rousseau, 1844-1910
LA CITADEL, c. 1893
Oil on board on cradled panel, 18 x 13 in.
Signed lower right "*Henri Rousseau*"

Page 2/2

325284    2006 FEB 17 PM 2: 56

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CSC 50
RAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

200602100136056  02/10/2006

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SALANDER | LAWRENCE | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

SEE ATTACHED SCHEDULE

9. **NAME or SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

SOS NY

875574  565

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 200602170159806

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as Item 1a on Amendment form)

200602100134056

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as Item 9 on Amendment form)
12a. ORGANIZATION'S NAME

JOSEPH P. CARROLL LTD.

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|----|----|----|----|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR:
SALANDER-O'REILLY GALLERIES INC.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV 07/29/98)

**DEBTORS:**  Mr. Lawrence Salander
22 East 71 Street
New York NY 10021

Salander –O'Reilly Galleries Inc.
22 East 71 Street
New York NY 10021

**SECURED PARTY:**  Joseph P. Carroll Ltd.
c/o Joseph P. Carroll
200 East 66 Street, D-1905
New York, NY 10021-9190

**COLLATERAL**
Collateral shall include the following works of art and all proceeds therefrom:

Ralston Crawford, 1906-1978
**BOX CAR**; 1941 - SOR# 25516
Oil on canvas, 16 x 22 in.

Stuart Davis, 1892-1964
**ELITE (BLACK AND WHITE VARIATION ON POCHADE)**, c.1956-58
Casein on canvas, 45 x 56 in.
(Salander-O'Reilly Stuart Davis BLACK AND WHITE catalogue plate seven {#7})

Odilon Redon, 1840-1916
**PAYSAGE ITALIAN**
13 x 18 1/4 in. (33 x 46.5 cm.)
Oil on canvas, Signed twice, bottom left and right, " *Odilon Redon*"

Odilon Redon, 1840-1916
**HEAD OF CHRIST**, c. 1895
11 1/2 x 8 1/2 in. (29 x 21.5 cm.)
Pastel and gouache on cardboard, Signed "*Odilon Redon*" lower right

Odilon Redon, 1840-1916
**HEAD OF WOMAN AND ROSES (PORTRAIT OF CAMILLE REDON)**, c. 1881
Charcoal on paper, 20 3/4 x 14 3/4 in. (52.6 x 37.5 cm.), Signed "*Od.R*" lower left

Charles Sheeler, 1883-1965
**BARN ABSTRACTION**, 1946
Tempera on paperboard, 21 1/2 x 29 3/8 in.
Signed and dated lower right "*Charles Sheeler-1946*"

Marsden Hartley, 1877-1943
**CHEZ PRUNIER**, c. 1924
Oil on canvas, 32 x 25 ¾ in. (81.3 x 65.4 cm.)
Signed and titled on the stretcher "*MARSDEN HARTLEY CHEZ PRUNIER PARIS*"
Rectangular red stamp on the verso and on stretcher "*MARSDEN HARTLEY PARIS*"

Page 1/2

Marsden Hartley, 1877-1943
CYNICAL BLUE AND JOVIAL BROWN, DOGTOWN, 1931
Oil on board, 18 x 24 inches
Signed, titled and dated verso:
  "cynical blue/jovial brown/dogtown/1931/marsden hartley"

Jean-Auguste-Dominique Ingres, 1780-1867
HEAD OF JUPITER IN PROFILE, c. 1809-1810
Oil on canvas, 48 x 40 cm. (18 7/8 x 15 3/4 in.)

Henri (Le Douanier) Rousseau, 1844-1910
LA CITADEL, c. 1893
Oil on board on cradled panel, 18 x 13 in.
Signed lower right "Henri Rousseau"

Page 2/2

**325449**        2006 APR 18  AM 10: 33

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 200602100136056  02/10/2006 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record.  Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION.**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SALANDER | LAWRENCE | B. | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐restated collateral description, or describe collateral ☐assigned.

SEE ATTACHED SCHEDULE

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
SOS NY        993694-5  SGS

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# FILING NUMBER: 200604180330680

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

200602100136056

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

JOSEPH P. CARROLL LTD.

