Exhibit 10

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York  10006
(212) 412-9500
Dean R. Nicyper, Esq. (DRN-7757)

Attorneys for Plaintiff Earl Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
EARL DAVIS,                                            :
                                                      :    Index No. 07 Civ. 4165 (SHS) (DF)
                                    Plaintiff,         :
                                                      :
            -against-                                 :
                                                      :
                                                      :
SALANDER O'REILLY GALLERIES LLC                       :
f/k/a SALANDER O'REILLY GALLERIES INC.,               :
and LAWRENCE B. SALANDER                              :
                                                      :
                                    Defendants.       :
------------------------------------------------------------------- X

## PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT SALANDER O'REILLY GALLERIES LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Earl Davis

demands that defendant Salander O'Reilly Galleries LLC ("SOR" or "defendant") respond to the

following document requests.

### REQUEST FOR DOCUMENTS

Please respond to the following Document Requests in accordance with the Definitions

and Instructions set forth herein and in accordance with the Federal Rules of Civil Procedure and

the Local Rules of the United States District Court for the Southern District of New York.

1.      All documents concerning any Works, including documents concerning
the location of any Works, shipping records, UCC filings, and all agreements, contracts, and
other records concerning the acquisition, purchase, sale, consignment, granting of security
interests, transfer or other disposal, encumbering or possession of any Works.

2.      All documents concerning any efforts made by Salander or SOR, or made on either of their behalves, after January 1, 2005, to obtain information about, learn the whereabouts of, or secure the possession of the Works.

3.      All documents concerning the purchase and/or sale or consignment of any Works from January 1, 1997 to the present.

4.      All documents concerning Salander's or SOR's securing or receipt of any and all sale proceeds, or other benefit received by Salander and/or SOR from the sale or transfer of any Works from January 1, 1997 to the present, including but not limited to any check, money order, wire transfer record, bank deposit, receipt, credit card record, or other record of payment or receipt and any correspondence relating to the transfer of sales proceeds.

5.      All documents identifying any current or previous owners of any Works, or anyone who has asserted an ownership or other interest in, or has come into the possession of, any Works.

6.      All documents relating to any and all claims or notices of claim SOR or Salander made, settled, or withdrew with respect to his or its insurer(s) relating to any theft, damage, loss or other injury concerning any Works.

7.      The bill of sale, invoice and all other documents relating to the sales by Salander and SOR, or either of them, of any Works.

## DEFINITIONS AND INSTRUCTIONS

### Definitions and Rules of Construction

1.      The definitions and rules of construction in Rule 26.3(c) and (d) of the

Local Civil Rules of the United States District Court for the Southern District of New York are

incorporated by reference into these Document Requests, and are supplemented as permitted by

Local Civil Rule 26.3(a) by the definitions and instructions set forth herein.

2.      The term "SOR" or "the Gallery" means defendant Salander O'Reilly

Galleries, LLC (f/k/a Salander O'Reilly Galleries, Inc.), and its present and former members,

directors, managers, employees, agents, attorneys and representatives.

3.      The term "Salander" means defendant Lawrence B. Salander.

4.      The term "plaintiff" refers to Earl Davis.

5.      The term "Works" means the works of art by artist Stuart Davis identified in Exhibit A hereto.

## Instructions

1.      These discovery requests call for the production of documents that are in your possession, custody or control, including, but not limited to, those in the possession, custody or control of your employees, agents, representatives or attorneys.

2.      You are requested to list any and all documents withheld from production on the grounds of destruction, loss, privilege, or attorney work product, and to specify the grounds or reasons for any objection. With respect to any documents withheld from production on the grounds of privilege or attorney work product, you are requested to supply the following information: (i) the nature of the privilege (including work product) which is being asserted, including the factual and legal basis for the claimed privilege; (ii) the type of document; (iii) the general subject matter of the document; (iv) the date of the document; and (v) such other information as is sufficient to identify the document, including, where appropriate, the author of the document, all addressees and recipients of the document, and, where not apparent, the relationship of the author and each recipient to each other.

3.      If any document requested herein, or any portion thereof, was formerly in your possession, custody or control and has been lost or destroyed or you believe that may be the case, you are requested to submit in lieu of such a document, a written statement identifying the author(s), recipient(s), subject matter, date prepared, date when the document was lost or destroyed, the reason(s) for such destruction, the manner of the destruction, and the identity of the person(s) requesting, authorizing and performing the destruction.

