Exhibit 8

Case 1:07-cv-04165-SHS-DCF   Document 8-9   Filed 07/03/2007   Page 1 of 5

WORKING LIST AS OF JAN 4, 2007

| Location | Name of Work | Sold | Net to Earl |
|---|---|---|---|
| S, Parkes | (East) Gloucester –Harbor | 110,000 | 88,000 |
| J. Carroll | Abstraction | 130,000 | 104,000 |
| J. Carroll | Airview | 0 | 0 |
| R. Hurst | Bleecker Street | 0 | 0 |
| Babcock | Book, Compote and Glass | 125,000 | 100,000 |
| Hackett-Freedman | Bowspirit | 0 | 0 |
| Babcock | Chinese Merchant | 17,500 | 12,250 |
| ? | Cigar and Hand Held Before View Looking Northwest from … | 0 | 0 |
| ? | Clock and Telephone | 0 | 0 |
| Mr. & Mrs.Falk | Coal Derrick | 125,000 | 100,000 |
| N. Richardson | Composition with Paintings and Town Square (Studio Interior with "Plaza") | 11,875 | 8,300 |
| Babcock | Configuration | 45,000 | 31,500 |
| Altman | Detail Study from Pad Series #2 | 8,500 | 5,950 |
| J. Carroll | Drawing for Report from Rockport | 125,000 | 87,500 |
| Babcock | Drawing for Smith Cove | 75,000 | 52,500 |
| J. Carroll | Drawing from Pad Series #3 | 85,000 | 59,500 |
| R. Barth | Factory, Gas Pump and Boat | 22,500 | 15,750 |
| R. Wike | Farmer and Horse | 185,000 | 148,000 |
| D.C. Moore | Figure on the Dock | 4,000 | 2,800 |
| Owings-Dewey: | Figure with Pear | 26,000 | 18,200 |
| Owings-Dewey: | From the Shore | 0 | 0 |
| Owings-Dewey: | Garden Scene | 290,000 | 232,000 |
| P.F. Drexler | George Wettling Composition | 20,000 | 14,000 |
| B. Goldberg | Glintenkamp on Bleecker | 0 | 0 |
| Owings-Dewey: | Greek Letter Backwards | 26,000 | 18,200 |
| B. Goldberg | Harbor Scene | 0 | 0 |

| | | | |
|---|---|---|---|
| *J. McDonald Williams* | *Indian Corn* | *0* | *0* |
| Owings-Dewey: | Interior | *125,000* | *100,000* |
| Owings-Dewey: | Letter and his Icol | *175,000* | *140,000* |
| Babcock | Little Giant Still Life (b/w) | *500,000* | *400,000* |
| M. Brock | Market and Broad Street, Newark | *40,000* | *32,000* |
| Owings-Dewey: | Mexican Family | *95,000* | *76,000* |
| Owings-Dewey: | Mexican Girls | *125,000* | *100,000* |
| Ashforth | Mobil Oil | *110,000* | *88,000* |
| Owings-Dewey: | New Mexican Peak | *125,000* | *100,000* |
| J. Carroll | Pad Series #1 | *18,000* | |
| Altman | Portrait of a Man | *37,000* | *12,600* |
| Kraushaar | Portrait of Man with Cap | *35,000* | *28,000* |
| Owings-Dewey: | Radio Tube | *5,500* | *3,850* |
| J. Carroll | Rhythm (sic) | *28,000* | *22,400* |
| Craven Gallery | Room Interior | *30,000* | *24,000* |
| ? | Rurales #1, Cuba | *0* | *0* |
| Thea Westreich | Setting Sun, Tioga | *250,000* | *200,000* |
| Owings-Dewey: | Sketchbook | *45,000* | *31,500* |
| D.C. Moore | Sketchbook #10-3 | *6,500* | *4,550* |
| D.C. Moore | Sketchbook #1-1 | *5,000* | *3,500* |
| M. de Montebello | Sketchbook #11-19 | *7,500* | *5,250* |
| Earl? | Sketchbook #11-6 | *0* | *0* |
| Babcock | Sketchbook #17-10 | *10,000* | *7,000* |
| Craven Gallery | Sketchbook (Gloucester 15-5) | *30,000* | *21,000* |
| J. Tanenbaum | Sketchbook (Gloucester 17-16) | *2,750* | *1,925* |
| Owings-Dewey: | Sketchbook (Gloucester Dock Scenes 16-8) | *15,000* | *10,500* |
| Babcock | Sketchbook (Gloucester) | *25,000* | *17,500* |

| | | | |
|---|---|---:|---:|
| D.C. Moore | Sketchbook 11-10 | 6,500 | 4,550 |
| D.C. Moore | Sketchbook 13-11 | 6,500 | 4,550 |
| ? | Sketchbook 17-17 | 0 | 0 |
| Alpha Gallery | Sketchbook 17-18 | 6,500 | 4,550 |
| Owings-Dewey: | Still Life with Egg Beater | 60,000 | 48,000 |
| Y. Kessler | Street Scene with Boulanger | 12,000 | 8,400 |
| Wash Museum | Study for Max II | 0 | 0 |
| ? | Study for Radio City Music Hall | 0 | 0 |
| Babcock | Suffragettes | 30,000 | 24,000 |
| R. Barth | The Plaza | 27,000 | 21,600 |
| A. Pitch | Theater Crowd | 25,000 | 20,000 |
| Owings-Dewey: | Tree | 75,000 | 60,000 |
| Art Advisory | Twilight in Turkey | 375,000 | 300,000 |
| Whitney | Untitled | 16,000 | 11,200 |
| E. Lenkin | Untitled (New York) | 5,000 | 3,500 |
| D.C. Moore | Untitled (Pear) | 11,250 | 7,875 |
| S. Parkes | Untitled (Rainy Day) | 0 | 0 |
| J. Rivkin | Untitled (Sketchbook #11-20 | 8,500 | 5,950 |
| Owings-Dewey: | Untitled, 1921 | 26,000 | 20,800 |
| A. Yow | Woman in Landscape | 31,000 | 24,800 |
| | | 3,997,875 | 3,097,800 |

## RETURNED WORKS

| | | | |
|---|---|---|---|
| | *Tapestry after "Seme"* | | |
| | *Art Digest Cover* | *0* | |
| | *Backyards* | *0* | |
| | *Brick Gas Tank* | *0* | |
| | *Drawing for "Matches"* | *0* | |
| | *Drawing for "Percolator"* | *0* | |
| | *Gloucester Harbor #1* | *0* | |
| | *Graveyard on the Dunes – Prvtwn* | *0* | |
| | *Landscape, Tioga PA* | *0* | |
| | *Music Hall* | *0* | |
| | *Sketchbook #11-16,* | *0* | |
| | Sketchbook #17-3 (Starfish) | *0* | |
| | *Sketchbook (Gloucester Dock Scene 16-16)* | *0* | |
| | *Standard Brand No. 2* | *0* | |
| | *Study for "Egg Beater No. 1* | *0* | |
| | *Study for G & W* | *0* | |
| | *Study for the Fountain* | *0* | |
| | *Study for WNYC Mural* | *0* | |
| | *Untitled (Black and White Variation on Pochade)* | *0* | |
| | *Untitled (Cityscape.)* | *0* | |
| | *Untitled (Street Scn Vins-Tabac)* | *0* | |
| | *View along the Dock in LMan* | *0* | |
| | *Village Street* | *0* | |
| | *Woman on Balcony* | *0* | |
| Novatts | Drawing for Bois | *0* | |
| Novatts | Sketch for On Location | *0* | |
| Novatts | Study for Highstown Turnoff | *0* | |