UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

EARL DAVIS,

                              Plaintiff,

        -against-

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

                           Defendants.

------------------------------------------------------------------- X

Index No. 07 Civ. 4165 (SHS) (DF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

WILLY VELAZQUEZ, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at 192

Claremont Avenue, Apt. #5-D, New York, New York 10027.

    2.    On June 29, 2007, I served the within **ORDER TO SHOW**

**CAUSE FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY,**

**DECLARATION OF EARL DAVIS IN SUPPORT OF MOTION FOR A**

**PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY,**

**DECLARATION OF DEAN R. NICYPER IN SUPPORT OF MOTION FOR A**

**PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY,**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A PRELIMINARY**

**INJUNCTION AND EXPEDITED DISCOVERY, PROPOSED ORDER,** and all

accompanying exhibits, by personally delivering true and correct copies of the same upon

to the following:

> David E. Mollon, Esq.
> Winston & Strawn LLP
> 200 Park Avenue,
> New York, New York  10166-4193

WILLY VELAZQUEZ

Sworn to before me this

29th day of June, 2007

Notary Public

ERICA FABRIKANT
Notary Public, State of New York
No. 02FA6150195
Qualified in New York County
Commission Expires July 24, 2010