STEIN, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EARL DAVIS,
                                Plaintiff,

                 -against-

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER
                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07-CV-4165 (SHS)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

       1.     The time for defendants to answer, move, or otherwise respond to the Complaint in this action is extended through and until July 17, 2007. Defendants agree not to challenge, by motion, defense or otherwise, whether the Summons and Complaint were served properly.

       2.     This Stipulation may be executed by facsimile signature, which shall have the same force and effect as an original signature.

       3.     This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile may be filed in place and instead of the original.

       Since the filing of the Complaint, there has been no previous request for an extension of time.

Dated: June 26, 2007
       New York, New York

295332/24243

| | |
|---|---|
| FLEMING ZULACK WILLIAMSON ZAUDERER LLP<br><br>By: _____<br>Dean R. Nicyper (DRN-7757)<br>One Liberty Plaza<br>New York, NY 10006-1404<br>Tel: (212) 412-9500<br>Fax: (212) 964-9200<br>*Attorneys for Plaintiff* | WINSTON & STRAWN LLP<br><br>By: _____<br>David E. Mollón (DM-5624)<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 294-6700<br>Fax: (212) 294-4700<br><br>*Attorneys for Defendants* |

SO ORDERED.  7/9/07

_____
~~Hon. Sydney H. Stein~~
~~United States District Judge~~

**Debra Freeman**
**United States Magistrate Judge**
Southern District of **New York**