UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
EARL DAVIS,                             :
                         Plaintiff,     :
                                        :
        -against-                       :
                                        :   07-CV-4165 (SHS) (DF)
SALANDER O'REILLY GALLERIES LLC         :
f/k/a SALANDER O'REILLY GALLERIES       :
INC., and LAWRENCE B. SALANDER          :
                         Defendants.    :
                                        :
                                        :
                                        :
-------------------------------------- X

**DEFENDANT'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Salander O'Reilly Galleries LLC f/k/a Salander O'Reilly Galleries Inc. ("Galleries"), by its attorneys Winston & Strawn LLP, state that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: July 17, 2007
       New York, New York

                                        WINSTON & STRAWN LLP

                                        By: _____
                                            David E. Mollón (DM-5624)
                                            Grissel Seijo (GS-7250)
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 294-6700

                                        Attorneys for Defendants