UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EARL DAVIS,                                         :

                                    Plaintiff,      :

                                                    :

            -against-                               :            07-CV-4165 (SHS) (DF)

                                                    :

SALANDER O'REILLY GALLERIES LLC                     :            NOTICE OF APPEARANCE
f/k/a SALANDER O'REILLY GALLERIES                   :
INC.,                                               :
and LAWRENCE B. SALANDER                            :
                                    Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


        PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance

for defendants Salander O'Reilly Galleries LLC f/k/a Salander O'Reilly Galleries, Inc., and

Lawrence B. Salander in the above titled action and requests that  copies of all papers in this

action be served upon the undersigned counsel at the address stated below.

        I certify that I am admitted to practice before this Court.



Dated: New York, New York
       July 19, 2007



                                        By:    s/ David E. Mollón
                                               David E. Mollón (DM-5624)
                                               200 Park Avenue
                                               New York, New York 10166
                                               (212) 294-6700
                                               dmollon@winston.com

                                               Attorney for Defendants