Exhibit 6

| Reg | Title | Consignment | Price | Year |
|---|---|---|---|---|
| Y.46 | Windy Night, Newark<br>1917<br>15 1/2 x 11 1/4 in<br>Reg # 3939 | Consigned to Robert Henry Adams Fine Art | 50,000. | 1992 |
| 17-18 | Sketchbook #17-18<br>1936, ink on paper<br>6 x 9 in<br>Reg # 5197 | Consigned to Alpha Gallery | 6,500. | 1995 |
| Y.18 | Portrait of a Man<br>c.1915, oil on canvas<br>23 1/8 X 19 1/8 in<br>Reg # 12760 | Consigned to Altman | NO PRICE | |
| 24-10 | Detail Study from Pad Series #2<br>c. 1946, pencil on paper<br>8 1/2 x 8 in<br>Reg # 4549 | Consigned to Altman | 8,500. | 2005 |
| O.47 | On Location<br>1963, casein on paper<br>8 3/8 x 11 5/8 in<br>Reg # 11264 | Consigned to Mr. & Mrs. Andersen | 225,000. | 1996 |
| Y.88 | Twilight in Turkey<br>1961, oil on canvas<br>14 x 18 in<br>Reg # 7198 | Consigned to Art Advisory | 475,000. | 1999 |
| Y.10 | Mobil Oil<br>1916, oil on canvas<br>23 x 19 in<br>Reg # 5334 | Consigned to Ashforth | 125,000. | 1996 |
| Y.68 | Book, Compote and Glass<br>1922, oil on canvas<br>18 1/4 x 30 in<br>Reg # 3923 | Consigned to Babcock Gallery | 125,000 | 1992 |
| 17-10 | Sketchbook #17-10<br>1936, ink on paper<br>6 x 9 in<br>Reg # 5200 | Consigned to Babcock Gallery | 10,000 | 2003 |
| SD-4 | Drawing for Smiths Cove<br>c. 1935, pencil on paper<br>15 x 20 in<br>Reg # 4804 | Consigned to Babcock Gallery | 75,000. | 1999 |

| Reg | Title | Consignment | Price | Year |
|---|---|---|---|---|
| Y.84A | Little Giant Still Life (black and white version)<br>1953, oil on canvas<br>32 7/8 X 43 in<br>Reg # 11260 | Consigned to Babcock Gallery | 850,000 | 2005 |
| O.1 | Suffragettes<br>1910, watercolor on paper<br>13 3/4 x 18 3/4 in<br>Reg # 3951 | Consigned to Babcock Gallery | 30,000 | 1997 |
| O.11 | Chinese Merchant<br>1912, watercolor on paper<br>14 1/2 x 10 1/2 in<br>Reg # 4784 | Consigned to Babcock Gallery | 17,500 | 1995 |
| B.16A | Configuration<br>1932, gouache and pencil on paper<br>11 x 14 in<br>Reg # 16323 | Consigned to Babcock Gallery | 45,000 | 1999 |
| 10-7 | Sketchbook (Gloucester)<br>c.1930-31, pencil on paper<br>8 x 10 in<br>Reg # 16315 | Consigned to Babcock Gallery | 25,000 | 1999 |
| O.23K | The Plaza<br>1918-19, watercolor on paper<br>18 x 24 in<br>Reg # 3936 | Consigned to R. Barth | 30,000 | 1992 |
| O.55 | Factory, Gas Pump and Boat<br>c. 1930, ink and gouache on paper<br>10 x 15 1/2 in<br>Reg # 3945 | Consigned to R. Barth | 20,000 | 1992 |
| Y.45 | Market and Broad Street, Newark, New Jersey<br>1917, oil on paper<br>16 x 12 1/2 in<br>Reg # 3938 | Consigned to M. Brock | 40,000 | 1992 |
| Y.66 | Wharf<br>1921, oil on canvas<br>15 x 23 in<br>Reg # 12758 | Consigned to M. Brock | 95,000 | 2004 |

