Exhibit 9

Stuart Davis Inventory as of 2/2/07

| Estate # | Location | Name of Work | sold | Net to Earl | SOR # | Medium | Date sold/Notes |
|---|---|---|---|---|---|---|---|
| Y4 | Mr. & Mrs. Falk | Coal Derrick | 125,000 | 100,000 | 3926 | oil | 2/20/04 |
| Y-6 | Craven Gallery | Dogtown | 0 | 0 | 3928 | oil | ? |
| Y7 | R. Wike | Farmer and Horse | 185,000 | 148,000 | 5313 | oil | 1999 |
| Y8 | J. Carroll | Airview | 0 | 0 | 5322 | oil | |
| Y10 | Ashforth | Mobil Oil | 110,000 | 88,000 | 5334 | oil | 1/27/97 |
| Y12 | S, Parkes | (East) Gloucester –Harbor | 111,000 | 88,888 | 5324 | oil | |
| Y.14 | S, Parkes | Untitled (Rainy Day) | 0 | 0 | 3947 | oil | |
| Y-17 | ? | Summer House | | | 5332 | *oil* | Checking |
| Y 18 | Altman | Portrait of a Man | 0 | 0 | 0 | oil | |
| Y 28 | R. Hurst | Bleecker Street | 0 | 0 | 5326 | oil | |
| Y 31 | B. Goldberg | Harbor Scene | 0 | 0 | 5343 | oil | |
| Y.32 | A. Yow | Woman in Landscape | 31,000 | 24,800 | 14390 | oil | 10/27/98 |
| Y 41A | M Markbreiter | A Cover, Gloucester Beach | 0 | 0 | 3925 | oil | |
| Y.41 | Hackett-Freedman | Bowsprit | 0 | 0 | 5318 | oil | |
| Y 45 | M. Brock | Market and Broad Street, Newark | 40,000 | 32,000 | 3938 | oil | 5/23/02 |
| Y-46 | Robert Adams | Windy Night, Newark | 0 | 0 | 3939 | oil | |
| Y 53 | Cape Ann | Gloucester Landscape | 0 | 0 | 5328 | oil | |
| Y 57 | Thea Westreich | Setting Sun, Tioga | 250,000 | 200,000 | 5340A | oil | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Y-61 | Owings-Dewey: | Tree | 75,000 | | 5321 | oil | 8/20/03 |
| Y-62 | Owings-Dewey: | From the Shore | 0 | 60,000 | 11241 | oil | |
| Y-64 | Owings-Dewey: | Tree and Urn | 0 | 0 | 4809 | oil | |
| Y-65 | Owings-Dewey: | Garden Scene | 290,000 | 232,000 | 5344A | oil | 11/30/05 |
| Y.66 | M. Brock | Wharf | 0 | 0 | 12758 | oil | |
| Y-69 | Owings-Dewey: | Still Life with Egg Beater | 60,000 | 48,000 | 3940 | oil | 8/12/04 |
| Y 70 | E. Woron | Landscape with Saw | 0 | 0 | 2785 | oil | |
| Y-70 | ??? | Composition with Saw | | 624,800 | | oil | *Same painting as Landscape?* |
| Y 74 | Gerald Peters | Still Life (any) | 0 | 0 | 10835 | oil | |
| Y-81 | Owings-Dewey: | Interior | 125,000 | 100,000 | 3933 | oil | 1/2/01 |
| Y-81B | Owings-Dewey: | New Mexican Peak | 125,000 | 100,000 | 5310 | oil | |
| Y.81C | Owings-Dewey: | Mexican Girls | 125,000 | 100,000 | 4407 | oil | 1/2/01 |
| Y.81D | Owings-Dewey: | Mexican Family | 95,000 | 76,000 | 4406 | oil | 8/12/04 |
| **Y.82B** | **J. McDld Williams** | ***Indian Corn*** | ***0*** | ***0*** | ***8456*** | ***oil*** | ***Records:Earl pd $125,000*** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Y.82C | B. Goodman | Roses in a Vase | 0 | 0 | 6080 | oil | |
| Y84A | Babcock | Little Giant Still Life (b/w) | 500,000 | 400,000 | 11260 | oil | 12/16/05 |
| Y-86 | ? | The Plan II | | | 3941 | oil | Mark Borghi? |
| Y 88 | Art Advisory | Twilight in Turkey | 375,000 | 300,000 | 7198 | oil | |
| Y-93 | Owings-Dewey: | Letter and his Ecol | 175,000 | 140,000 | 3956B | oil | 10/19/06? No invoice found |
| Y 96 | Gerald Peters | Theme for Eye Level | 0 | 0 | 3342 | oil | |
| Y 99 | J. Carroll | Abstraction | 130,000 | 104,000 | 3345 | oil | |
| Y 100 | ? | Untitled (Black and White Variation on Pochade) | 0 | 0 | 3346 | oil | *Confirmed not returned* |

