Exhibit 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
Dean R. Nicyper, Esq. (DRN-7757)

Attorneys for Plaintiff Earl Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EARL DAVIS,

                           Plaintiff,

           -against-

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

                         Defendants.
-------------------------------------------------------------- X

Case No. 07-CV-4165 (SHS) (DF)

**STIPULATION AND ORDER**

      WHEREAS, Plaintiff, as the son and heir of American artist Stuart Davis, owns works of art created by his father. He consigned many of those works to Defendants' art gallery for exhibition or possible sale. He alleges that the Defendants have neither returned nor paid him for all of those works of art.

      WHEREAS, Plaintiff has moved by Order To Show Cause for an order granting preliminary relief, which was signed by Judge Richard M. Berman on June 29, 2007. To resolve the relief sought in the Order to Show Cause, the parties agree, and Defendants consent, to the following:

      IT IS HEREBY STIPULATED, AGREED, AND ORDERED that:

      1.    Defendants, and all persons acting for, on behalf of or for the account of either of said Defendants, are enjoined, restrained and prohibited during the pendency of this action, from selling, lending, leasing, consigning, encumbering, assigning or pledging as collateral, or transferring or attempting to transfer to any person or entity other than to the Plaintiff herein or as this Court may otherwise direct,

295716/24243

possession of or any interest in any of the works of art identified in Schedule A hereto (the "Works");

2. Defendants are to retrieve all Works that have not yet been sold from those persons or entities to which Defendants consigned, pledged, loaned or transferred such unsold Works, and deliver such unsold Works to Plaintiff;

3. Defendants are to segregate from all of Defendants' other moneys, and deliver to Plaintiff, all installments that Defendants receive, upon such receipt from this date forward, as one or more payments for Works sold prior to this date;

5. Defendants shall begin producing to Plaintiff as soon as practicable, and shall complete production by July 25, 2007 (unless the parties stipulate otherwise or Defendants can demonstrate upon motion good cause for a later date for production of certain documents), pre-existing documents sufficient to demonstrate with respect to each and every Work:

(a) if it was sold, to whom it was sold (including name, address and telephone number), the sale price, sale date and all terms of the sale, including but not limited to any terms for payment over time (such as a bill of sale, payment records, deposited checks, etc.);

(b) if it was consigned, the person or entity to which it was consigned (including its name, address and telephone number) and the consignment agreement or other written document between the consignor and consignee describing all terms of the consignment;

(c) if it was pledged as collateral, its current location, the security agreement or other written agreement between the debtor and creditor identifying the collateral and the debt for which it was pledged and the identity of the creditor (including its name, address and telephone number) to which it was pledged; and

(d) if it was loaned, left on approval or otherwise delivered to any person or entity, the terms of that arrangement, including the identity, address and

telephone number of each person involved, including the person currently in possession of the Work.

6. If Defendants fail to deliver to Plaintiff all documents identified in the preceding paragraph 5 with respect to any individual Work or Works on or before July 25, 2007 (or other date agreed to or ordered by the Court), Plaintiff may subpoena appropriate third-parties to locate each such Work and determine its status.

7. The parties shall have until August 10, 2007, to negotiate in good faith to attempt to resolve the claims in this action. If the parties are unable to reach a mutually acceptable resolution on or before August 10, 2007, this Consent Order shall remain in effect, the parties shall confer pursuant to Fed. R. Civ. P. Rule 26(f) on August 11, 2007, ~~a Rule 16 conference will be held with the Court on August 15, 2007,~~ and this case may proceed in full, including with respect to any additional requests for injunctive relief that may be sought. *The parties are directed to telephone Mag. Judge Debra Freeman, to whom this action has been referred for general pretrial purposes, to establish a Rule 16 conference.*

Dated: New York, New York
July 6, 2007

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Dean R. Nicyper (DRN-7757)
One Liberty Plaza
New York, NY 10006-1404
Tel: (212) 412-9500
Fax: (212) 964-9200
*Attorneys for Plaintiff*

WINSTON & STRAWN LLP

By: _____
David E. Mollón (DM-5624)
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

*Attorneys for Defendants*

7/9/08
SO ORDERED:

_____
Sidney H. Stein, J.
United States District Judge

295716

3

## OIL PAINTINGS

Y.4  Coal Derrick
     1916 - 17, oil on canvas
     24 1/8 x 30 in
     Reg # 3926

