Exhibit 11

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

210854      2007 APR -2 PM 12: 10

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

CT-07

MC

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Salander-O'Reilly Galleries, LLC

1c. MAILING ADDRESS: 22 East 71st Street
CITY: New York
STATE: NY
POSTAL CODE: 10021
COUNTRY: USA

1d. TAX ID #: SSN OR EIN
1e. TYPE OF ORGANIZATION: LLC
1f. JURISDICTION OF ORGANIZATION: New York
1g. ORGANIZATIONAL ID #, if any: 1903976 ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: WAH Holdings, LLC

3c. MAILING ADDRESS: c/o Stout Thomas & Johnson, 477 Madison Ave, 15th Fl.
CITY: New York
STATE: NY
POSTAL CODE: 10022
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

See attached Exhibit "A"

8. OPTIONAL FILER REFERENCE DATA

JS 6889991 - 250

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 - 5/4/01 C T System Online

**FILING NUMBER: 20070402025215**

## Exhibit A

The collateral consists of all of property subject to that agreement dated as of February 20, 2007 between WAH Holdings, LLC (by assignment) ("Secured Party") and Salander-O'Reilly Galleries, LLC ("Debtor") and all proceeds therefrom, together with any other property otherwise consigned by Debtor to Secured Party and all proceeds therefrom, including but not limited to the following:

- Bernini Corpus sculpture by Gian Lorenzo Bernini
- Two large antique hand-bound Moroccan leather commemorative albums.
- Three gargoyle sculptures from the Strasbourg Cathedral.
- Paris painting by Marsden Hartley
- Painting by Simone Martini Roundel.
- Painting by Stuart Davis entitled *Punch Card Flutter*, 1963, oil on canvas, 24" x 32"
- Painting by Giovanni Segantini entitled *Portrait of a Boy*, oil on canvas, 20" x 14"
- Limestone Virgin
- French Alabaster Head of Virgin
- Master of Marble Madonnas, Virgin Annunciate
- Lombard alabaster oval relief of saint
- Cristoforo Solario, marble, Christ at Column
- Marble St. Tobias
- Marinali, marble head
- Donatello Crucifixion stucco
- Minelli (attrib.), Man of Sorrows, t.c. relief
- Della Robbia, period of François I
- Martyrdom of St. Laurence
- Baccio di Montelupo, Self-Portrait
- French Gothic wood Madonna and Child
- Polychromed wood Pieta, 15 c.*
- Polychromed wood Christ pointing to wound
- Sienese bust of saint
- Polychromed wood Virgin, German
- Polychromed wood St. Anthony Abbott
- Burgundian small Madonna and Child
- Franconian Virgin, polychromed wood
- Scandinavian Monk Blessing, carved wood
- Polychromed wood St. John the Baptist
- Head of Man, polychromed wood
- Carved wood Virgin Annunciation
- 14 c. bronze Madonna and Child
- Bronze plaquette, Greeks before Troy

210854

2007 APR -2 PM 12:10