Exhibit 12



# RECEIPT

Mr. Earl Davis  
c/o Mr. Dean R. Nicyper  
Flemming Zulack Williamson Zauderer LLP  
Law Offices  
One Liberty Plaza  
New York, NY 10006

July 24, 2007

The following seven works of art are delivered to Mr. Earl Davis at Sofia Brothers Storage Center, 475 Amsterdam Avenue, New York, NY 10024 by Babcock Galleries:

Artist: Stuart Davis (1892-1964)  
Title: CONFIGURATION, 1932  
Medium: Gouache and pencil on paper  
Size: 11 x 14 inches  
Babcock number: C21837.06

Artist: Stuart Davis (1892-1964)  
Title: SKETCHBOOK (GLOUCESTER), c. 1930  
Medium: Pencil on paper  
Size: 8 x 10 inches  
Babcock number: C21838.06

Artist: Stuart Davis (1892-1964)  
Title: SKETCHBOOK #17-10, 1936  
Medium: Ink on paper  
Size: 6 x 9 inches  
Babcock number: C21839.06

Artist: Stuart Davis (1892-1964)  
Title: CHINESE MERCHANT, 1912  
Medium: Watercolor on paper  
Size: 14 1/2 x 10 1/2 inches  
Babcock number: C21840.06

Artist: Stuart Davis (1892-1964)  
Title: SUFFRAGETTES, 1910  
Medium: Watercolor on paper  
Size: 13 3/4 x 18 3/4 inches  
Babcock number: C21841.06

_____ Babcock Galleries  
_____ Babcock Galleries  
_____ Mr. Earl Davis

SUFFRAGETTES is returned in the identical frame with a broken glass corner in which it was delivered to Babcock Galleries

BABCOCK GALLERIES

John P. Driscoll, Ph.D.  *Owner*                                    Page 1 of 2

724 Fifth Avenue  New York, NY 10019   212 767 1852  *fax* 212 767 1857   *email* info@babcockgalleries.com

Artist: Stuart Davis (1892-1964)
Title: DRAWING FOR SMITHS COVE, c. 1935
Medium: Pencil on paper
Size: 15 x 20 inches
Babcock number: C21842.06

Artist: Stuart Davis (1892-1964)
Title: STUDY FOR PERCOLATER, 1927
Medium: Pencil on paper
Size: 20 1/4 x 14 1/2 inches
Babcock number: C21843.06

_[signature]_ Managing Director
for Babcock Galleries

_[signature]_
for Mr. Earl Davis

_AP_ Babcock Galleries

_E.D._ Mr. Earl Davis