## SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice

January 2, 2006

Owings-Dewey Gallery
76 East San Francisco Street
Santa Fe NM  87501


**STUART DAVIS**
Study for Windshield Mirror: Untitled (Black and White Variation on Windshield Mirror), 1955-56
Casein on canvas
54 inches by 76 inches

Still Life Red, 1922
Oil on canvas
50 inches by 32 inches

Still Life Brown, 1922
Oil on canvas
50 inches by 32 inches

Still Life with Dial, 1922
Oil on canvas
50 inches by 32 inches

Price:                                              $2,700,000.00**

**Terms of payment, 48 equal monthly payments
as follows:

$56,250 due upon receipt
$56,250 due and payable monthly for 47 consecutive months on or before the 2nd day of each month, commencing July 2, 2006


No tax/ Shipped out of state