UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
EARL DAVIS,                                    :
                    Plaintiff,   :
                                  :
        -against-                            :   07-CV-4165 (SHS) (DF)
                                  :
SALANDER O'REILLY GALLERIES LLC                :   NOTICE OF APPEARANCE
f/k/a SALANDER O'REILLY GALLERIES              :
INC.,                                          :
and LAWRENCE B. SALANDER                       :
                       Defendants.  :
------------------------------------------------x

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for defendants Salander O'Reilly Galleries LLC f/k/a Salander O'Reilly Galleries, Inc., and Lawrence B. Salander in the above titled action and requests that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 20, 2007

                                                By:    s/ Edwin M. Larkin
                                                       Edwin M. Larkin (EL-8413)
                                                       200 Park Avenue
                                                       New York, New York 10166
                                                       (212) 294-6700
                                                       elarkin@winston.com

                                                       Attorneys for Defendants