UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EARL DAVIS,

                        Plaintiff,

          -against-

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

                        Defendants.

------------------------------------------------------------------X

07 Civ. 4165 (SHS)(DF)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial conference on August 21, 2007, with counsel for both

parties, it is hereby ORDERED, for the reasons stated on the record, that the parties shall comply

with the following schedule for pretrial proceedings in this action:

1.      To the extent not already made, initial disclosures under Fed. R. Civ. P. 26(a)

shall be served no later than September 4, 2007.

2.      Any motions to amend the pleadings or to join additional parties shall be served

and filed no later than October 26, 2007.

3.      All fact discovery shall be completed no later than November 30, 2007, except

that preliminary fact discovery regarding the current status of the works of art at issue in this

case (including where these works are currently located, who has possession of them, and

whether they are being held on consignment, are on loan, have been purchased, or have been

pledged as security), shall be conducted on an expedited basis, prior to September 30, 2007.

Such preliminary discovery to be conducted during this time frame may include, at Plaintiff's

discretion, up to three depositions of Defendant's current or former representatives or employees.

      4.     Expert reports, if any, shall be served no later than December 14, 2007, and expert discovery shall be completed no later than December 31, 2007.

      5.     The parties shall appear for an in-person status conference on October 3, 2007, at 10 a.m., in Courtroom 17A, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       August 27, 2007

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006-1404

David E. Mollon
Edwin M. Larkin
Winston & Strawn LLP
New York, NY 10166

2