UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| EARL DAVIS, | : | |
|                         Plaintiff, | : | |
| | : | |
|        -against- | : | 07-CV-4165 (SHS) (DF) |
| | : | |
| SALANDER-O'REILLY GALLERIES, LLC | : | NOTICE OF APPEARANCE |
| f/k/a SALANDER-O'REILLY GALLERIES | : | |
| INC., | : | |
| and LAWRENCE B. SALANDER | : | |
|                         Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for defendants Salander-O'Reilly Galleries, LLC f/k/a Salander-O'Reilly Galleries, Inc., and Lawrence B. Salander in the above titled action and requests that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 28, 2007

                                                 By:   s/ Kara L. Gorycki
                                                      Kara L. Gorycki (KG-3519)
                                                      200 Park Avenue
                                                     New York, New York 10166
                                                     (212) 294-6700
                                                     kgorycki@winston.com

                                                     Attorneys for Defendants