Exhibit L



## RECEIPT

Mr. Earl Davis
c/o Mr. Dean R. Nicyper
Flemming Zulack Williamson Zauderer LLP
Law Offices
One Liberty Plaza
New York, NY 10006

July 24, 2007

The following seven works of art are delivered to Mr. Earl Davis at Sofia Brothers Storage Center, 475 Amsterdam Avenue, New York, NY 10024 by Babcock Galleries:

Artist:     Stuart Davis (1892-1964)
Title:      CONFIGURATION, 1932
Medium:     Gouache and pencil on paper
Size:       11 x 14 inches
Babcock number: C21837.06

Artist:     Stuart Davis (1892-1964)
Title:      SKETCHBOOK (GLOUCESTER), c. 1930
Medium:     Pencil on paper
Size:       8 x 10 inches
Babcock number: C21838.06

Artist:     Stuart Davis (1892-1964)
Title:      SKETCHBOOK #17-10, 1936
Medium:     Ink on paper
Size:       6 x 9 inches
Babcock number: C21839.06

Artist:     Stuart Davis (1892-1964)
Title:      CHINESE MERCHANT, 1912
Medium:     Watercolor on paper
Size:       14 1/2 x 10 1/2 inches
Babcock number: C21840.06

Artist:     Stuart Davis (1892-1964)
Title:      SUFFRAGETTES, 1910
Medium:     Watercolor on paper
Size:       13 3/4 x 18 3/4 inches
Babcock number: C21841.06

_Babcock Galleries_

_Babcock Galleries_

_Mr. Earl Davis_

SUFFRAGETTES is returned in the identical frame with a broken glass corner in which it was delivered to Babcock Galleries

### BABCOCK GALLERIES

John P. Driscoll, Ph.D. *Owner*

Page 1 of 2

724 Fifth Avenue  New York, NY 10019  212 767 1852  *fax* 212 767 1857  *email* info@babcockgalleries.com

Artist:       Stuart Davis (1892-1964)
Title:        DRAWING FOR SMITHS COVE, c. 1935
Medium:       Pencil on paper
Size:         15 x 20 inches
Babcock number: C21842.06

Artist:       Stuart Davis (1892-1964)
Title:        STUDY FOR PERCOLATER, 1927
Medium:       Pencil on paper
Size:         20 1/4 x 14 1/2 inches
Babcock number: C21843.06

_____ Managing Director
for Babcock Galleries

_____
for Mr. Earl Davis

_____ Babcock Galleries

_____ Mr. Earl Davis

# Exhibit M

# SALANDER-O'REILLY GALLERIES, LLC

22 EAST 71ST STREET, NEW YORK, NY 10021 · TEL (212) 879-6606 · FAX (212) 400-4490

**August 22, 2007**

**Released To:**

**Dean R. Nicyper, Esq.**
**Flemming Zulack Williamson Zauderer LLP**
**One Liberty Plaza, 35th Floor**
**New York, NY. 10006**

**Stuart Davis, (East) Gloucester-Harbor**
c. 1919
oil on canvas
19 x 23 in
Reg # 5324

**RELEASED BY:**                    **RECEIVED BY:**

*William Therden*             *Dean R. Nicyper*
(print name)                        (print name)

_____                    _____
(signature)                         (signature)

8 22 07                             8/22/07
(date)                               (date)

**Please sign a copy and return to the gallery.**
**Thank you.**

# Exhibit N

## SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street New York, NY 10021 Telephone 212-879-6606 Fax 646-878-1739

**August 28, 2007**

**Released to**

**Mr. Dean R. Nicyper, Esq.**
**Flemming Zulack Williamson Zauderer LLP**
**One Liberty Plaza, 35th Floor**
**New York, NY. 10006**


**Stuart Davis**
*Cigar and Hand Held Before View Looking Northwest from*
*Approximately Third Avenue and E. 14th St.*
1930-32, ink on paper
7 3/8 x 7 3/8 in
Reg # 5989


Released by _/ ～んと_

　　　　　　　 *Bil Thibodeau*

Date 　 *8-28-07*

　　　　 *Salander O'Reilly*


Received by _/MM ( /_

Date 　 *Hei Choi*
　　　　　 *8-28-07*

# Exhibit O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EARL DAVIS,

                                    Plaintiff,

                    -against-

SALANDER O'REILLY GALLERIES LLC
f/k/a SALANDER O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/07_

07 Civ. 4165 (SHS)(DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial conference on August 21, 2007, with counsel for both

parties, it is hereby ORDERED, for the reasons stated on the record, that the parties shall comply

with the following schedule for pretrial proceedings in this action:

1.      To the extent not already made, initial disclosures under Fed. R. Civ. P. 26(a)

shall be served no later than September 4, 2007.

