Exhibit A

Simon Parkes Art Conservation, Inc.
502 East 74th Street
New York, New York 10021
Tel. (212) 734-3920
Fax (212) 988-0276
simonparkes@msn.com
mala@simonparkes.com
esther@simonparkes.com

2007 AUG 24 A 8:51

# Fax

| To: | Dean Nicyper | From: | Mala Iqbal |
|---|---|---|---|
| Fax: | 212-964-9200 | Pages: | 3, including cover |
| Phone: | | Date: | 8/21/07 |
| Re: | Stuart Davis painting | CC: | |

Dear Dean,

Attached please find a Salander-O'Reilly Galleries receipt dated February 3, 2006 releasing the Stuart Davis painting *(East) Gloucester-Harbor* to Simon Parkes, and also a receipt dated August 15, 2007 documenting the return of the painting from Simon Parkes to Salander-O'Reilly Galleries.

Best regards,

[signature]

Mala Iqbal

# Salander-O'Reilly Galleries, LLC

20 East 79 Street New York, NY 10021 Tel (212) 879-6606 Fax (212) 744-0655

February 3, 2006

Released To:

Simon Parkes
502 East 74th Street
New York, NY 10021

Stuart Davis, (East) Gloucester-Harbor
c. 1919
oil on canvas
~~19 x 23 in~~
Reg # 5324

---

| RELEASED BY: | RECEIVED BY: |
|---|---|
| CAITLIN FITZGERALD *(print name)* | *(print name)* |
| [signature] *(signature)* | *(signature)* |
| 2/3/06 *(date)* | *(date)* |

Please sign a copy and return to the gallery.
Thank you.

SALANDER-O'REILLY GALLERIES, LLC
22 EAST 71ST STREET, NEW YORK, NY 10021 · TEL (212) 879-6606 · FAX (212) 400-4490

August 15, 2007

Received from

Simon Parkes
502 E. 74th Street
New York, 10021

Stuart Davis, (East) Gloucester-Harbor
c. 1919
oil on canvas
19 x 23 in
Reg # 5324

RELEASED BY:

William THIBADEN
(print name)

[signature]
(signature)

8·15·07
(date)

RECEIVED BY:

E. Giangrando
(print name)

[signature]
(signature)

8/15/07
(date)

Please sign a copy and return to the gallery.
Thank you.