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR: SALANDER-O'REILLY GALLERIES LLC

325449

2006 APR 18  AM 10: 33

**DEBTORS:**  Lawrence B. Salander
22 East 71 Street
New York NY 10021

Salander–O'Reilly Galleries LLC
22 East 71 Street
New York NY 10021

**SECURED PARTY:**  Joseph P. Carroll Ltd.
c/o Joseph P. Carroll
200 East 66 Street, D-1905
New York, NY 10021-9190

**COLLATERAL**
Collateral shall include the following works of art and all proceeds therefrom:

Ralston Crawford, 1906-1978
BOX CAR, 1941 - SOR# 25516
Oil on canvas, 16 x 22 in.

Stuart Davis, 1892-1964
ELITE (BLACK AND WHITE VARIATION ON POCHADE), c.1956-58
Casein on canvas, 45 x 56 in.
(Salander-O'Reilly Stuart Davis BLACK AND WHITE catalogue plate seven {#7})

Marsden Hartley, 1877-1943
CHEZ PRUNIER, c. 1924
Oil on canvas, 32 x 25 ¾ in. (81.3 x 65.4 cm.)
Signed and titled on the stretcher "MARSDEN HARTLEY CHEZ PRUNIER PARIS"
Rectangular red stamp on the verso and on stretcher "MARSDEN HARTLEY PARIS"

Marsden Hartley, 1877-1943
CYNICAL BLUE AND JOVIAL BROWN, DOGTOWN, 1931
Oil on board, 18 x 24 inches
Signed, titled and dated verso:
   "cynical blue/jovial brown/dogtown/1931/marsden hartley"

Jean-Auguste-Dominique Ingres, 1780-1867
HEAD OF JUPITER IN PROFILE, c. 1809-1810
Oil on canvas, 48 x 40 cm. (18 7/8 x 15 3/4 in.)

Odilon Redon, 1840-1916
PAYSAGE ITALIAN
13 x 18 1/4 in. (33 x 46.5 cm.)
Oil on canvas, Signed twice, bottom left and right, " Odilon Redon"

Odilon Redon, 1840-1916
HEAD OF CHRIST, c. 1895
11 1/2 x 8 1/2 in. (29 x 21.5 cm.)
Pastel and gouache on cardboard, Signed "Odilon Redon" lower right

Page 1/2

Odilon Redon, 1840-1916
HEAD OF WOMAN AND ROSES (PORTRAIT OF CAMILLE REDON), c. 1881
Charcoal on paper, 20 3/4 x 14 3/4 in. (52.6 x 37.5 cm.), Signed "Od.R" lower left

Henri (Le Douanier) Rousseau, 1844-1910
LA CITADEL, c. 1893
Oil on board on cradled panel, 18 x 13 in.
Signed lower right "Henri Rousseau"

Charles Sheeler, 1883-1965
BARN ABSTRACTION, 1946
Tempera on paperboard, 21 1/2 x 29 3/8 in.
Signed and dated lower right "Charles Sheeler-1946"

Wayne Thiebaud, 1920 -
NORTH BEACH (SAN FRANCISCO, CALIFORNIA), c. 1960/1961
Oil on canvas, 24 x 38 in., Signed on verso "THIEBAUD".

325449

2006 APR 18  AM 10: 33

Page 2/2

**325766**

2006 JUL 17 PM 12: 10

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 200602100136056 02/10/2006 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| DRISCOLL | JOHN | PAUL | |

7. CHANGED (NEW) or ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

SEE ATTACHED SCHEDULE

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| SOS NY     244107 565 |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 200607170585241

325766          2006 JUL 17 PM 12: 10

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

200602100136056

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

JOSEPH P. CARROLL LTD.

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR: BABCOCK GALLERIES

DEBTORS:          John Paul Driscoll
                  724 Fifth Avenue
                  New York NY 10019

                  Babcock Galleries
                  724 Fifth Avenue
                  New York NY 10019

SECURED PARTY:    Joseph P. Carroll Ltd.
                  c/o Joseph P. Carroll
                  200 East 66 Street, D-1905
                  New York, NY 10021-9190

COLLATERAL
Collateral shall include the following 47 works of art and all proceeds therefrom:

Milton Avery, 1885 - 1965
CONVERSATION ON THE ROCKS, 1944
Gouache on paper, 21 ¼ x 29 ¾ in., Signed and dated lower left "MILTON AVERY 1944"
Signed, title and dated on verso "MILTON AVERY, CONVERSATION ON THE ROCKS, 1944"

Milton Avery, 1885 - 1965
MORNING WORKOUT, 1955
Mixed Media (Oil and Gouache) on paper, 22 ¾ x 30 7/8 in.
Signed and dated lower left "MILTON AVERY 1955"
Signed, title and dated on verso "MILTON AVERY, MORNING WORKOUT, 1955"

Milton Avery, 1885 - 1965
PALM MOON (STARRY NIGHT), 1959
Oil on canvasboard, 16 x 20 in., Signed and dated lower left "MILTON AVERY 59"
Signed, title and dated on verso "MILTON AVERY, PALM MOON, 1959"

Milton Avery, 1885 - 1965
MISTY MORNING, 1962
Oil on paper, 23 x 35 in., Signed and dated lower right "Milton Avery 62"

Charles Ephraim Burchfield, 1893 – 1967
HORSE AND CARRIAGE PASSING FARMHOUSE, 1920
Watercolor and chalk on paper, 20 x 30 in.