4.     If any information is withheld because such information is stored electronically or optically, you are requested to identify the subject matter of the information, the place or places where such information is maintained and the custodian thereof.

5.     Each document is to be produced as kept in the usual course of business including, but not limited to, the title or other description on the folder or file in which the document(s) produced is located, and is to be labeled to correspond with the specific numbered request set forth herein and in response to which it is being produced.  If a document is being produced in response to more than one such specific request, the label should identify by number each specific request in response to which it is being produced.  If no responsive documents are being produced, you should so state.

Dated: New York, New York
        June 27, 2007

                                        Flemming Zulack Williamson Zauderer LLP


                                        By:     _____
                                                Dean R. Nicyper (DN-7757)
                                                One Liberty Plaza
                                                New York, New York  10006
                                                (212) 412-9500
                                                Attorneys for Plaintiff Earl Davis


TO:     David E. Mollon
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166-4193
        (212) 294-6700
        Attorneys for Defendants

295298

Y.46   Windy Night, Newark
1917
15 1/2 x 11 1/4 in
Reg # 3939

17-18   Sketchbook #17-18
1936, ink on paper
6 x 9 in
Reg # 5197

Y.18   Portrait of a Man
c.1915, oil on canvas
23 1/8 X 19 1/8 in
Reg # 12760

24-10   Detail Study from Pad Series #2
c. 1946, pencil on paper
8 1/2 x 8 in
Reg # 4549

O.47   On Location
1963, casein on paper
8 3/8 x 11 5/8 in
Reg # 11264

Y.88 Twilight in Turkey
1961, oil on canvas
14 x 18 in
Reg # 7198

Y.10   Mobil Oil
1916, oil on canvas
23 x 19 in
Reg # 5334

17-10   Sketchbook #17-10
1936, ink on paper
6 x 9 in
Reg # 5200

SD-4   Drawing for Smiths Cove
c. 1935, pencil on paper
15 x 20 in
Reg # 4804

Y.84A **Little Giant Still Life**
**(black and white version)**
1953, oil on canvas
32 7/8 X 43 in
Reg # 11260

O.1     **Suffragettes**
1910, watercolor on paper
13 3/4 x 18 3/4 in
Reg # 3951

O.11    **Chinese Merchant**
1912, watercolor on paper
14 1/2 x 10 1/2 in
Reg # 4784

B.16A **Configuration**
1932, gouache and pencil on paper
11 x 14 in
Reg # 16323

10-7    **Sketchbook (Gloucester)**
c.1930-31, pencil on paper
8 x 10 in
Reg # 16315

O.23K **The Plaza**
1918-19, watercolor on paper
18 x 24 in
Reg # 3936

O.55    **Factory, Gas Pump and Boat**
c. 1930, ink and gouache on paper
10 x 15 1/2 in
Reg # 3945

Y.45    **Market and Broad Street,**
**Newark, New Jersey**
1917, oil on paper
16 x 12 1/2 in
Reg # 3938

Y.66    **Wharf**
1921, oil on canvas
15 x 23 in
Reg # 12758

Y.53    **Gloucester Landscape**
1919, oil on canvas
23 7/8 x 29 3/4 in
Reg # 5328

3-3     **Sketchbook (Gloucester 3-3)**
c.1930, pencil on paper
10 3/4 x 14 1/2 in
Reg # 11688

9-4     **Sketchbook #9-4 (Sailboat and Lighthouse)**
c. 1932, pencil on paper
6 x 7 in
Reg # 7132

10-4    **Sketchbook #10-4 (Eraldine and Phyllis)**
pencil on paper
7 1/2 x 9 1/3 in
Reg # 7135

B.50    **Summer Landscape**
1932, pencil on paper
7 1/8 x 10 3/8 in
Reg # 11715

Y.8     **Airview**
c. 1916, oil on canvas
30 1/4 x 24 1/4 in
Reg # 5322

Y.99    Abstraction
c. 1922-23, oil on canvas
32 x 22 in
Reg # 3345

Y.100   Untitled (Black and White
Variation on Pochade)
c.1958-64, casein on canvas
45 X 56 in
Reg # 3346

B.19B   Drawing for Report from Rockport
1940, ink on paper
24 1/2 x 30 1/2 in
Reg # 10834

B.20    Pad Series #I
1939, pencil on paper
34 1/2 x 19 1/2 in
Reg # 11716

B.20B   Drawing from Pad Series #3
1939, pencil on paper
32 1/4 x 20 1/4 in
Reg # 4542