| | | | | |
|---|---|---|---|---|
| Y.53 | Gloucester Landscape<br>1919, oil on canvas<br>23 7/8 x 29 3/4 in<br>Reg # 5328 | Cape Ann as per Earl | 95,000 | 1998 |
| 3-3 | Sketchbook (Gloucester 3-3)<br>c.1930, pencil on paper<br>10 3/4 x 14 1/2 in<br>Reg # 11688 | Cape Ann as per Earl | 6,500. | 1995 |
| 9-4 | Sketchbook #9-4 (Sailboat and Lighthouse)<br>c. 1932, pencil on paper<br>6 x 7 in<br>Reg # 7132 | Cape Ann as per Earl | 6,500 | 1999 |
| 10-4 | Sketchbook #10-4 (Eraldine and Phyllis)<br>pencil on paper<br>7 1/2 x 9 1/3 in<br>Reg # 7135 | Cape Ann as per Earl | 6,000 | 1992 |
| B.50 | Summer Landscape<br>1932, pencil on paper<br>7 1/8 x 10 3/8 in<br>Reg # 11715 | Cape Ann as per Earl | 25,000 | 1999 |
| Y.8 | Airview<br>c. 1916, oil on canvas<br>30 1/4 x 24 1/4 in<br>Reg # 5322 | Consigned to J. Carroll | 40,000 | 1999 |
| Y.29 | Graveyard on the Dunes-Provincetown<br>1913, oil on canvas<br>38 x 30 1/4 in<br>Reg # 5346A | Consigned to J. Carroll | 140,000 | 2003 |
| Y.42 | Brick Gas Tank<br>1916, oil on canvas<br>23 1/4 x 19 1/8 in<br>Reg # 5335 | Consigned to J. Carroll | 55,000 | 1998 |
| 23-4 | Rythm [sic]<br>1947, pencil on paper<br>11 1/4 x 14 1/2 in<br>Reg # 4555 | Consigned to J. Carroll | 28,000 | 1995 |
| Y.85C | Untitled (Black and White<br>Variation on Pochade)<br>c.1958-64, casein on canvas<br>45 x 56 in | Consigned to J. Carroll | 50,000 | 2005 |

Reg # 25091

Y.99    Abstraction           Consigned to J. Carroll
c. 1922-23, oil on canvas
32 x 22 in                               130,000    1992
Reg # 3345

Y.100   Untitled (Black and White       Consigned to J. Carroll
Variation on Pochade)
c.1958-64, casein on canvas             550,000    2005
45 X 56 in
Reg # 3346

B.11    Drawing for "Matches"        Consigned to J. Carroll
1927, pencil on paper
18 3/4 x 15 1/2 in                       32,000    1992
Reg # 4554

B.14    Study for "Egg Beater No. 1"     Consigned to J. Carroll
1927, pencil and orange crayon (grid) on paper
14 3/8 X 18 in                           125,000    2006
Reg # 24841

B.19B Drawing for Report from Rockport    Consigned to J. Carroll
1940, ink on paper
24 1/2 x 30 1/2 in                      125,000    1999
Reg # 10834

B.20    Pad Series #1                 Consigned to J. Carroll
1939, pencil on paper
34 1/2 x 19 1/2 in                      15,000    1995
Reg # 11716

B.20B Drawing from Pad Series #3       Consigned to J. Carroll
1939, pencil on paper
32 1/4 x 20 1/4 in                      85,000    2005
Reg # 4542

B.29    Drawing for "Percolator"        Consigned to J. Carroll
1927, pencil on paper
18 1/2 x 14 3/4 in                      75,000    1996
Reg # 4631

O.45    Standard Brand No. 2          Consigned to J. Carroll
1960-61, casein on paper
12 1/3 x 10 in                           225,000    1996
Reg # 11263