| | | | | | | |
|---|---|---|---|---|---|---|
| O.1 | Babcock | Suffragettes | 30,000 | 24,000 | 3951 | paper | |
| O.11 | Babcock | Chinese Merchant | 17,500 | 12,250 | 4784 | paper | |
| O.13 | Kraushaar | Portrait of Man with Cap | 37,000 | 25,900 | 11711 | paper | 4/7/06 |
| O.23C | B. Goldberg | Glintenkamp on Bleecker | 0 | 0 | 11708 | paper | |
| O.23K | R. Barth | The Plaza | 27,000 | 21,600 | 3936 | paper | 12/27/02 |
| O.25 | Sofia? | Rurales #1, Cuba | 0 | | | paper | Returned? Earl checking |
| O-27 | Owings-Dewey: | Untitled, 1921 | 26,000 | 20,800 | 3963 | paper | 8/18/05 |
| O.28 | Owings-Dewey: | Greek Letter Backwards | 26,000 | 18,200 | 3962 | paper | 8/18/05 |
| O-30-A | Craven Gallery | Room Interior | 30,000 | 24,000 | 3953 | paper | 12/04 |
| O.47 | Mr. and Mrs. Andersen | On Location | 0 | 0 | 11264 | paper | |
| O.48 | Owings-Dewey: | Figure with Pear | 26,000 | 18,200 | 3958 | paper | 12/18/05 |
| O.52 | D.C. Moore | Untitled (Pear) | 11,250 | 7,875 | 3959 | paper | 2/9/99 |
| O.55 | R. Barth | Factory, Gas Pump and Boat | 22,500 | 15,750 | 3945 | paper | 12/19/01 |
| O.61 | Whitney | Untitled | 16,000 | 11,200 | 3954 | paper | |
| O.63 | A. Pitch | Theater Crowd | 25,000 | 20,000 | 7161 | paper | 12/97 |

| ID | Owner | Title | | | | Type | Notes |
|---|---|---|---|---|---|---|---|
| B.10 | N. Richardson | Composition with Paintings and Town Square (Studio Interior with "Plaza") | 11,875 | | 11683 | drawing | |
| B-12 | Babcock? | Study for Percalator | | 8,300 | ? | drawing | *Not in database, confirmed not returned* |
| B-13 | Am Fed. Arts? | Untitled (Study for Mural) | 0 | 0 | 4553 | drawing | Confirmed not returned |
| B.16 | ? | Study for Radio City Music Hall | 0 | 0 | 11250 | drawing | Confirmed not returned |
| B.16A | Babcock | Configuration | 45,000 | 31,500 | 16323 | drawing | |
| B-18 | Owings-Dewey: | Radio Tube | 5,500 | 3,850 | 6001 | drawing | 10/3/03 |
| B.19B | J. Carroll | Drawing for Report from Rockport | 125,000 | 87,500 | 10834 | drawing | |
| B.20 | J. Carroll | Pad Series #1 | 18,000 | 12,600 | 11716 | drawing | |
| B.20B | J. Carroll | Drawing from Pad Series #3 | 85,000 | 59,500 | 4542 | drawing | |
| B.76 | D.C. Moore | Figure on the Dock | 4,000 | 2,800 | 7130 | drawing | |
| B 50 | Cape Ann? | Summer Landscape | 0 | 0 | 11715 | drawing | Earl is checking, donation? |
| B.84 | J. Tanenbaum | New York Study | 0 | 0 | 7143 | drawing | |
| B86 | ? | Clock and Telephone | 0 | 0 | 12827 | drawing | |
| B-89 | Novatts | Study for Hightstown Turnoff | 0 | 0 | 3557 | drawing | |
| B.102 | Novatts | Sketch for On Location | 0 | 0 | 3558 | drawing | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-104 | Novatts | Drawing for Bois | 0 | 0 | 4788 | drawing | |
| B-116 | Owings-Dewey: | Gloucester Study | 0 | 0 | 7141 | drawing | |
| SD-4 | Babcock | Drawing for Smith Cove | 75,000 | 52,500 | 4804 | drawing | |
| 1-1 | D.C. Moore | Sketchbook #1-1 | 5,000 | 3,500 | 11354 | sketchbook | 9/14/99 |
| 1-13 | | Cigar and Hand Held Before View Looking Northwest from... | 0 | 0 | 5989 | sketchbook | |
| 2-13 | J. Tanenbaum | 6th Avenue El from Washington Mkt. | 0 | 0 | 10821 | sketchbook | |
| 3-3 | Cape Ann | Sketchbook (Gloucester 3-3) | 0 | 0 | 16315 | sketchbook | Donation? Earl is checking |
| 7-15 | Y. Kessler | Street Scene with Boulanger | 12,000 | 8,400 | 4545 | sketchbook | |
| 8-10 | D.C. Moore | Sketchbook 11-10 | 6,500 | 4,550 | 6005 | sketchbook | |
| 9-4 | Cape Ann | Sketchbook (Sailboat and Lighthouse) | 0 | 0 | 7132 | sketchbook | Donation? Earl is checking |
| 9-14 | J. Tanenbaum | Drawing for Garage Lights | 0 | 0 | 3586 | sketchbook | |
| 10-3 | D.C. Moore | Sketchbook #10-3 | 6,500 | 4,550 | 5199 | sketchbook | |
| 10-4 | Cape Ann | Sketchbook #10-4 (Eraldine and Phyllis) | 0 | 0 | 7135 | sketchbook | Donation? Earl is |