Y.6  Dogtown (Hillside with Stone Walls)
     c. 1916, oil on canvas
     29 1/2 x 23 5/8 in
     Reg # 3928

Y.7  Farmer and Horse, Tioga, PA.
     c. 1919, oil on canvas
     24 x 29 3/4 in
     Reg # 5313

Y.8  Airview
     c. 1916, oil on canvas
     30 1/4 x 24 1/4 in
     Reg # 5322

Y.10 Mobil Oil
     1916, oil on canvas
     23 x 19 in
     Reg # 5334

Y.12 (East) Gloucester-Harbor
     c. 1919, oil on canvas
     19 x 23 in
     Reg # 5324

Y.14 Untitled (Rainy Day)
     c. 1918, oil on canvas
     23 x 19 1/2 in
     Reg # 3947

Y.17 Summer House
     c. 1916, oil on canvas
     18 3/4 x 22 3/4 in

Y.18 Portrait of a Man
     c.1915, oil on canvas
     23 1/8 x 19 1/8 in
     Reg # 12760

Y.28    Bleecker Street
        1913, oil on canvas
        38 x 30 in
        Reg # 5326

Y.31    Harbor Scene
        1914, oil on canvas
        26 1/8 x 38 1/8 in
        Reg # 5343

Y.32    Woman in Landscape
        1914, oil on board
        12 x 16 in
        Reg # 14390

Y.41    Bowsprit
        1916, oil on canvas
        23 x 19 in
        Reg # 5318

Y.41A   A Cove, Gloucester Beach
        1916, oil on canvas
        30 x 24 in
        Reg # 3925

Y.45    Market and Broad Street,
        Newark, New Jersey
        1917, oil on paper
        16 x 12 1/2 in
        Reg # 3938

Y.46    Windy Night, Newark
        1917
        15 1/2 x 11 1/4 in
        Reg # 3939

Y.52    Tioga-Tobacco Fields
        1919, oil on canvas
        23 3/4 x 29 3/4 in

Y.53    Gloucester Landscape
        1919, oil on canvas
        23 7/8 x 29 3/4 in
        Reg # 5328

Y.57    Setting Sun, Tioga
        1919, oil on canvas
        24 x 30 in
        Reg # 5340A

Y.61 **Tree**
1921, oil on canvas
19 7/8 x 25 1/8 in
Reg # 5321

Y.62 **From the Shore (The Sword Plant)**
1921, oil on canvas
15 x 30 in
Reg# 11241

Y.64 **Tree and Urn**
1921, oil on canvas
30 x 19 in
Reg # 4809

Y.65 **Garden Scene**
1921, oil on canvas
20 X 40 in
Reg # 5344A

Y.66 **Wharf**
1921, oil on canvas
15 x 23 in
Reg # 12758

Y68A **Still-Life with Dial**
1922, oil on canvas
49 3/4 x 32 in

Y.69 **Still Life with Egg Beater**
1922, oil on canvas
12 x 19 in
Reg # 3940

Y69A **Red Still-Life**
1922, oil on canvas
50 x 32 in

Y.70 **Landscape with Saw**
1922, Oil on board
16 x 12 in
Reg # 2785

Y.74 **Still Life (Any)**
1922, oil on artist board
9 x 6 in
Reg # 10835

Y74A     Brown Still-Life
         1922, oil on canvas
         50 x 32 in

Y.81     Interior
         c.1922, oil on canvas
         20 1/8 x 16 /1/8 in
         Reg # 3933

Y.81-B   New Mexican Peak
         1923, oil on canvas
         22 x 32 1/2 in
         Reg # 5310

Y.81-C   Mexican Girls
         1923, oil on canvas
         20 x 16 in
         Reg # 4407

Y.81-D   Mexican Family
         1923, oil on board
         20 1/8 x 16 1/8 in
         Reg # 4406

Y.82B    Indian Corn
         1924, oil on board
         18 3/4 x 24 1/2 in
         Reg # 8456

Y.82C    Roses in a Vase
         1924, oil on board
         24 1/8 x 18 in
         Reg # 6080

Y.84A    Little Giant Still Life
         (black and white version)
         1953, oil on canvas
         32 7/8 x 43 in
         Reg # 11260

Y84B     Windshield Mirror
         c. 1954, tempera drawing on canvas
         54 x 76 in