2.      Any motions to amend the pleadings or to join additional parties shall be served

and filed no later than October 26, 2007.

3.      All fact discovery shall be completed no later than November 30, 2007, except

that preliminary fact discovery regarding the current status of the works of art at issue in this

case (including where these works are currently located, who has possession of them, and

whether they are being held on consignment, are on loan, have been purchased, or have been

pledged as security), shall be conducted on an expedited basis, prior to September 30, 2007.

Such preliminary discovery to be conducted during this time frame may include, at Plaintiff's

discretion, up to three depositions of Defendant's current or former representatives or employees.

4.     Expert reports, if any, shall be served no later than December 14, 2007, and expert discovery shall be completed no later than December 31, 2007.

5.     The parties shall appear for an in-person status conference on October 3, 2007, at 10 a.m., in Courtroom 17A, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         August 27, 2007

                                    SO ORDERED

                                    _____
                                    DEBRA FREEMAN
                                    United States Magistrate Judge

Copies to:

Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006-1404

David E. Mollon
Edwin M. Larkin
Winston & Strawn LLP
New York, NY 10166

2

# Exhibit P

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
Dean R. Nicyper, Esq. (DRN-7757)

Attorneys for Plaintiff Earl Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
EARL DAVIS,                                                          :
                                                                    :  Index No. 07 Civ. 4165 (SHS) (DF)
                                        Plaintiff,                   :
                                                                    :
            -against-                                               :
                                                                    :
                                                                    :
SALANDER O'REILLY GALLERIES LLC                                     :
f/k/a SALANDER O'REILLY GALLERIES INC.,                             :
and LAWRENCE B. SALANDER                                            :
                                                                    :
                                        Defendants.                 :
-------------------------------------------------------------------- X

### PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF
### DOCUMENTS TO DEFENDANT SALANDER O'REILLY GALLERIES LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Earl Davis

demands that Defendants Salander O'Reilly Galleries LLC ("SOR" or the "Gallery") and

Lawrence Salander ("Salander") (SOR and Salander are jointly referred to as "Defendants")

respond to the following document requests.

### REQUEST FOR DOCUMENTS

Please respond to the following Document Requests in accordance with the Definitions

and Instructions set forth herein and in accordance with the Federal Rules of Civil Procedure and

the Local Rules of the United States District Court for the Southern District of New York.

1.     All documents concerning any Works, including documents concerning the location of any Works, shipping records, UCC filings, and all agreements, contracts, and other records concerning the acquisition, purchase, sale, consignment, granting of security interests, transfer or other disposal, encumbering or possession of any Works.

2.     All documents concerning any efforts made by Salander or SOR, or made on either of their behalves, after January 1, 2005, to obtain information about, learn the whereabouts of, or secure the possession of, the Works.

3.     All documents concerning the purchase and/or sale or consignment of any Works from January 1, 1997 to the present.

4.     All documents concerning Salander's or SOR's securing or receipt of any and all sale proceeds, or other benefit received by Salander and/or SOR, from the sale or transfer of any Works from January 1, 1997 to the present, including but not limited to any check, money order, wire transfer record, bank deposit, receipt, credit card record, or other record of payment or receipt and any correspondence relating to the transfer of sales proceeds.

5.     All documents identifying any current or previous owners of any Works, or anyone who has asserted an ownership or other interest in, or has come into the possession of, any of the Works.

6.     All documents relating to any and all claims or notices of claim SOR or Salander made, settled, or withdrew with respect to his or its insurer(s) relating to any theft, damage, loss or other injury concerning any of the Works.

7.     The bill of sale, invoice and all other documents relating to each sale by Salander and SOR, or either of them, of any of the Works.

8.     All agreements between the Defendants, or either of them, and Earl Davis.

9.     All communications between the Defendants, or either of them and Earl Davis, during the period of January 1, 1997 to the present.

10.     All SOR internal communications regarding any, some or all of the Works, or regarding Earl Davis, that were created, sent or received during the period January 1, 1997 to the present.

11.     All records regarding consignment or delivery of any, some or all of the Works to SOR and Salander, or either of them.