Arthur B. Carles, 1882 – 1952
STANDING NUDE, c. 1912 - 1913
Oil on canvas, 39 7/8 x 31 ½ in.

Page 1/5

Thomas Cole, 1801 - 1848
VIEW OF THE CATSKILL MOUNTAIN HOUSE FROM ARTIST'S ROCK, C. 1840
Oil on academy board, 7 7/16 x 11 in. (18.9 x 27.9 cm.)

Konrad Cramer, 1888 - 1963
DESERTED LIME KILNS, 1930
Oil on canvasboard, 24 x 30 in., Signed and dated lower right "Konrad Cramer, 11 1930"

Ralston Crawford, 1906 - 1977
SHIP'S BOW c. 1938
Oil on canvas, 30 X 26 in.

Ralston Crawford, 1906 - 1977
LIFEBOAT DAVIT, 1940
Oil on canvas, 40 1/8 X 32 1/8 in. , Signed lower left "CRAWFORD"

Ralston Crawford, 1906 - 1977
TURBINE SHAFTS, COULEE DAM 1970
Oil on canvas, 22 X 16 in., Signed lower left "RC"

James H. Daugherty, 1887-1974
VIEW OF LOWER MANHATTAN FROM BROOKLYN HEIGHTS, c. 1913-1915
Oil on canvas, 32 x 39 1/2 in., Estate stamp signature "James Daugherty" lower right

James H. Daugherty, 1887-1974
SYNCHROMIST STILL LIFE, c. 1916-1917
Oil on canvas, 19 3/4 x 29 5/8 in., Estate stamp signature "James Daugherty" lower right

Stuart Davis, 1892 - 1964
GRAVEYARD ON THE DUNES - PROVINCETOWN, 1913
Oil on canvas, 38 X 30 ¼ inches
Signed lower center - left: "STUART DAVIS"
Signed on verso, on original canvas showing through lining, canvas signed twice with Estate
    Stamp: "STUART DAVIS"

Stuart Davis, 1892 - 1964
CUBIST STUDY: BRICK GAS TANK, 1916
Oil on canvas, 23 1/4 x 19 1/8 in.
Signed and dated lower left "Stuart Davis 1916."

Stuart Davis, 1892 - 1964
CUBIST STUDY: AIRVIEW, 1916
Oil on canvas, 30 1/4 x 24 1/4 in.
Estate stamp signature on verso upper right "Stuart Davis"

Stuart Davis, 1892 - 1964
TOBACCO FIELDS, TIOGA, PENNSYLVANIA, 1919
Oil on canvas, 23 3/4 x 29 3/4 in.
Signed, dated, and inscribed on verso upper right:  "STUART DAVIS/ TIOGA PA. 1919"

Stuart Davis, 1892 - 1964
UNTITLED (ABSTRACT STILL LIFE), c. 1922-1923
Oil on canvas, 22 x 33 in.

Stuart Davis, 1892 - 1964
WORKING DRAWING FOR BASS ROCKS NO. 1 AND BASS ROCKS NO. 2, 1939
Pencil on paper, Sight: 33 x 41 ½ in.
Estate stamp on backboards of  PAD SERIES # 1 and PAD SERIES # 3 "STUART DAVIS"

Stuart Davis, 1892 - 1964
BLACK AND WHITE VARIATION ON TOWN SQUARE , c. 1950-1964,
(DRAWING FOR REPORT FROM ROCKPORT)
Ink on paper, 26 ¾ x 32 3/4 in., Signed on backboard in black ink "STUART DAVIS"

Stuart Davis, 1892 - 1964
BLACK AND WHITE VARIATION ON POCHADE I (ELITE #6), c.1956 - 1958
Casein on canvas, 45 x 56 in.
Signed with Estate stamp on top stretcher: "STUART DAVIS"

Stuart Davis, 1892 - 1964
BLACK AND WHITE VARIATION ON POCHADE II (ELITE #7), c.1956-1958
Casein on canvas, 45 x 56 in.
Signed with Estate stamp on top stretcher: "STUART DAVIS"

Preston Dickinson, 1891 - 1930
DOUBLE - SIDED DRAWING, c. 1924
    • RECTO: Grain Elevator, Omaha, 20 x 14 in.
    • VERSO: STILL LIFE WITH BANANAS, 14 x 20 in.
Pastel and pencil on paper

Arthur G. Dove, 1880 - 1946
DARK ABSTRACTION (WOODS), 1920
Oil on canvas, 21 3/8 x 18 in.