Y.6    Dogtown (Hillside with Stone Walls)
       c.1916, oil on canvas
       29 1/2 x 23 5/8 in
       Reg # 3928

O.30A  Room Interior
       1925, watercolor on paper
       12 1/8 x 9 1/2 in
       Reg # 3953

15-5   Sketchbook (Gloucester 15-5)
       1933, pencil on paper
       8 x 10 in
       Reg # 11692

23-3    **George Wettling Composition**
1947, pencil on paper
12 x 18 in
Reg # 11700

Y.4    **Coal Derrick**
1916 - 17, oil on canvas
24 1/8 x 30 in
Reg # 3926

O.23C    **Glintenkamp on Bleeker**
1911, watercolor
17 3/4 x 23 3/4 in
Reg # 11708

Y.31    **Harbor Scene**
1914, oil on canvas
26 1/8 x 38 1/8 in
Reg # 5343

Y.82C    **Roses in a Vase**
1924, oil on board
24 1/8 x 18 in
Reg # 6080

Y.41    **Bowsprit**
1916, oil on canvas
23 x 19 in
Reg # 5318

Y.28    **Bleecker Street**
1913, oil on canvas
38 x 30 in
Reg # 5326

7-15    **Street Scene with Boulanger**
c. 1928, pencil on paper
8 x 10 1/2 in

Reg # 4545

O.13    Portrait of Man with Cap
        1912, watercolor
        10 1/2 x 14 5/8 in
        Reg # 11711

B.86    Clock and Telephone
        c.unknown, ink on paper
        7 1/2 x 5 (sight) in
        Reg # 12827

20-6    Untitled (New York)
        1938, ink on paper
        7 x 9 1/2 in
        Reg # 6003

Y.41A   A Cove, Gloucester Beach
        1916, oil on canvas
        30 x 24 in
        Reg # 3925

11-19   Sketchbook
        (Gloucester Abstractions 11-19)
        1932, ink on paper
        8 x 10 1/4 in
        Reg # 11707

O.52    Untitled (Pear)
        1921, watercolor and pencil on paper
        17 x 12 1/4 in
        Reg # 3959

B.76    Figure on the Dock
        c. 1930, pencil on paper
        7 1/4 x 8 3/8 in
        Reg # 7130

1-1     Sketchbook 1-1
        c.1931, pencil on paper
        7 3/8 x 11 in
        Reg # 11354

10-3    Sketchbook #10-3
        1932, pencil on paper
        8 x 10 1/4 in
        Reg # 5199

13-11  Sketchbook #13-11
undated, Mixed media on paper
8 x 10 in
Reg # 16876

B.89  Study for Hightstown Turnoff
1960, ink on paper
4 x 6 in
Reg # 3557

B.102  Sketch for On Location
c. 1963, ink and pencil on paper
4 x 5 7/8 in
Reg # 3558

B.104  Drawing for Bois
pencil on paper
4 11/16 x 5 9/16 in
Reg # 4788

Y.61  Tree
1921, oil on canvas
19 7/8 x 25 1/8 in
Reg # 5321

Y.62  From the Shore (The Sword Plant)
1921, oil on canvas
15 x 30 in
Reg # 11241

Y.64  Tree and Urn
1921, oil on canvas
30 x 19 in
Reg # 4809

Y.65    Garden Scene
        1921, oil on canvas
        20 X 40 in
        Reg # 5344A

Y.69    Still Life with Egg Beater
        1922, oil on canvas
        12 x 19 in
        Reg # 3940

Y.81    Interior
        c. 1922, oil on canvas
        20 1/8 x 16 1/8 in
        Reg # 3933

Y.81-B  New Mexican Peak
        1923, oil on canvas
        22 x 32 1/2 in
        Reg # 5310

Y.81-C  Mexican Girls
        1923, oil on canvas
        20 x 16 in
        Reg # 4407

Y.81-D  Mexican Family
        1923, oil on board
        20 1/8 x 16 1/8 in
        Reg # 4406

Y.93    Letter and His Ecol (Black & White)
        c.1962-64, casein on canvas
        24 x 30 in
        Reg # 3956B

O.27    Untitled
        1921, watercolor on paper
        23 x 17 in
        Reg # 3963

O.28    Greek Letter Backwards
        1921, pencil and watercolor on paper

17 1/4 x 23 in
Reg # 3962

O.48   Figure with Pear
c. 1925, watercolor and pencil on paper
15 x 18 in
Reg # 3958