O.56B Art Digest Cover                Consigned to J. Carroll

                                                         250,000    1995

|  |  |  |  |
|---|---|---|---|
|  | 1953, gouache and pencil on paper<br>18 x 12 3/4 (sight size) in<br>Reg # 10832 |  |  |
| Y.6 | Dogtown (Hillside with Stone Walls)<br>c.1916, oil on canvas<br>29 1/2 x 23 5/8 in<br>Reg # 3928 | Consigned to Craven Gallery | 150,000   2004 |
| 17-3 | Sketchbook #17-3 (Starfish)<br>1936, ink on paper<br>6 x 9 in<br>Reg # 7131 | Consigned to Craven Gallery | 10,000   2006 |
| O.30A | Room Interior<br>1925, watercolor on paper<br>12 1/8 x 9 1/2 in<br>Reg # 3953 | Consigned to Craven Gallery | 45,000   1996 |
| B.19 | Study for WNYC Mural<br>1938, pencil on paper<br>9 5/8 X 14 1/2 in<br>Reg # 24842 | Consigned to Craven Gallery | 90,000   2006 |
| B.71 | Study for "G & W"<br>c.1944, ink on paper<br>8 5/8 x 6 3/8 in<br>Reg # 11705 | Consigned to Craven Gallery | 60,000   2006 |
| B.77 | Study for the Fountain<br>c.1941, pencil on paper<br>11 1/2 X 15 1/2 in<br>Reg # 24839 | Consigned to Craven Gallery | 20,000   2006 |
| 2-12 | View along the Docks in Lower Manhattan<br>1930-32, pencil on paper<br>8 7/8 x 10 3/8 in<br>Reg # 5992 | Consigned to Craven Gallery | 9,000   2006 |
| 11-16 | Sketchbook #11-16<br>1932, ink on paper<br>8 x 10 1/2 in<br>Reg # 6000 | Consigned to Craven Gallery | 12,000   2006 |
| 15-5 | Sketchbook (Gloucester 15-5)<br>1933, pencil on paper<br>8 x 10 in<br>Reg # 11692 | Consigned to Craven Gallery | 35,000   1999 |

| Reg | Title | Consignment | Price | Year |
|---|---|---|---|---|
| 23-3 | George Wettling Composition<br>1947, pencil on paper<br>12 x 18 in<br>Reg # 11700 | Consigned to P. Drexler | 27,500 | 1999 |
| Y.4 | Coal Derrick<br>1916 - 17, oil on canvas<br>24 1/8 x 30 in<br>Reg # 3926 | Consigned to Mr. & Mrs. E. Falk | 150,000 | 1999 |
| O.23C | Glintenkamp on Bleeker<br>1911, watercolor<br>17 3/4 x 23 3/4 in<br>Reg # 11708 | Consigned to B. Goldberg | 17,500 | 1995 |
| Y.31 | Harbor Scene<br>1914, oil on canvas<br>26 1/8 x 38 1/8 in<br>Reg # 5343 | Consigned to B. Goldberg | 125,000 | 1998 |
| Y.51 | Landscape, Tioga, PA<br>1919, oil on canvas<br>24 x 30 1/8 in<br>Reg # 5317 | Consigned to B. Goodman | 125,000 | 2001 |
| Y.82C | Roses in a Vase<br>1924, oil on board<br>24 1/8 x 18 in<br>Reg # 6080 | Consigned to B. Goodman | 650,000 | 2003 |
| Y.41 | Bowsprit<br>1916, oil on canvas<br>23 x 19 in<br>Reg # 5318 | Consigned to Hackett-Freedman | 125,000 | 2003 |
| Y.28 | Bleecker Street<br>1913, oil on canvas<br>38 x 30 in<br>Reg # 5326 | Consigned to R. Hurst | 275,000 | 1998 |
| Y.19 | Music Hall<br>c. 1912, oil on canvas<br>26 1/8 x 31 7/8 in<br>Reg # 5329 | Consigned to V. Jordan | 275,000 | 1998 |
| 7-15 | Street Scene with Boulanger<br>c. 1928, pencil on paper<br>8 x 10 1/2 in | Consigned to Y. Kessler | 12,000 | 1992 |