| | | | | | | checking |
|---|---|---|---|---|---|---|
| 10-7 | Babcock? | Sketchbook (Gloucester) | 25,000 | 17,500 | 16315 sketchbook | Check this |
| 11-6 | Earl? | Sketchbook #11-6 | 0 | 0 | 5198 sketchbook | |
| 11-19 | Montebello | Sketchbook #11-19 | 7,500 | 5,250 | 11707 sketchbook | |
| 11-20 | J. Rivkin | Untitled (Sketchbook #11-20) | 8,500 | 5,950 | 4551 sketchbook | |
| 13-11 | D.C. Moore | Sketchbook 13-11 | 6,500 | 4,550 | 16876 sketchbook | |
| 13-1 | Wash Museum | Study for Max II | 0 | 0 | 19865 sketchbook | |
| 15-5 | Craven Gallery | Sketchbook (Gloucester 15-5) | 30,000 | 21,000 | 11692 sketchbook | |
| 16-8 | Owings-Dewey: | Sketchbook (Gloucester Dock Scenes 16-8) | 15,000 | 10,500 | 11702 sketchbook | 8/12/04 |
| 17-10 | Babcock | Sketchbook #17-10 | 10,000 | 7,000 | 5200 sketchbook | |
| 17-16 | J. Tanenbaum | Sketchbook (Gloucester 17-16) | 2,750 | 1,925 | 11689 sketchbook | |
| 17-18 | Alpha Gallery | Sketchbook 17-18 | 6,500 | 4,550 | 5197 sketchbook | |
| 20-6 | E. Lenkin | Untitled (New York) | 5,000 | 3,500 | 6003 sketchbook | |
| 23-3 | P.F. Drexler | George Wettling Composition | 20,000 | 14,000 | 11700 sketchbook | 3/17/03 |
| 23-4 | J. Carroll | Rhythm (sic) | 28,000 | 22,400 | 4555 sketchbook | |
| 24-10 | Altman | Detail Study from Pad Series #2 | 8,500 | 5,950 | 4549 sketchbook | 5/24/05 |

| | | | | | |
|---|---|---|---|---|---|
| Y.69A | Red Table (Still Life Red) | 2,700,000 for group of 4 ptgs | | *11/28/05* | |
| Y.74.A | Brown Table (Still Life Brown) | | | | |
| Y.68.A | Still Life with Dial | | | | |
| Y.84.B | Study for Windshield Mirror | | | | |
| Y.89 | Punch Card Flutter | 2,250,000 | 3833 | 5/11/06 | |
| Y.68 | Book, Compote and Glass | 600,000 for group of 12 works | 3923 | 5/12/06 | |
| O.40 | Allee (Preliminary Sketch for Drake University) | | 3344 | | |
| O.42-A | Section Study for Allee | | 4820 | | |
| O.44 | Hightstown Turnoff | | 4805 | | |
| O.96 | The Saint | | 11731 | | |
| O.58 | Design for Flying Carpet | | 5704 | | |
| O.59 | Untitled (Study for Flying Carpet 3) | | 3946 | | |
| B.88 | Cubist Drawing | | 4550 | | |
| SD3 | Cats, Girls Washing Hair | | 11728-A | | |
| O.23-1 | Woman with Shawl | | 3935 | | |
| B.6 | Untitled Drawing | | 24838 | | |
| B.15-A | Drugstore Reflection | | 24840 | | |
| B 111 | Earl | A la Coupon | 0 | 0 | 0 | drawing | Confirmed returned |
| 17-17 | Earl | Sketchbook 17-17 | 0 | 0 | | sketchbook | Confirmed returned |