Y.86     The Plan II
         1960, oil on canvas
         8 x 12 in

Case 1:07-cv-04165-SHS-DCF   Document 80   Filed 07/09/2007   Page 8 of 16

Y.88  Twilight in Turkey
      1961, oil on canvas
      14 x 18 in
      Reg # 7198

Y.89  Punchcard Flutter
      1963, oil on canvas
      24 x 32 in

Y.93  Letter and His Ecol (Black & White)
      c. 1962-64, casein on canvas
      24 x 30 in
      Reg # 3956B

Y.96  Theme for Eye Level
      c. 1950, oil on canvas
      14 x 10 in
      Reg # 3342

Y.99  Abstraction
      c. 1922-23, oil on canvas
      32 x 22 in
      Reg # 3345

Y.100 Untitled (Black and White Variation on Pochade)
      c. 1958-64, casein on canvas
      45 x 56 in
      Reg # 3346

## WORKS ON PAPER

O.1   Suffragettes
      1910, watercolor on paper
      13 3/4 x 18 3/4 in
      Reg # 3951

O.11  Chinese Merchant
      1912, watercolor on paper
      14 1/2 x 10 1/2 in
      Reg # 4784

O.13  Portrait of Man with Cap
      1912, watercolor
      10 1/2 x 14 5/8 in
      Reg # 11711

O.23  Woman with Shawl
      1918, watercolor
      22 1/2 x 17 1/2 in

O.23C   **Glintenkamp on Bleeker**
        1911, watercolor
        17 3/4 x 23 3/4 in
        Reg # 11708

O.23K   **The Plaza**
        1918-19, watercolor on paper
        18 x 24 in
        Reg # 3936

O.27    **Untitled**
        1921, watercolor on paper
        23 x 17 in
        Reg # 3963

O.28    **Greek Letter Backwards**
        1921, pencil and watercolor on paper
        17 1/4 x 23 in
        Reg #3962

O.30A   **Room Interior**
        1925, watercolor on paper
        12 1/8 x 9 1/2 in
        Reg # 3953

O.40    **Study for Allee**
        1955, gouache
        8 x 35 in

O.42-A  **Section Study for Allee**
        1955, gouache
        8 x 11 in

O.44    **Hightstown Turnoff**
        1960, casein
        11 3/8 x 15 1/4 in

O.47    **On Location**
        1963, casein on paper
        8 3/8 x 11 5/8 in
        Reg # 11264

O.48    **Figure with Pear**
        c. 1925, watercolor and pencil on paper
        15 x 18 in
        Reg # 3958

O.52    **Untitled (Pear)**
        1921, watercolor and pencil on paper
        17 x 12 1/4 in
        Reg # 3959

O.55    **Factory, Gas Pump and Boat**
        c. 1930, ink and gouache on paper
        10 x 15 1/2 in
        Reg # 3945

O.58    **Study for Flying Carpet #2**
        1942, gouache
        5 x 7 in

O.59    **Study for Flying Carpet #3**
        1942, gouache
        5 x 7 in

O.61    **Untitled**
        Mixed media and watercolor on paper
        14 1/2 x 9 1/2 in
        Reg # 3954

O.63    **Theater Crowd**
        1911, watercolor on paper
        14 x 18 1/2 in
        Reg # 7161

O.96    **The Saint**
        1943, gouache
        15 x 20 in

**DRAWINGS**

B.6     **(Abstract Building composition)**
        c. 1920's, ink on paper
        16 3/4 x 22 in

B.10    **Composition with Paintings
        and Town Square (Studio Interior with "Plaza")**
        1925, ink on paper
        10 x 11 in
        Reg # 11683

B.15-A  **Drugstore Reflection**
        1931, ink on paper
        11 1/2 x 15 1/4 in

B.16     **Study for Radio City Music Hall Mural**
1932, pencil on paper
10 1/2 x 17 in
Reg # 11250

B.16A     **Configuration**
1932, gouache and pencil on paper
11 x 14 in
Reg # 16323

B.18     **Radio Tube**
1939, pencil on paper
7 1/8 x 4 3/8 in
Reg # 6001

B.19B     **Drawing for Report from Rockport**
1940, ink on paper
24 1/2 x 30 1/2 in
Reg # 10834

B.20     **Pad Series #1**
1939, pencil on paper
34 1/2 x 19 1/2 in
Reg # 11716

B.20B     **Drawing from Pad Series #3**
1939, pencil on paper
32 1/4 x 20 1/4 in
Reg # 4542