12.     All bank statements of SOR for the period January 1, 1997 to the present.

13.     All SOR accounting records, including but not limited to trial balances, records of payments made and received, ledgers, wire transfer records, checks received and

cancelled checks paid, and records of sales taxes paid, for the period January 1, 1997 to the present.

       14.     All records of all payments made by SOR directly or indirectly to, or as payment for an obligation of, Lawrence Salander, Julie Salander, the Seven Salanders Trust, or any other family member, or trust or entity of a family member, during the period January 1, 1997 to the present.

## DEFINITIONS AND INSTRUCTIONS

### Definitions and Rules of Construction

       1.     The definitions and rules of construction in Rule 26.3(c) and (d) of the Local Civil Rules of the United States District Court for the Southern District of New York are incorporated by reference into these Document Requests, and are supplemented as permitted by Local Civil Rule 26.3(a) by the definitions and instructions set forth herein.

       2.     The term "SOR" or "the Gallery" means defendant Salander O'Reilly Galleries, LLC (f/k/a Salander O'Reilly Galleries, Inc.), and its present and former members, directors, managers, employees, agents, attorneys and representatives.

       3.     The term "Salander" means defendant Lawrence B. Salander.

       4.     The term "Plaintiff" refers to Earl Davis.

       5.     The term "Works" means the works of art by artist Stuart Davis identified in Exhibit A hereto.

### Instructions

       1.     These discovery requests call for the production of documents that are in your possession, custody or control, including, but not limited to, those in the possession, custody or control of your employees, agents, representatives or attorneys.

2.      You are requested to list any and all documents withheld from production on the grounds of destruction, loss, privilege, or attorney work product, and to specify the grounds or reasons for any objection. With respect to any documents withheld from production on the grounds of privilege or attorney work product, you are requested to supply the following information: (i) the nature of the privilege (including work product) which is being asserted, including the factual and legal basis for the claimed privilege; (ii) the type of document; (iii) the general subject matter of the document; (iv) the date of the document; and (v) such other information as is sufficient to identify the document, including, where appropriate, the author of the document, all addressees and recipients of the document, and, where not apparent, the relationship of the author and each recipient to each other.

3.      If any document requested herein, or any portion thereof, was formerly in your possession, custody or control and has been lost or destroyed or you believe that may be the case, you are requested to submit in lieu of such a document, a written statement identifying the author(s), recipient(s), subject matter, date prepared, date when the document was lost or destroyed, the reason(s) for such destruction, the manner of the destruction, and the identity of the person(s) requesting, authorizing and performing the destruction.

4.      If any information is withheld because such information is stored electronically or optically, you are requested to identify the subject matter of the information, the place or places where such information is maintained and the custodian thereof.

5.      Each document is to be produced as kept in the usual course of business including, but not limited to, the title or other description on the folder or file in which the document(s) produced is located, and is to be labeled to correspond with the specific numbered request set forth herein and in response to which it is being produced. If a document is being

produced in response to more than one such specific request, the label should identify by number

each specific request in response to which it is being produced.  If no responsive documents are

being produced, you should so state.

Dated:  New York, New York
          August 22, 2007

                                    Flemming Zulack Williamson Zauderer LLP

                              By: _____
                                    Dean R. Nicyper (DN-7757)
                                    One Liberty Plaza
                                    New York, New York 10006
                                    (212) 412-9500

                                    Attorneys for Plaintiff Earl Davis


TO:     David E. Mollon, Esq.
        Edwin M. Larkin, Esq.
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166-4193
        (212) 294-6700

        Attorneys for Defendants


295298                              5

## OIL PAINTINGS

Y.4     **Coal Derrick**
1916 - 17, oil on canvas
24 1/8 x 30 in
Reg # 3926

Y.6     **Dogtown (Hillside with Stone Walls)**
c. 1916, oil on canvas
29 1/2 x 23 5/8 in
Reg # 3928

Y.7     **Farmer and Horse, Tioga, PA.**
c. 1919, oil on canvas
24 x 29 3/4 in
Reg # 5313

Y.8     **Airview**
c. 1916, oil on canvas
30 1/4 x 24 1/4 in
Reg # 5322

Y.10     **Mobil Oil**
1916, oil on canvas
23 x 19 in
Reg # 5334

Y.12     **(East) Gloucester-Harbor**
c. 1919, oil on canvas
19 x 23 in
Reg # 5324

Y.14     **Untitled (Rainy Day)**
c. 1918, oil on canvas
23 x 19 1/2 in
Reg # 3947