Arthur G. Dove, 1880 - 1946
Wind (No. 1), 1929
Ink and watercolor on paper mounted on panel, 19 1/2 x 23 1/2 in.
Signed, title and date on original backboard in ink "Wind/ 1929/ Dove"

Arshile Gorky, 1904 - 1948
UNTITLED, 1946
Double - sided drawing, Pencil on paper, 12 3/4 x 17 in.
Signed and dated middle left "a. gorky/ 46"

John D. Graham, 1881-1961
COFFEE CUP (LA TASSE DE CAFÉ), c. 1928-1929
Oil and sand on canvas, 19 5/8 x 25 1/2 in.
Signed and title on verso: "New York/ Lunch Room/ Coffee Cup/ Graham."

John D. Graham, 1881-1961
PLACE OBSERVATOIRE, 1927
Oil on canvas, 21 1/4 x 28 3/4 in, Signed and dated lower left "Graham 27"

John D. Graham, 1881-1961
SELF PORTRAIT, 1923
Oil on canvas, 20 ¼ x 15 in., Signed and dated lower left "Graham XXIII"

Philip Guston, 1913 - 1980
FIGURE STUDIES, c. 1966
Conte crayon on paper, 18 x 24 in.

Samuel Halpert, 1884 - 1930
PONT NEUF, PARIS, c. 1910
Oil on canvas, 10 5/8 x 16 1/8 in.

Norman Lewis, 1909-1979
ABSTRACT LANDSCAPE, 1937
Watercolor on paper, 14 x 20 in., Signed and dated "Norman Lewis, 1937" lower right

John Marin, 1870-1953
No. 4, FALL OF 1930, 1930
Oil on canvas, 18 x 14 in., Signed and dated lower right "Marin '30."

John Marin, 1870-1953
SEA AND BOAT FANTASY, 1944
Oil on canvas, 28 x 34 ¼ in., Signed and dated lower right "MARIN 44"
Title on original streatcher attached to verso: "Sea and Boat Fantasy"

Alfred H. Maurer, 1868-1932
FAUVE LANDSCAPE WITH TREES, c 1910
Oil on gesso board, 21 3/8 x 18 1/8 in.

Alfred H. Maurer, 1868-1932
CUBIST STILL LIFE WITH CERAMIC BOWL, 1930 - 1932
Oil on gesso board, 18 x 21 1/2 in., Signed upper left "A.H. Maurer"

Page 4/5

Alfred H. Maurer, 1868-1932
ABSTRACT HEAD, c 1930-1932
Watercolor, gouache and charcoal on paper, 21 1/2x17 3/4 in.
Signed twice in pencil "A.H. Maurer" lower right and lower left.

Larry Rivers, 1923 - 2002
UNTITLED, 1959
Oil on canvas laid down on artist's original wood and masonite chassis, 29 1/2 x 33 in.
Signed and dated lower right "Rivers '59".

H. Lyman Sayen, 1875 - 1918
PONT DES ARTS, NO. 1, PARIS, c. 1908 - 1911
Oil on panel, 10 3/8 x 13 3/4 in. (26.4 x 35 cm.)
Signed and inscribed on verso: "#1, H. L. Sayen, 195 Bvd. Raspail, Paris."

Charles Sheeler, 1883-1965
BARN ABSTRACTION, 1946
Tempera on paperboard, 21 1/2 x 29 3/8 in.,
Signed and dated lower right "Charles Sheeler-1946"

Charles Sheeler, 1883 - 1965
THE SPIRIT OF RESEARCH, 1955/56, Tempera on Plexiglas, Image: 9 1/2 x 6 1/2 in.

Charles Sheeler, 1883-1965
UNTITLED (YACHTING) c. 1920
Pencil and conte crayon on paper, 6 5/8 x 11 1/8 in. (16.8 x 28.3 cm.)