B.18   Radio Tube
1939, pencil on paper
7 1/8 x 4 3/8 in
Reg # 6001

B.116   Gloucester Study
undated, pencil on paper
3 1/2 x 5 in
Reg # 7141

16-8   Sketchbook
(Gloucester Dock Scenes 16-8)
1933, pencil on paper
8 x 10 in
Reg # 11702

Y.74   Still Life (Any)
1922, oil on artist board
9 x 6 in
Reg # 10835

Y.12   (East) Gloucester-Harbor
c. 1919, oil on canvas
19 x 23 in
Reg # 5324

Y.14   Untitled (Rainy Day)
c. 1918, oil on canvas
23 x 19 1/2 in
Reg # 3947

Y.96    Theme for Eye Level
        c. 1950, oil on canvas
        14 x 10 in
        Reg # 3342

O.63    Theater Crowd
        1911, watercolor on paper
        14 x 18 1/2 in
        Reg # 7161

B.10    Composition with Paintings
        and Town Square (Studio Interior with "Plaza")
        1925, ink on paper
        10 x 11 in
        Reg # 11683

11-20   Untitled (Sketchbook #11-20)
        1938, ink on paper
        10 1/4 x 8 in
        Reg # 4551

B.16    Study for Radio City Music Hall Mural
        1932, pencil on paper
        10 1/2 X 17 in
        Reg # 11250

1-13    Cigar and Hand Held Before View
        Looking Northwest from Approximately
        Third Avenue and E. 14th St.
        1930-32, ink on paper
        7 3/8 x 7 3/8 in
        Reg # 5989

B.84    New York Study
        undated, pencil on paper
        13 1/4 x 8 3/4 in
        Reg # 7143

2-13    6th Avenue El from
        Washington Mkt.
        undated, pencil on paper
        9 1/2 x 11 3/4 in
        Reg # 10821

9-14    Drawing for Garage Lights
        1932, pencil on paper
        7 x 8 in
        Reg # 3586

17-16   Sketchbook (Gloucester 17-16)
        1936, pencil on paper
        6 x 9 in
        Reg # 11689

13-1    Study for Max II
        ink on paper
        10 x 8 in
        Reg # 8458

Y.57    **Setting Sun, Tioga**
        1919, oil on canvas
        24 x 30 in
        Reg # 5340A

O.61    **Untitled**
        Mixed media and watercolor on paper
        14 1/2 x 9 1/2 in
        Reg # 3954

Y.7     **Farmer and Horse, Tioga, PA.**
        c.1919, oil on canvas
        24 x 29 3/4 in
        Reg # 5313

Y.82B   **Indian Corn**
        1924, oil on board
        18 3/4 x 24 1/2 in
        Reg # 8456

Y.70    **Landscape with Saw**
        1922, Oil on board
        16 x 12 in
        Reg # 2785

Y.32    **Woman in Landscape**
        1914, oil on board
        12 x 16 in
        Reg # 14390

11-6    **Sketchbook #11-6**
        1932, ink on paper
        8 x 10 1/4 in
        Reg # 5198

O.25    **Rurales #1, Cuba**
        1920, watercolor on paper
        19 x 24 ¾ in

Y.86    The Plan II
        1960, oil on canvas
        8 x 12 in

B.29    Study for Percolator
        1927, pencil drawing
        18 1/8 x 14 1/4 in

B.23-1  Drawing for Pennsylvania
        1947, pencil drawing on paper
        12 x 18 in

11-10   Sketchbook
        c. 1932, ink drawing on paper
        8 x 10 1/4 in

23-4    Rhythm (sic)
        1947, pencil on tracing paper
        12 x 18 in

Y69A    Red Still-Life
        1922, oil on canvas
        50 x 32 in

Y74A    Brown Still-Life
        1922, oil on canvas
        50 x 32 in

Y68A    Still-Life with Dial
        1922, oil on canvas
        49 3/4 x 32 in

Y84B    Windshield Mirror
        c. 1954, tempera drawing on canvas
        54 x 76 in