Reg # 4545

| | | | |
|---|---|---|---|
| O.13 | Portrait of Man with Cap<br>1912, watercolor<br>10 1/2 x 14 5/8 in<br>Reg # 11711 | Consigned to Kraushaar | 35,000  2003 |
| B.86 | Clock and Telephone<br>c.unknown, ink on paper<br>7 1/2 x 5 (sight) in<br>Reg # 12827 | Consigned as per Leigh | NO PRICE |
| 20-6 | Untitled (New York)<br>1938, ink on paper<br>7 x 9 1/2 in<br>Reg # 6003 | Consigned to E. Lenkin | 8,000  1992 |
| Y.41A | A Cove, Gloucester Beach<br>1916, oil on canvas<br>30 x 24 in<br>Reg # 3925 | Consigned to M. Markbreiter | 85,000  1996 |
| 11-19 | Sketchbook<br>(Gloucester Abstractions 11-19)<br>1932, ink on paper<br>8 x 10 1/4 in<br>Reg # 11707 | Consigned to M. de Montebello | 7,500.  1995 |
| O.52 | Untitled (Pear)<br>1921, watercolor and pencil on paper<br>17 x 12 1/4 in<br>Reg # 3959 | Consigned to D.C. Moore | 30,000  1992 |
| B.76 | Figure on the Dock<br>c. 1930, pencil on paper<br>7 1/4 x 8 3/8 in<br>Reg # 7130 | Consigned to D.C. Moore | 6,000  1992 |
| 1-1 | Sketchbook 1-1<br>c.1931, pencil on paper<br>7 3/8 x 11 in<br>Reg # 11354 | Consigned to D.C. Moore | NO PRICE |
| 10-3 | Sketchbook #10-3<br>1932, pencil on paper<br>8 x 10 1/4 in<br>Reg # 5199 | Consigned to D.C. Moore | 10,000  1992 |
| 11-10 | Sketchbook #11-10 | Consigned to D.C. Moore | 6,500  1992 |

|  |  |  |  |
|---|---|---|---|
|  | 1932, ink on paper<br>8 x 10 1/4 in<br>Reg # 6005 |  |  |
| 13-11 | Sketchbook #13-11<br>undated, Mixed media on paper<br>8 x 10 in<br>Reg # 16876 | Consigned to D.C. Moore | NO PRICE |
| B.89 | Study for Hightstown Turnoff<br>1960, ink on paper<br>4 x 6 in<br>Reg # 3557 | W/ Jedd Novatt | 10,000   2002 |
| B.102 | Sketch for On Location<br>c. 1963, ink and pencil on paper<br>4 x 5 7/8 in<br>Reg # 3558 | W/ Jedd Novatt | 10,000   2002 |
| B.104 | Drawing for Bois<br>pencil on paper<br>4 11/16 x 5 9/16 in<br>Reg # 4788 | W/ Jedd Novatt | 7,500   2002 |
| Y.49 | Village Street<br>1921, oil on canvas<br>11 7/8 x 15 7/8 in<br>Reg # 12759 | Consigned to Owings-Dewey | 70,000   2004 |
| Y.16 | Untitled (Cityscape w/ Man & Woman)<br>undated, oil on canvas<br>23 1/2 x 19 in<br>Reg # 3943 | Consigned to Owings-Dewey | 60,000   1992 |
| Y.61 | Tree<br>1921, oil on canvas<br>19 7/8 x 25 1/8 in<br>Reg # 5321 | Consigned to Owings-Dewey | 75,000   1996 |
| Y.62 | From the Shore (The Sword Plant)<br>1921, oil on canvas<br>15 x 30 in<br>Reg # 11241 | Consigned to Owings-Dewey | 125,000   1999 |
| Y.64 | Tree and Urn<br>1921, oil on canvas<br>30 x 19 in<br>Reg # 4809 | Consigned to Owings-Dewey | 150,000   1992 |

| | | | |
|---|---|---|---|
| Y.65 | Garden Scene<br>1921, oil on canvas<br>20 X 40 in<br>Reg # 5344A | Consigned to Owings-Dewey | 450,000  1999<br>850,000  2003 |
| Y.69 | Still Life with Egg Beater<br>1922, oil on canvas<br>12 x 19 in<br>Reg # 3940 | Consigned to Owings-Dewey | 85,000  — |
| Y.81 | Interior<br>c. 1922, oil on canvas<br>20 1/8 x 16 1/8 in<br>Reg # 3933 | Consigned to Owings-Dewey | 150,000  1992 |
| Y.81-B | New Mexican Peak<br>1923, oil on canvas<br>22 x 32 1/2 in<br>Reg # 5310 | Consigned to Owings-Dewey | 175,000  1993 |
| Y.81-C | Mexican Girls<br>1923, oil on canvas<br>20 x 16 in<br>Reg # 4407 | Consigned to Owings-Dewey | 225,000  — |
| Y.81-D | Mexican Family<br>1923, oil on board<br>20 1/8 x 16 1/8 in<br>Reg # 4406 | Consigned to Owings-Dewey | NO PRICE |
| Y.93 | Letter and His Ecol (Black & White)<br>c.1962-64, casein on canvas<br>24 x 30 in<br>Reg # 3956B | Consigned to Owings-Dewey | 200,000  2004 |
| O.23A | Backyards<br>1913, watercolor on paper<br>10 3/4 x 14 1/2 in<br>Reg # 11713 | Consigned to Owings-Dewey | 20,000  1999 |
| O.27 | Untitled<br>1921, watercolor on paper<br>23 x 17 in<br>Reg # 3963 | Consigned to Owings-Dewey | 40,000  1992 |
| O.28 | Greek Letter Backwards<br>1921, pencil and watercolor on paper | Consigned to Owings-Dewey | 40,000  — |