B.29     **Study for Percolator**
1927, pencil drawing
18 1/8 x 14 1/4 in

B.50     **Summer Landscape**
1932, pencil on paper
7 1/8 x 10 3/8 in
Reg # 11715

B.84     **New York Study**
undated, pencil on paper
13 1/4 x 8 3/4 in
Reg # 7143

B.86    **Clock and Telephone**
c. unknown, ink on paper
7 1/2 x 5 (sight) in
Reg # 12827

B.88    **(Untitled Drawing 1)**
ink on paper
7 3/4 x 6 3/4 in

B.89    **Study for Hightstown Turnoff**
1960, ink on paper
4 x 6 in
Reg # 3557

B.102    **Sketch for On Location**
c. 1963, ink and pencil on paper
4 x 5 7/8 in
Reg # 3558

B.104    **Drawing for Bois**
pencil on paper
4 11/16 x 5 9/16 in
Reg # 4788

B.116    **Gloucester Study**
undated, pencil on paper
3 1/2 x 5 in
Reg # 7141

SD-4    **Drawing for Smiths Cove**
c. 1935, pencil on paper
15 x 20 in
Reg # 4804

## SKETCHBOOK DRAWINGS

1-1    **Sketchbook 1-1**
c. 1931, pencil on paper
7 3/8 x 11 in
Reg # 11354

1-13    Cigar and Hand Held Before View
        Looking Northwest from Approximately
        Third Avenue and E. 14th St.
        1930-32, ink on paper
        7 3/8 x 7 3/8 in
        Reg # 5989

2-13    6th Avenue El from
        Washington Mkt.
        undated, pencil on paper
        9 1/2 x 11 3/4 in
        Reg # 10821

3-3     Sketchbook (Gloucester 3-3)
        c. 19301, pencil on paper
        10 3/4 x 14 1/2 in
        Reg # 11688

7-15    Street Scene with Boulanger
        c. 1928, pencil on paper
        8 x 10 1/2 in
        Reg # 4545

9-4     Sketchbook #9-4 (Sailboat and Lighthouse)
        c. 1932, pencil on paper
        6 x 7 in
        Reg # 7132

9-14    Drawing for Garage Lights
        1932, pencil on paper
        7 x 8 in
        Reg # 3586

10-4    Sketchbook #10-4 (Eraldine and Phyllis)
        pencil on paper
        7 1/2 x 9 1/3 in
        Reg # 7135

10-7    Sketchbook (Gloucester)
        c. 1930-31, pencil on paper
        8 x 10 in
        Reg # 16315

11-6    Sketchbook #11-6
        1932, ink on paper
        8 x 10 1/4 in
        Reg # 5198

| | |
|---|---|
| 11-19 | **Sketchbook**<br>(Gloucester Abstractions 11-19)<br>1932, ink on paper<br>8 x 10 1/4 in<br>Reg # 11707 |
| 11-20 | **Untitled (Sketchbook #11-20)**<br>1938, ink on paper<br>10 1/4 x 8 in<br>Reg # 4551 |
| 13-1 | **Study for Max II**<br>ink on paper<br>10 x 8 in<br>Reg # 8458 |
| 15-5 | **Sketchbook (Gloucester 15-5)**<br>1933, pencil on paper<br>8 x 10 in<br>Reg # 11692 |
| 16-8 | **Sketchbook**<br>(Gloucester Dock Scenes 16-8)<br>1933, pencil on paper<br>8 x 10 in<br>Reg # 11702 |
| 17-10 | **Sketchbook #17-10**<br>1936, ink on paper<br>6 x 9 in<br>Reg # 5200 |
| 17-16 | **Sketchbook (Gloucester 17-16)**<br>1936, pencil on paper<br>6 x 9 in<br>Reg # 11689 |
| 17-18 | **Sketchbook #17-18**<br>1936, ink on paper<br>6 x 9 in<br>Reg # 5197 |
| 20-6 | **Untitled (New York)**<br>1938, ink on paper<br>7 x 9 1/2 in<br>Reg # 6003 |

23-1   **Drawing for Pennsylvania**
       1947, pencil drawing on paper
       12 x 18 in

23-3   **George Wettling Composition**
       1947, pencil on paper
       12 x 18 in
       Reg # 11700

23-4   **Rhythm (sic)**
       1947, pencil on tracing paper
       12 x 18 in

24-10  **Detail Study from Pad Series #2**
       c. 1946, pencil on paper
       8 1/2 x 8 in
       Reg # 4549