Y.17     **Summer House**
c. 1916, oil on canvas
18 3/4 x 22 3/4 in

Y.18     **Portrait of a Man**
c.1915, oil on canvas
23 1/8 x 19 1/8 in
Reg # 12760

Y.28    **Bleecker Street**
1913, oil on canvas
38 x 30 in
Reg # 5326

Y.31    **Harbor Scene**
1914, oil on canvas
26 1/8 x 38 1/8 in
Reg # 5343

Y.32    **Woman in Landscape**
1914, oil on board
12 x 16 in
Reg # 14390

Y.41    **Bowsprit**
1916, oil on canvas
23 x 19 in
Reg # 5318

Y.41A    **A Cove, Gloucester Beach**
1916, oil on canvas
30 x 24 in
Reg # 3925

Y.45    **Market and Broad Street,**
**Newark, New Jersey**
1917, oil on paper
16 x 12 1/2 in
Reg # 3938

Y.46    **Windy Night, Newark**
1917
15 1/2 x 11 1/4 in
Reg # 3939

Y.52    **Tioga-Tobacco Fields**
1919, oil on canvas
23 3/4 x 29 3/4 in

Y.53    **Gloucester Landscape**
1919, oil on canvas
23 7/8 x 29 3/4 in
Reg # 5328

Y.57    **Setting Sun, Tioga**
1919, oil on canvas
24 x 30 in
Reg # 5340A

Y.61     **Tree**
1921, oil on canvas
19 7/8 x 25 1/8 in
Reg # 5321

Y.62     **From the Shore (The Sword Plant)**
1921, oil on canvas
15 x 30 in
Reg# 11241

Y.64     **Tree and Urn**
1921, oil on canvas
30 x 19 in
Reg # 4809

Y.65     **Garden Scene**
1921, oil on canvas
20 X 40 in
Reg # 5344A

Y.66     **Wharf**
1921, oil on canvas
15 x 23 in
Reg # 12758

Y68A     **Still-Life with Dial**
1922, oil on canvas
49 3/4 x 32 in

Y.69     **Still Life with Egg Beater**
1922, oil on canvas
12 x 19 in
Reg # 3940

Y69A     **Red Still-Life**
1922, oil on canvas
50 x 32 in

Y.70     **Landscape with Saw**
1922, Oil on board
16 x 12 in
Reg # 2785

Y.74     **Still Life (Any)**
1922, oil on artist board
9 x 6 in
Reg # 10835

**Y74A**    **Brown Still-Life**
1922, oil on canvas
50 × 32 in

**Y.81**    Interior
c.1922, oil on canvas
20 1/8 × 16 /1/8 in
Reg # 3933

**Y.81- B**    **New Mexican Peak**
1923, oil on canvas
22 × 32 1/2 in
Reg # 5310

**Y.81-C**    Mexican Girls
1923, oil on canvas
20 × 16 in
Reg # 4407

**Y.81-D**    Mexican Family
1923, oil on board
20 1/8 × 16 1/8 in
Reg # 4406

**Y.82B**    Indian Com
1924, oil on board
18 3/4 × 24 1/2 in
Reg # 8456

**Y.82C**    Roses in a Vase
1924, oil on board
24 1/8 × 18 in
Reg # 6080

**Y.84A**    **Little Giant Still Life**
**(black and white version)**
1953, oil on canvas
32 7/8 × 43 in
Reg # 11260

**Y84B**    Windshield Mirror
c. 1954, tempera drawing on canvas
54 × 76 in

**Y.86**    The Plan II
1960, oil on canvas
8 × 12 in

Y.88     Twilight in Turkey
        1961, oil on canvas
        14 x 18 in
        Reg # 7198

Y.89     Punchcard Flutter
        1963, oil on canvas
        24 x 32 in

Y.93     Letter and His Ecol (Black & White)
        c. 1962-64, casein on canvas
        24 x 30 in
        Reg # 3956B

Y.96     Theme for Eye Level
        c. 1950, oil on canvas
        14 x 10 in
        Reg # 3342

Y.99     Abstraction
        c. 1922-23, oil on canvas
        32 x 22 in
        Reg # 3345

Y.100    Untitled (Black and White
        Variation on Pochade)
        c. 1958-64, casein on canvas
        45 x 56 in
        Reg # 3346


**WORKS ON PAPER**

O.1      Suffragettes
        1910, watercolor on paper
        13 3/4 x 18 3/4 in
        Reg # 3951

O.11     Chinese Merchant
        1912, watercolor on paper
        14 1/2 x 10 1/2 in
        Reg # 4784