Charles Sheeler, 1883-1965
HORSES, c. 1955, Gouache and pencil on paper, 11 x 14 in.

Niles Spencer, 1893 - 1952
THE CEMENT PLANT, c. 1935
Watercolor and gouache on paper, 20 1/4 x 14 1/4 in., Signed lower left "Niles Spencer"

Joseph Stella, 1877-1946
CLIFFS AND ROCKS, c. 1925
Pastel and Charcoal on paper, 23 7/8 x 17 3/4 in, Estate stamp "Joseph Stella" lower right

Joseph Stella, 1877-1946
STUDY FOR NEW YORK INTERPRETED, c. 1920
Oil, pastel, watercolor, ink and pencil on paper, 11 x 8 1/2 in.
Signed and dated "Joseph Stella 1923" lower left.

Joseph Stella, 1877-1946
NEW YORK ROOFTOPS, c. 1932
Oil on canvas, 20 x 26 in., Signed "J. Stella" lower left

Page 5/5

325964

2006 SEP 20 AM 9:41

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 200602100136056 02/10/2006 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SALANDER | LAWRENCE | B. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

SEE ATTACHED SCHEDULE

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA | |
|---|---|
| SOS NY | 463958 56 5 |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# FILING NUMBER: 200609200759289

325964        2006 SEP 20  AM 9: 41

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 200602100136056 |

12 NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 8 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| JOSEPH P. CARROLL LTD. | | |
| OR   12b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13 Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR: SALANDER-O'REILLY GALLERIES LLC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

**325964**    **2006** SEP 20  AM 9: 41

**DEBTORS:**          Lawrence B. Salander
                     22 East 71 Street
                     New York NY 10021

                     Salander–O'Reilly Galleries LLC
                     22 East 71 Street
                     New York NY 10021

**SECURED PARTY:**   JOSEPH P. CARROLL LTD.
                     c/o Joseph P. Carroll
                     200 East 66 Street, D-1905
                     New York, NY 10021-9190

**COLLATERAL**
Collateral shall include the following three (3) works of art and all proceeds therefrom:

John Covert, 1882 - 1960
**KABUKI TETRAD, c. 1916**
- KABUKI DANCERS I/IV
- KABUKI DANCERS II/IV
- KABUKI DANCERS III/IV
- KABUKI DANCERS IV/IV

Four - panel painting, Oil on burlap, each panel: 65 1/2 x 17 3/4 in.

Stuart Davis, 1892 - 1964
**BLACK AND WHITE VARIATION ON POCHADE II (ELITE #7), c.1956-1958**
Casein on canvas, 45 x 56 in.
Signed with Estate stamp on top stretcher: *"STUART DAVIS"*

Stuart Davis, 1892 - 1964
**STANDARD BRAND #2 (PAD COMPLET AND STANDARD BRAND), 1960-1961**
Casein and traces of pencil on paper, 12 1/3 x 10 in.
Signed upper right within margin (in script) *"STUART DAVIS"*
Signed and dated under mat *"STUART DAVIS/ 1960"*
Signed, dated, and inscribed on verso:
        "Study For Standard Brand/ Stuart Davis 1961/ Casein 10 1/8 x 13"

**326088**          2006 OCT 17  PM 1:34

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:  [Name and Address]**

## CSC  50
## DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | | | |
|---|---|---|---|
| 200602100136056 02/10/2006 | | | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SALANDER | LAWRENCE | B. | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

SEE ATTACHED COLLATERAL DESCRIPTION

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| SOS NY    531398565 |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 200610170829563

326088     2006 OCT 17 PM 1:34

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 200602100136056  02/10/2006 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | JOSEPH P. CARROLL LTD. | | |
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR: SALANDER-O'REILLY GALLERIES LLC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

**DEBTORS:**            Lawrence B. Salander
                        22 East 71 Street
                        New York NY 10021

                        Salander–O'Reilly Galleries LLC
                        22 East 71 Street
                        New York NY 10021

**SECURED PARTY:**      JOSEPH P. CARROLL LTD.
                        c/o Joseph P. Carroll
                        200 East 66 Street, D-1905
                        New York, NY 10021-9190

**COLLATERAL**
Collateral shall include the following two (2) works of art and all proceeds therefrom:

Arshile Gorky, 1904 - 1948
**THE PIRATE II, 1942-1943**
Oil on canvas, 30 x 36 inches (76.2 x 91.4 cm)
Signed and dated upper right "*a. gorky/ 43*"