O.40    Study for Allee
        1955, gouache
        8 x 35 in

O.42-A  Section Study for Allee
1955, gouache
8 x 11 in

O.44  Hightstown Turnoff
1960, casein
11 3/8 x 15 1/4 in

O.96  The Saint
1943, gouache
15 x 20 in

O.58  Study for Flying Carpet #2
1942, gouache
5 x 7 in

O.59  Study for Flying Carpet #3
1942, gouache
5 x 7 in

B.88  (Untitled Drawing 1)
ink on paper
7 3/4 x 6 3/4 in

SD3  CATS
1912, watercolor
14 3/4 x 10 5/8 in

O.23  Woman with Shawl
1918, watercolor
22 1/2 x 17 1/2 in

B.6  (Abstract Building composition)
c. 1920's, ink on paper
16 3/4 x 22 in

B.15-A  Drugstore Reflection
1931, ink on paper
11 1/2 x 15 1/4 in

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u>      DISTRICT OF    <u>NEW YORK</u>

EARL DAVIS,

       V.

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

TO:

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  **07 Civ. 4165 (SHS) (DF)**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | **DATE AND TIME** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

      <u>See Attached Schedule A.</u>

| PLACE Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza, New York, NY 10006 | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>      , Attorney for Plaintiff | DATE<br><br>June    , 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Dean Nicyper**
**Flemming Zulack Williamson Zauderer LLP, One Liberty Plaza, New York, NY 10006**
**(212) 412-9500**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                          DATE                                    SIGNATURE OF SERVER

                                                         _____
                                                         ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## SCHEDULE A

### REQUEST FOR DOCUMENTS

Please respond to the following Document Requests in accordance with the

Definitions and Instructions set forth herein and in accordance with the Federal Rules of

Civil Procedure and the Local United States District Court Rules.

      1.     All documents concerning any Works, including documents concerning the location of any Works, shipping records, UCC filings, and all agreements, contracts, and other records concerning the acquisition, purchase, sale, consignment, granting of security interests, transfer or other disposal, encumbering or possession of any Works.

      2.     All communications with Salander or SOR concerning the Works at any time during the period January 1, 1997 to the present.

      3.     All documents concerning the purchase, sale or consignment of any Works from January 1, 1997 to the present, including but not limited to any bill of sale, invoice, agreement, payment arrangement, check, money order, wire transfer record, bank deposit, receipt, credit card record, or other record of payment or receipt and any correspondence relating to the transfer of sales proceeds.

## DEFINITIONS AND INSTRUCTIONS

### Definitions and Rules of Construction

      1.     The definitions and rules of construction in Rule 26.3(c) and (d) of

the Local Civil Rules of the United States District Court for the Southern District of New

York are incorporated by reference into these Document Requests, and are supplemented

as permitted by Local Civil Rule 26.3(a) by the definitions and instructions set forth

herein.

      2.     The term "SOR" or "the Gallery" means defendant Salander

O'Reilly Galleries, LLC (f/k/a Salander O'Reilly Galleries, Inc.), having a current

address of 22 East 71st Street, New York, New York 10021, and its present and former

directors, members, managers, employees, agents, attorneys and representatives.

    3.    The term "Salander" means defendant Lawrence B. Salander.

    4.    The term "plaintiff" refers to Earl Davis.

    5.    The term "Works" means the works of art by artist Stuart Davis

identified in Exhibit A hereto.

<u>Instructions</u>

    1.    These discovery requests call for the production of documents that

are in your possession, custody or control, including, but not limited to, those in the

possession, custody or control of your employees, agents, representatives or attorneys.

    2.    You are requested to list any and all documents withheld from

production on the grounds of destruction, loss, privilege, or attorney work product, and to

specify the grounds or reasons for any objection. With respect to any documents

withheld from production on the grounds of privilege or attorney work product, you are

requested to supply the following information: (i) the nature of the privilege (including

work product) which is being asserted, including the factual and legal basis for the

claimed privilege; (ii) the type of document; (iii) the general subject matter of the

document; (iv) the date of the document; and (v) such other information as is sufficient to

identify the document, including, where appropriate, the author of the document, all

addressees and recipients of the document, and, where not apparent, the relationship of

the author and each recipient to each other.

    3.    If any document requested herein, or any portion thereof, was

formerly in your possession, custody or control and has been lost or destroyed or you

295357

believe that may be the case, you are requested to submit in lieu of such a document, a written statement identifying the author(s), recipient(s), subject matter, date prepared, date when the document was lost or destroyed, the reason(s) for such destruction, the manner of the destruction, and the identity of the person(s) requesting, authorizing and performing the destruction.

4.      If any information is withheld because such information is stored electronically or optically, you are requested to identify the subject matter of the information, the place or places where such information is maintained and the custodian thereof.