        17 1/4 x 23 in
        Reg # 3962

**O.48**   Figure with Pear                               Consigned to Owings-Dewey
       c. 1925, watercolor and pencil on paper        30,000  1992
       15 x 18 in
       Reg # 3958

**B.18**   Radio Tube                                       Consigned to Owings-Dewey
       1939, pencil on paper                          5,500 -  1995
       7 1/8 x 4 3/8 in
       Reg # 6001

**B.49**   Gloucester Harbor #1                     Consigned to Owings-Dewey
       c.1930, pencil on paper                      25,000  1999
       10 x 12 in
       Reg # 7140

**B.116**  Gloucester Study                            Consigned to Owings-Dewey
       undated, pencil on paper                    7,500  1999
       3 1/2 x 5 in
       Reg # 7141

**16-8**   Sketchbook                                    Consigned to Owings-Dewey
       (Gloucester Dock Scenes 16-8)
       1933, pencil on paper                       45,000  1999
       8 x 10 in
       Reg # 11702

**16-16**  Sketchbook                                 Consigned to Owings-Dewey
       (Gloucester Dock Scene 16-16)
       1933, pencil on paper                       45,000  1999
       8 x 10 in
       Reg # 11694

**Y.74**   Still Life (Any)                             Consigned to Gerald Peters
       1922, oil on artist board                    95,000  —
       9 x 6 in
       Reg # 10835

**Y.12**   (East) Gloucester-Harbor               Consigned to S. Parkes
       c. 1919, oil on canvas
       19 x 23 in                                    125,000  2005
       Reg # 5324

**Y.14**   Untitled (Rainy Day)                     Consigned to S. Parkes
       c. 1918, oil on canvas
       23 x 19 1/2 in                            60,000  1992
       Reg # 3947

| | | | | |
|---|---|---|---|---|
| Y.96 | Theme for Eye Level<br>c. 1950, oil on canvas<br>14 x 10 in<br>Reg # 3342 | Consigned to Gerald Peters | 325,000 | 2005 |
| O.63 | Theater Crowd<br>1911, watercolor on paper<br>14 x 18 1/2 in<br>Reg # 7161 | Consigned to A. Pitch | NO PRICE | |
| B.10 | Composition with Paintings<br>and Town Square (Studio Interior with "Plaza")<br>1925, ink on paper<br>10 x 11 in<br>Reg # 11683 | Consigned to N. Richardson | 12,500 | 2005 |
| 11-20 | Untitled (Sketchbook #11-20)<br>1938, ink on paper<br>10 1/4 x 8 in<br>Reg # 4551 | Consigned to Janet Rivkin | 8,500 | 1995 |
| Y.24 | Gleam on the Lake<br>1910, oil on canvas<br>8 x 10 1/4 in<br>Reg # 5350 | Salander-O'Reilly 79th St. | 35,000 | 1998 |
| O.5 | Portrait of a Seated Woman<br>1912, watercolor on paper<br>14 1/2 x 10 3/4 in<br>Reg # 4744 | Salander-O'Reilly 79th St | 35,000 | 2003 |
| O.62 | Woman on Balcony<br>gouache on paper<br>19 3/4 x 13 3/4 in<br>Reg # 3952 | Salander-O'Reilly 79th St | 25,000 | 1992 |
| B.1 | At the Metropolitan Museum of Art<br>1913, Ink, crayon and wash on paper<br>14 13/16 x 10 13/16 in<br>Reg # 4421 | Salander-O'Reilly 79th St | 18,000 | 1992 |
| B.16 | Study for Radio City Music Hall Mural<br>1932, pencil on paper<br>10 1/2 X 17 in<br>Reg # 11250 | Salander-O'Reilly 79th St | 85,000 | 2005 |