O.13     Portrait of Man with Cap
        1912, watercolor
        10 1/2 x 14 5/8 in
        Reg # 11711

O.23     Woman with Shawl
        1918, watercolor
        22 1/2 x 171/2 in

O.23C    **Glintenkamp on Bleeker**
1911, watercolor
17 3/4 x 23 3/4 in
Reg # 11708

O.23K    **The Plaza**
1918-19, watercolor on paper
18 x 24 in
Reg # 3936

O.27    **Untitled**
1921, watercolor on paper
23 x 17 in
Reg # 3963

O.28    **Greek Letter Backwards**
1921, pencil and watercolor on paper
17 1/4 x 23 in
Reg #3962

O.30A    **Room Interior**
1925, watercolor on paper
12 1 /8 x 9 1/2 in
Reg # 3953

O.40    **Study for Allee**
1955, gouache
8 x 35 in

O.42-A    **Section Study for Allee**
1955, gouache
8 x 11 in

O.44    **Hightstown Turnoff**
1960, casein
11 3/8 x 15 1/4 in

O.47    **On Location**
1963, casein on paper
8 3/8 x 11 5/8 in
Reg # 11264

O.48    **Figure with Pear**
c. 1925, watercolor and pencil on paper
15 x 18 in
Reg # 3958

O.52    **Untitled (Pear)**
1921, watercolor and pencil on paper
17 x 12 1/4 in
Reg # 3959

O.55    **Factory, Gas Pump and Boat**
c. 1930, ink and gouache on paper
10 x 15 1/2 in
Reg # 3945

O.58    **Study for Flying Carpet #2**
1942, gouache
5 x 7 in

O.59    **Study for Flying Carpet #3**
1942, gouache
5 x 7 in

O.61    **Untitled**
Mixed media and watercolor on paper
14 1/2 x 9 1/2 in
Reg # 3954

O.63    **Theater Crowd**
1911, watercolor on paper
14 x 18 1/2 in
Reg # 7161

O.96    **The Saint**
1943, gouache
15 x 20 in


**DRAWINGS**

B.6    **(Abstract Building composition)**
c. 1920' s, ink on paper
16 3/4 x 22 in

B.10    **Composition with Paintings
and Town Square (Studio Interior with "Plaza")**
1925, ink on paper
10 x 11 in
Reg # 11683

B.15-A    **Drugstore Reflection**
1931, ink on paper
11 1/2 x 15 1/4 in

**B.16**   **Study for Radio City Music Hall Mural**
1932, pencil on paper
10 1/2 x 17 in
Reg # 11250

**B.16A**   **Configuration**
1932, gouache and pencil on paper
11 x 14 in
Reg # 16323

**B.18**   **Radio Tube**
1939, pencil on paper
7 1/8 x 4 3/8 in
Reg # 6001

**B.19B**   **Drawing for Report from Rockport**
1940, ink on paper
24 1/2 x 30 1/2 in
Reg # 10834

**B.20**   **Pad Series #1**
1939, pencil on paper
34 1/2 x 19 1/2 in
Reg # 11716

**B.20B**   **Drawing from Pad Series #3**
1939, pencil on paper
32 1/4 x 20 1/4 in
Reg # 4542

**B.29**   **Study for Percolator**
1927, pencil drawing
18 1/8 x 14 1/4 in

**B.50**   **Summer Landscape**
1932, pencil on paper
7 1/8 x 10 3/8 in
Reg # 11715

**B.84**   **New York Study**
undated, pencil on paper
13 1/4 x 8 3/4 in
Reg # 7143

B.86    Clock and Telephone
        c. unknown, ink on paper
        7 1/2 x 5 (sight) in
        Reg # 12827

B.88    (Untitled Drawing 1)
        ink on paper
        7 3/4 x 6 3/4 in

B.89    Study for Hightstown Turnoff
        1960, ink on paper
        4 x 6 in
        Reg # 3557

B.102   Sketch for On Location
        c. 1963, ink and pencil on paper
        4 x 5 7/8 in
        Reg # 3558

B.104   Drawing for Bois
        pencil on paper
        4 11 /16 x 5 9/16 in
        Reg # 4788

B.116   Gloucester Study
        undated, pencil on paper
        3 1/2 x 5 in
        Reg # 7141


SD-4    Drawing for Smiths Cove
        c. 1935, pencil on paper
        15 x 20 in
        Reg # 4804


SKETCHBOOK DRAWINGS

1-1     Sketchbook 1-1
        c. 1931, pencil on paper
        7 3/8 x 11 in
        Reg # 11354