Stuart Davis, 1892 - 1964
**STANDARD BRAND #2 (PAD COMPLET AND STANDARD BRAND)**, 1960-1961
Casein and traces of pencil on paper, 12 1/3 x 10 in.
Signed upper right within margin  (in script) "*STUART DAVIS*"
Signed and dated under mat "*STUART DAVIS/ 1960*"
Signed, dated, and inscribed on verso:
      "Study For Standard Brand/ Stuart Davis 1961/ Casein 10 1/8 x 13"

326088

2006 OCT 17 PM 1:34

**UCC FINANCING STATEMENT AMENDMENT**     233855     2006 OCT 18 PM 4:30

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 2006021001360506 02/10/2006 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| SALANDER | LAWRENCE | B. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

SEE ATTACHED COLLATERAL DESCRIPTION

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

SOS NY                     535126  56

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# FILING NUMBER: 200610180834011

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

20060210013606 02/10/2006

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

JOSEPH P. CARROLL LTD.

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR: SALANDER-O'REILLY GALLERIES LLC

233855

2006 OCT 13 PH 4:30

**DEBTORS:**    Lawrence B. Salander
22 East 71 Street
New York NY 10021

Salander–O'Reilly Galleries LLC
22 East 71 Street
New York NY 10021

**SECURED PARTY:**    JOSEPH P. CARROLL LTD.
c/o Joseph P. Carroll
200 East 66 Street, D-1905
New York, NY 10021-9190

**COLLATERAL**
Collateral shall include the following ten (10) works of art and all proceeds therefrom:

Arshile Gorky, 1904 - 1948
THE PIRATE II, 1942-1943
Oil on canvas, 30 x 36 inches (76.2 x 91.4 cm)
Signed and dated upper right "*a. gorky/ 43*"

**NINE (9) WORKS BY STUART DAVIS: 1892 - 1964**

**DRAWING FOR MATCHES**, 1927
Pencil and red and green crayon (grid) on paper, 20 1/8 x 13 1/4 in.
Dated lower left: "*1927*".

**DRAWING FOR PERCOLATOR**, 1927
Pencil on paper, 19 ½ x 16 in.

**DRAWING FOR EGG BEATER NO. 1**, 1927
Pencil and orange crayon (grid) on paper, 16 3/8 x 21 ¼ in., Sight: 14 3/8 x 18 in.
Signed and dated lower right "*STUART DAVIS Nov. 3. 1927*"
Inscribed by artist lower center "*EGG BEATER #1*"

"ART DIGEST" COVER, 1953
Gouache and traces of pencil on paper, 18 x 12 ¾ in.
Signed lower right within margin (in script) "*STUART DAVIS*"
Dated middle right within margin (backwards) "*53*"
Signed and inscribed under mat:
    "*STUART DAVIS/ 43 - 7 AVE./ NYC XI/ WATKINS 9-7519*"
Signed and inscribed on verso:
    "*MR. STUART DAVIS/ 15 WEST 67/ NYC 10023.*"

GRAVEYARD ON THE DUNES - PROVINCETOWN, 1913
Oil on canvas, 38 X 30 ¼ inches
Signed lower center - left: "STUART DAVIS"
Signed on verso, on original canvas showing through lining, canvas signed twice with Estate
    Stamp: "STUART DAVIS"

STANDARD BRAND #2 (PAD COMPLET and STANDARD BRAND), 1960-1961
Casein and traces of pencil on paper, 12 1/3 x 10 in.
Signed upper right within margin (in script) "STUART DAVIS"
Signed and dated under mat "STUART DAVIS/ 1960"
Signed, dated, and inscribed on verso:
    "STUDY FOR STANDARD BRAND/ STUART DAVIS 1961/ CASEIN 10 1/8 X 13"

CUBIST STUDY: BRICK GAS TANK, 1916
Oil on canvas, 23 1/4 x 19 1/8 in.
Signed and dated lower left "Stuart Davis 1916."

TOBACCO FIELDS, TIOGA, PENNSYLVANIA, 1919
Oil on canvas, 23 3/4 x 29 3/4 in.
Signed, dated, and inscribed on verso upper right:
    "STUART DAVIS/ TIOGA PA. 1919"

BLACK AND WHITE VARIATION ON TOWN SQUARE , c. 1950-1964.
(DRAWING FOR REPORT FROM ROCKPORT)
Ink on paper, 26 ¾ x 32 3/4 in., Signed on backboard in black ink "STUART DAVIS"

233855

2006 OCT 18 AM 4:30

2006 OCT 18 PM 2:09