5.      Each document is to be produced as kept in the usual course of business including, but not limited to, the title or other description on the folder or file in which the document(s) produced is located, and is to be labeled to correspond with the specific numbered request set forth herein and in response to which it is being produced. If a document is being produced in response to more than one such specific request, the label should identify by number each specific request in response to which it is being produced. If no responsive documents are being produced, you should so state.

Y.46     Windy Night, Newark
    1917
15 1/2 x 11 1/4 in
Reg # 3939

17-18     Sketchbook #17-18
1936, ink on paper
6 x 9 in
Reg # 5197

Y.18     Portrait of a Man
c.1915, oil on canvas
23 1/8 X 19 1/8 in
Reg # 12760

24-10     Detail Study from Pad Series #2
c. 1946, pencil on paper
8 1/2 x 8 in
Reg # 4549

O.47     On Location
1963, casein on paper
8 3/8 x 11 5/8 in
Reg # 11264

Y.88 Twilight in Turkey
1961, oil on canvas
14 x 18 in
Reg # 7198

Y.10     Mobil Oil
1916, oil on canvas
23 x 19 in
Reg # 5334

17-10     Sketchbook #17-10
1936, ink on paper
6 x 9 in
Reg # 5200

SD-4     Drawing for Smiths Cove
c. 1935, pencil on paper
15 x 20 in
Reg # 4804

Y.84A Little Giant Still Life
(black and white version)
1953, oil on canvas
32 7/8 X 43 in
Reg # 11260

O.1    Suffragettes
1910, watercolor on paper
13 3/4 x 18 3/4 in
Reg # 3951

O.11    Chinese Merchant
1912, watercolor on paper
14 1/2 x 10 1/2 in
Reg # 4784

B.16A Configuration
1932, gouache and pencil on paper
11 x 14 in
Reg # 16323

10-7    Sketchbook (Gloucester)
c.1930-31, pencil on paper
8 x 10 in
Reg # 16315

O.23K  The Plaza
1918-19, watercolor on paper
18 x 24 in
Reg # 3936

O.55    Factory, Gas Pump and Boat
c. 1930, ink and gouache on paper
10 x 15 1/2 in
Reg # 3945

Y.45    Market and Broad Street,
Newark, New Jersey
1917, oil on paper
16 x 12 1/2 in
Reg # 3938

Y.66    Wharf
1921, oil on canvas
15 x 23 in
Reg # 12758

Y.53     **Gloucester Landscape**
1919, oil on canvas
23 7/8 x 29 3/4 in
Reg # 5328

3-3     **Sketchbook (Gloucester 3-3)**
c.1930, pencil on paper
10 3/4 x 14 1/2 in
Reg # 11688

9-4     **Sketchbook #9-4 (Sailboat and Lighthouse)**
c. 1932, pencil on paper
6 x 7 in
Reg # 7132

10-4     **Sketchbook #10-4 (Eraldine and Phyllis)**
pencil on paper
7 1/2 x 9 1/3 in
Reg # 7135

B.50     **Summer Landscape**
1932, pencil on paper
7 1/8 x 10 3/8 in
Reg # 11715

Y.8     **Airview**
c. 1916, oil on canvas
30 1/4 x 24 1/4 in
Reg # 5322

Y.99    Abstraction
        c. 1922-23, oil on canvas
        32 x 22 in
        Reg # 3345

Y.100   Untitled (Black and White
        Variation on Pochade)
        c.1958-64, casein on canvas
        45 X 56 in
        Reg # 3346

B.19B   Drawing for Report from Rockport
        1940, ink on paper
        24 1/2 x 30 1/2 in
        Reg # 10834

B.20    Pad Series #I
        1939, pencil on paper
        34 1/2 x 19 1/2 in
        Reg # 11716

B.20B   Drawing from Pad Series #3
        1939, pencil on paper
        32 1/4 x 20 1/4 in
        Reg # 4542

Y.6    Dogtown (Hillside with Stone Walls)
       c.1916, oil on canvas
       29 1/2 x 23 5/8 in
       Reg # 3928

O.30A  Room Interior
       1925, watercolor on paper
       12 1/8 x 9 1/2 in
       Reg # 3953

15-5   Sketchbook (Gloucester 15-5)
       1933, pencil on paper
       8 x 10 in
       Reg # 11692

23-3    **George Wettling Composition**
        1947, pencil on paper
        12 x 18 in
        Reg # 11700