| | | | |
|---|---|---|---|
| B.17 | Study for The Terminal<br>undated, pencil on paper<br>13 x 16 in<br>Reg # 4556 | Salander-O'Reilly 79th St | 25,000  1992 |
| 1-6 | Sketchbook #1-6<br>c. 1930-31, Ink on paper<br>7 7/8 x 9 1/4 in<br>Reg # 16875 | Sofia Storage (w/ Salander O'Reilly) | NO PRICE |
| 1-13 | Cigar and Hand Held Before View Looking Northwest from Approximately Third Avenue and E. 14th St.<br>1930-32, ink on paper<br>7 3/8 x 7 3/8 in<br>Reg # 5989 | Salander-O'Reilly 79th St | 6,500  1995 |
| 7-14 | Untitled (Street Scene with Vins-Tabac)<br>c. 1928, pencil on paper<br>8 x 10 3/4 in<br>Reg # 4546 | Salander-O'Reilly 79th St | 12,000  1992 |
| B.84 | New York Study<br>undated, pencil on paper<br>13 1/4 x 8 3/4 in<br>Reg # 7143 | Consigned to J. Tannenbaum | 12,500  1999 |
| 2-13 | 6th Avenue El from Washington Mkt.<br>undated, pencil on paper<br>9 1/2 x 11 3/4 in<br>Reg # 10821 | Consigned to Joe Tanenbaum | 17,500  1999 |
| 9-14 | Drawing for Garage Lights<br>1932, pencil on paper<br>7 x 8 in<br>Reg # 3586 | Consigned to J. Tanenbaum | 27,750.  1999 |
| 17-16 | Sketchbook (Gloucester 17-16)<br>1936, pencil on paper<br>6 x 9 in<br>Reg # 11689 | Consigned to J. Tanenbaum | 2,750.  1995 |
| 13-1 | Study for Max II<br>ink on paper<br>10 x 8 in<br>Reg # 8458 | Consigned to Washington Univ. Mus. of Art | 8,000  1993 |

| | | | |
|---|---|---|---|
| Y.57 | Setting Sun, Tioga<br>1919, oil on canvas<br>24 x 30 in<br>Reg # 5340A | Consigned to Thea Westreich Fine Art Advisory | 275,000  1998 |
| O.61 | Untitled<br>Mixed media and watercolor on paper<br>14 1/2 x 9 1/2 in<br>Reg # 3954 | Consigned to Whitney Museum | 12,500  1996 |
| Y.7 | Farmer and Horse, Tioga, PA.<br>c.1919, oil on canvas<br>24 x 29 3/4 in<br>Reg # 5313 | Consigned to R. Wike | 185,000  1996 |
| Y.82B | Indian Corn<br>1924, oil on board<br>18 3/4 x 24 1/2 in<br>Reg # 8456 | Consigned to J. McDonald Williams | NO PRICE |
| Y.70 | Landscape with Saw<br>1922, Oil on board<br>16 x 12 in<br>Reg # 2785 | Consigned to E. Woron | 85,000  1992 |
| Y.32 | Woman in Landscape<br>1914, oil on board<br>12 x 16 in<br>Reg # 14390 | Consigned to A. Yow | 35,000  1998 |
| 10-13 | | does not exist in our records (10-10 the highest) | |
| 11-6 | Sketchbook #11-6<br>1932, ink on paper<br>8 x 10 1/4 in<br>Reg # 5198 | "W/ Earl" 97 only location<br>no incoming paperwork | |
| 17-17 | Sketchbook 17-17<br>1936, pencil on paper<br>6 x 9 in | no record of receiving<br>no card in files | |
| O.25 | Rurales #1, Cuba<br>1920, watercolor on paper<br>19 x 24 ¾ in | no location ever recorded at SOR | |