1-13    **Cigar and Hand Held Before View**
**Looking Northwest from Approximately**
**Third Avenue and E. 14th St.**
1930-32, ink on paper
7 3/8 x 7 3/8 in
Reg # 5989

2-13    **6th Avenue E1 from**
**Washington Mkt.**
undated, pencil on paper
9 1/2 x 11 3/4 in
Reg # 10821

3-3    **Sketchbook (Gloucester 3-3)**
c. 19301, pencil on paper
10 3/4 x 14 1/2 in
Reg # 11688

7-15    **Street Scene with Boulanger**
c. 1928, pencil on paper
8 x 10 1/2 in
Reg # 4545

9-4    **Sketchbook #9-4 (Sailboat and Lighthouse)**
c. 1932, pencil on paper
6 x 7 in
Reg # 7132

9-14    **Drawing for Garage Lights**
1932, pencil on paper
7 x 8 in
Reg # 3586

10-4    **Sketchbook #10-4 (Eraldine and Phyllis)**
pencil on paper
7 1/2 x 9 1/3 in
Reg # 7135

10-7    **Sketchbook (Gloucester)**
c. 1930-31, pencil on paper
8 x 10 in
Reg # 16315

11-6    **Sketchbook #11-6**
1932, ink on paper
8 x 10 1/4 in
Reg # 5198

Case 1:07-cv-04165-SHS-DCF    Document 10    Filed 07/09/2007    Page 14 of 15

11~19    **Sketchbook**
         **(Gloucester Abstractions 11-19)**
         1932, ink on paper
         8 x 10 1/4 in
         Reg # 11707

11-20    **Untitled {Sketchbook #11-20)**
         1938, ink on paper
         10 1/4 x 8 in
         Reg # 4551

13-1     **Study for Max II**
         ink on paper
         10 x 8 in
         Reg # 8458

15-5     **Sketchbook (Gloucester 15-5)**
         1933, pencil on paper
         8 x 10 in
         Reg # 11692

16-8     **Sketchbook**
         (Gloucester Dock Scenes 16-8)
         1933, pencil on paper
         8 x 10 in
         Reg # 11702

17-10    **Sketchbook #17-10**
         1936, ink on paper
         6 x 9 in
         Reg # 5200

17-16    **Sketchbook (Gloucester 17-16)**
         1936, pencil on paper
         6 x 9 in
         Reg # 11689

17-18    **Sketchbook #17-18**
         1936, ink on paper
         6 x 9 in
         Reg # 5197

20-6     **Untitled (New York)**
         1938, ink on paper
         7 x 9 1/2 in
         Reg # 6003

**23-1**    **Drawing for Pennsylvania**
1947, pencil drawing on paper
12 x 18 in

**23-3**    **George Wettling Composition**
1947, pencil on paper
12 x 18 in
Reg # 11700

**23-4**    **Rhythm (sic)**
1947, pencil on tracing paper
12 x 18 in

**24-10**    **Detail Study from Pad Series #2**
c. 1946, pencil on paper
8 1/2 x 8 in
Reg # 4549

Exhibit Q

# FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

August 16, 2007

Dean R. Nicyper

**BY HAND**

David E. Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193

Re:    **Davis v. Salander O'Reilly Galleries LLC**
       **07 Civ 4165 (SHS) (DF)**

Dear David:

Enclosed and hereby served on defendants are subpoenas we sent out to be served on the following:

1. Joseph Carroll and Joseph Carroll, Ltd;
2. Marc de Montebello Fine Art;
3. Michael Altman Fine Art;
4. Babcock Galleries;
5. Thea Westreich Fine Art;
6. Simon Parkes Art Conservation;
7. Bernard Goldberg Fine Arts, LLC;
8. Owings Dewey Fine Art;
9. Gerald Peters Gallery; and
10. Carol Craven Gallery

Very truly yours,

Dean R. Nicyper

WRITER'S DIRECT DIAL
(212) 412-9504
dnicyper@fzwz.com

DRN/ac

Enclosures

297080/24243

Exhibit R



STATE OF NEW YORK
DEPARTMENT OF STATE
41 STATE STREET
ALBANY, NY 12231-0001

ELIOT SPITZER
GOVERNOR

LORRAINE A. CORTÉS-VÁSQUEZ
SECRETARY OF STATE

## FILING ACKNOWLEDGMENT
July 13, 2007

CORPORATION SERVICE COMPANY
80 STATE STREET, 6TH FLOOR
ALBANY NY 12207-0000

—

Attached is the acknowledgment copy of your recently submitted filing. This filing consists of a total of one page, which is represented in this acknowledgment. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement Amendment has been assigned Filing Number: 200707130577008, Filing Date: 07/13/2007. This document has been appended to initial Financing Statement Filing Number: 200602100136056, which was filed on 02/10/2006. The initial Financing Statement will lapse on 02/10/2011 unless continued.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 474-4763, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 325676