Y.4     **Coal Derrick**
        1916 - 17, oil on canvas
        24 1/8 x 30 in
        Reg # 3926

O.23C   **Glintenkamp on Bleeker**
        1911, watercolor
        17 3/4 x 23 3/4 in
        Reg # 11708

Y.31    **Harbor Scene**
        1914, oil on canvas
        26 1/8 x 38 1/8 in
        Reg # 5343

Y.82C   **Roses in a Vase**
        1924, oil on board
        24 1/8 x 18 in
        Reg # 6080

Y.41    **Bowsprit**
        1916, oil on canvas
        23 x 19 in
        Reg # 5318

Y.28    **Bleecker Street**
        1913, oil on canvas
        38 x 30 in
        Reg # 5326

7-15    **Street Scene with Boulanger**
        c. 1928, pencil on paper
        8 x 10 1/2 in

Reg # 4545

O.13    Portrait of Man with Cap
        1912, watercolor
        10 1/2 x 14 5/8 in
        Reg # 11711

B.86    Clock and Telephone
        c.unknown, ink on paper
        7 1/2 x 5 (sight) in
        Reg # 12827

20-6    Untitled (New York)
        1938, ink on paper
        7 x 9 1/2 in
        Reg # 6003

Y.41A   A Cove, Gloucester Beach
        1916, oil on canvas
        30 x 24 in
        Reg # 3925

11-19   Sketchbook
        (Gloucester Abstractions 11-19)
        1932, ink on paper
        8 x 10 1/4 in
        Reg # 11707

O.52    Untitled (Pear)
        1921, watercolor and pencil on paper
        17 x 12 1/4 in
        Reg # 3959

B.76    Figure on the Dock
        c. 1930, pencil on paper
        7 1/4 x 8 3/8 in
        Reg # 7130

1-1     Sketchbook 1-1
        c.1931, pencil on paper
        7 3/8 x 11 in
        Reg # 11354

10-3    Sketchbook #10-3
        1932, pencil on paper
        8 x 10 1/4 in
        Reg # 5199

13-11   Sketchbook #13-11
        undated, Mixed media on paper
        8 x 10 in
        Reg # 16876

B.89    Study for Hightstown Turnoff
        1960, ink on paper
        4 x 6 in
        Reg # 3557

B.102   Sketch for On Location
        c. 1963, ink and pencil on paper
        4 x 5 7/8 in
        Reg # 3558

B.104   Drawing for Bois
        pencil on paper
        4 11/16 x 5 9/16 in
        Reg # 4788

Y.61    Tree
        1921, oil on canvas
        19 7/8 x 25 1/8 in
        Reg # 5321

Y.62    From the Shore (The Sword Plant)
        1921, oil on canvas
        15 x 30 in
        Reg # 11241

Y.64    Tree and Urn
        1921, oil on canvas
        30 x 19 in
        Reg # 4809

Y.65    Garden Scene
1921, oil on canvas
20 X 40 in
Reg # 5344A

Y.69    Still Life with Egg Beater
1922, oil on canvas
12 x 19 in
Reg # 3940

Y.81    Interior
c. 1922, oil on canvas
20 1/8 x 16 1/8 in
Reg # 3933

Y.81-B New Mexican Peak
1923, oil on canvas
22 x 32 1/2 in
Reg # 5310

Y.81-C Mexican Girls
1923, oil on canvas
20 x 16 in
Reg # 4407

Y.81-D Mexican Family
1923, oil on board
20 1/8 x 16 1/8 in
Reg # 4406

Y.93    Letter and His Ecol (Black & White)
c.1962-64, casein on canvas
24 x 30 in
Reg # 3956B

O.27    Untitled
1921, watercolor on paper
23 x 17 in
Reg # 3963

O.28    Greek Letter Backwards
1921, pencil and watercolor on paper

17 1/4 x 23 in
Reg # 3962

O.48    Figure with Pear
c. 1925, watercolor and pencil on paper
15 x 18 in
Reg # 3958

B.18    Radio Tube
1939, pencil on paper
7 1/8 x 4 3/8 in
Reg # 6001

B.116   Gloucester Study
undated, pencil on paper
3 1/2 x 5 in
Reg # 7141

16-8    Sketchbook
(Gloucester Dock Scenes 16-8)
1933, pencil on paper
8 x 10 in
Reg # 11702