CSC 50
325670
W DOWN
2007 JUL 13 PM 2:38

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # **200602100136056** | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME Salander-O'Reilly Galleries LLC | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Salander | Lawrence | B. | Mr. |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

A painting, and all proceeds therefrom, by: Jean-Louis-Andre-Theodore Gericault, 1791-1824
The Bride of Abidos, c. 1822-1823
oil on canvas, 6 1/4 x 7 3/8 in. (15.8 x 18.7 cm)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME Joseph P. Carroll Ltd. | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Carroll | Joseph | P. | Mr. |

10. OPTIONAL FILER REFERENCE DATA

**FILING NUMBER: 200707130577008**

# Exhibit S

240121    2005 OCT 19  11 00

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO (Name and Address)

# CSC 50
# DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names |
|---|

| 1a. ORGANIZATION'S NAME |
|---|
| Salander  O'Reilly Galleries Inc |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20 E 79th Street | New York | NY | 10021 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | New York | | ☑ NONE |

| 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names |
|---|

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

| 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) |
|---|

| 3a. ORGANIZATION'S NAME |
|---|
| Joseph P  Carroll Ltd |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Joseph P  Carroll 200 E  66th Street  Suite D-1905 | New York | NY | 10021 | |

4. This FINANCING STATEMENT covers the following collateral:

Painting by Albert Pinkham Rider entitled "Homeward at Twilight  Oil on canvas, laydown on panel  8"x10
Painting by Marsden Hartley entitled  Still Life  Leathery Leaves" or  Leathery Leaves   Oil on board.  25 1/2  x 21 1/2

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

659049 - 5 - Ste

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV  05/22/02)

## FILING NUMBER  200510191124815

DEC 15 2005 11:10AM    Corporation Service Company

KO 9038 P 2

2005 DEC 15 AM11:17

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

326196

2005101912481510V1M05

CSC 50
DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

☐ 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION

3. ☐ CONTINUATION

4. ☐ ASSIGNMENT (full or partial)

5. AMENDMENT (PARTY INFORMATION)

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

SALANDER O'REILLY GALLERIES INC.

7. CHANGED (NEW) OR ADDED INFORMATION

7b. INDIVIDUAL'S LAST NAME

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

SEE ATTACHED

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9a. ORGANIZATION'S NAME

JOSEPH P. CARROLL LTD

759744  565

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 200512151323255**

DEC 15 2005 11 10AM    Corporation Servi e Company          NO 9038  P  3

**326196**    2005 DEC 15  AM 11: 17

**Debtor's Name & Address**
Salander —O'Reilly Galleries Inc
20 East 79 Street
New York NY 10021

**Secured Party's Name & Address**
Joseph P  Carroll Ltd
c/o Joseph P  Carroll
200 East 66 Street, Suite D-1905
New York, NY 10021

**Collateral**
All the artwork described below and all proceeds thereof and substitutions therefor

Albert Pinkham Ryder, 1847-1917
HOMEWARD AT TWILIGHT
Oil on canvas laid down on  panel  8 x 10 in
Original Carrig-Rohane Frame inscribed
   "Carrig-Rohane Shop Inc./ RC & NM Vose/ Boston/1920/ #2521 "

Marsden Hartley, 1877-1943
STILL LIFE  LEATHERY LEAVES, c 1920
Oil on board  25 1/2 x 21 1/2 in
Inscribed in pencil on verso "Leathery Leaves by Marsden Hartley"
Two black ink "AS" Alfred Stieglitz Estate Stamps on verso

Odilon Redon, 1840-1916
PAYSAGE ITALIAN
13 x 18 1/4 in  (33 x 46 5 cm )
Oil on canvas
Signed twice, bottom left and right, " Odilon Redon'

Odilon Redon  1840-1916
HEAD OF CHRIST, c 1895
11 1/2 x 8 1/2 in  (29 x 21 5 cm )
Pastel and gouache on cardboard
Signed "Odilon Redon" lower right