Y.74    Still Life (Any)
1922, oil on artist board
9 x 6 in
Reg # 10835

Y.12    (East) Gloucester-Harbor
c. 1919, oil on canvas
19 x 23 in
Reg # 5324

Y.14    Untitled (Rainy Day)
c. 1918, oil on canvas
23 x 19 1/2 in
Reg # 3947

Y.96    Theme for Eye Level
        c. 1950, oil on canvas
        14 x 10 in
        Reg # 3342

O.63    Theater Crowd
        1911, watercolor on paper
        14 x 18 1/2 in
        Reg # 7161

B.10    Composition with Paintings
        and Town Square (Studio Interior with "Plaza")
        1925, ink on paper
        10 x 11 in
        Reg # 11683

11-20   Untitled (Sketchbook #11-20)
        1938, ink on paper
        10 1/4 x 8 in
        Reg # 4551

B.16    Study for Radio City Music Hall Mural
        1932, pencil on paper
        10 1/2 X 17 in
        Reg # 11250

1-13     Cigar and Hand Held Before View
         Looking Northwest from Approximately
         Third Avenue and E. 14th St.
         1930-32, ink on paper
         7 3/8 x 7 3/8 in
         Reg # 5989

B.84     New York Study
         undated, pencil on paper
         13 1/4 x 8 3/4 in
         Reg # 7143

2-13     6th Avenue El from
         Washington Mkt.
         undated, pencil on paper
         9 1/2 x 11 3/4 in
         Reg # 10821

9-14     Drawing for Garage Lights
         1932, pencil on paper
         7 x 8 in
         Reg # 3586

17-16    Sketchbook (Gloucester 17-16)
         1936, pencil on paper
         6 x 9 in
         Reg # 11689

13-1     Study for Max II
         ink on paper
         10 x 8 in
         Reg # 8458

Y.57   **Setting Sun, Tioga**
1919, oil on canvas
24 x 30 in
Reg # 5340A

O.61   **Untitled**
Mixed media and watercolor on paper
14 1/2 x 9 1/2 in
Reg # 3954

Y.7    **Farmer and Horse, Tioga, PA.**
c.1919, oil on canvas
24 x 29 3/4 in
Reg # 5313

Y.82B  **Indian Corn**
1924, oil on board
18 3/4 x 24 1/2 in
Reg # 8456

Y.70   **Landscape with Saw**
1922, Oil on board
16 x 12 in
Reg # 2785

Y.32   **Woman in Landscape**
1914, oil on board
12 x 16 in
Reg # 14390

11-6   **Sketchbook #11-6**
1932, ink on paper
8 x 10 1/4 in
Reg # 5198

O.25   **Rurales #1, Cuba**
1920, watercolor on paper
19 x 24 ¾ in

Y.86     The Plan II
         1960, oil on canvas
         8 x 12 in

B.29     Study for Percolator
         1927, pencil drawing
         18 1/8 x 14 1/4 in

B.23-1   Drawing for Pennsylvania
         1947, pencil drawing on paper
         12 x 18 in

11-10    Sketchbook
         c. 1932, ink drawing on paper
         8 x 10 1/4 in

23-4     Rhythm (sic)
         1947, pencil on tracing paper
         12 x 18 in

Y69A     Red Still-Life
         1922, oil on canvas
         50 x 32 in

Y74A     Brown Still-Life
         1922, oil on canvas
         50 x 32 in

Y68A     Still-Life with Dial
         1922, oil on canvas
         49 3/4 x 32 in

Y84B     Windshield Mirror
         c. 1954, tempera drawing on canvas
         54 x 76 in

O.40     Study for Allee
         1955, gouache
         8 x 35 in

O.42-A   Section Study for Allee
1955, gouache
8 x 11 in

O.44     Hightstown Turnoff
1960, casein
11 3/8 x 15 1/4 in

O.96     The Saint
1943, gouache
15 x 20 in

O.58     Study for Flying Carpet #2
1942, gouache
5 x 7 in

O.59     Study for Flying Carpet #3
1942, gouache
5 x 7 in

B.88     (Untitled Drawing 1)
ink on paper
7 3/4 x 6 3/4 in

SD3      CATS
1912, watercolor
14 3/4 x 10 5/8 in

O.23     Woman with Shawl
1918, watercolor
22 1/2 x 17 1/2 in

B.6      (Abstract Building composition)
c. 1920's, ink on paper
16 3/4 x 22 in

B.15-A   Drugstore Reflection
1931, ink on paper
11 1/2 x 15 1/4 in