Odilon Redon  1840-1916
HEAD OF WOMAN AND ROSES (Portrait of Camille Redon) c 1881
Charcoal on paper 20 3/4 x 14 3/4 in (52 6 x 37 5 cm )
Signed "Od R" lower left

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

325123

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

2006 JAN 12 AM 11:32

CSC 50
DR/   DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 2005101911124815 10/19/2005 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SALANDER - O'REILLY GALLERIES INC. | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) or ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| SALANDER | LAWRENCE | | | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 22 EAST 71 STREET | NEW YORK | NY | 10021 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | INDIVIDUAL | NEW YORK | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
SOS NY                80 774 3- 010        SGS

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV 05/22/02)

## FILING NUMBER: 200601120039153

**UCC FINANCING STATEMENT AMENDMENT**    325124    2006 JAN 12  AM 11: 32

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

# CSC 50
## `RAW DOWN`

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 200510191124R15 10/19/2005 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SALANDER - O'REILLY GALLERIES INC. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box

Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

SEE ATTACHED COLLATERAL DESCRIPTION

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH P. CARROLL LTD. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| SOS NY           807743-010 |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 200601120039191**

325124     2006 JAN 12  AM 11: 33

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

14 INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

200510191124815

15 NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 15a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | JOSEPH P. CARROLL LTD | | |
| | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |

16 MISCELLANEOUS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**17 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (17a or 17b) - do not abbreviate or combine names

| | 17a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | SALANDER | LAWRENCE | | | |
| | 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 22 EAST 71 STREET | NEW YORK | NY | 10021 | |
| 17d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 17e. TYPE OF ORGANIZATION INDIVIDUAL | 17f. JURISDICTION OF ORGANIZATION NEW YORK | 17g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (18a or 18b) - do not abbreviate or combine names

| | 18a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 18d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 18e. TYPE OF ORGANIZATION | 18f. JURISDICTION OF ORGANIZATION | 18g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**19 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (19a or 19b) - do not abbreviate or combine names

| | 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 19d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 19e. TYPE OF ORGANIZATION | 19f. JURISDICTION OF ORGANIZATION | 19g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**20 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (20a or 20b)

| | 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**21 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (21a or 21b)

| | 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV 05/22/02)

DEBTORS:     Mr. Lawrence Salander
             22 East 71 Street
             New York NY 10021
                                    325124        2006 JAN 12   AM 11: 33
             Salander –O'Reilly Galleries
             22 East 71 Street
             New York NY 10021

SECURED PARTY:   Joseph P. Carroll Ltd
                 c/o Joseph P. Carroll
                 200 East 66 Street, D-1905
                 New York, NY 10021-9190

COLLATERIAL

Collaterial shall include the following works of art and all proceeds therefrom:

Albert Pinkham Ryder, 1847-1917
HOMEWARD AT TWILIGHT
Oil on canvas laid down on  panel, 8 x 10 in.
Original Carrig-Rohane Frame inscribed:
    "Carrig-Rohane Shop Inc / RC & NM Vose/ Boston/1920/ #2521 "

Marsden Hartley, 1877-1943
STILL LIFE: LEATHERY LEAVES, c 1920
Oil on board, 25 1/2 x 21 1/2 in.
Inscribed in pencil on verso: "Leathery Leaves by Marsden Hartley"
Two black ink "AS" Alfred Stieglitz Estate Stamps on verso.

Ralston Crawford, 1906-1978
BOX CAR, 1941 – SOR# 25516
Oil on canvas, 16 x 22 in.

Stuart Davis, 1892-1964
ELITE (BLACK AND WHITE VARIATION ON POCHADE), c 1956-58
Casein on canvas, 45 x 56 in
(Salander-O'Reilly Stuart Davis BLACK AND WHITE catalogue plate seven (#7))

Odilon Redon, 1840-1916
PAYSAGE ITALIAN
13 x 18 1/4 in. (33 x 46.5 cm.)
Oil on canvas, Signed twice, bottom left and right, " Odilon Redon"

Odilon Redon, 1840-1916
HEAD OF CHRIST, c. 1895
11 1/2 x 8 1/2 in. (29 x 21.5 cm.)
Pastel and gouache on cardboard, Signed "Odilon Redon" lower right

Odilon Redon, 1840-1916
HEAD OF WOMAN AND ROSES (PORTRAIT OF CAMILLE REDON), c. 1881
Charcoal on paper, 20 3/4 x 14 3/4 in. (52.6 x 37.5 cm.), Signed "Od.R" lower left