Exhibit C

# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (212) 294-4700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

DAVID E. MOLLON
(212) 294-4748
dmollon@winston.com

July 25, 2007

**BY FEDERAL EXPRESS**
Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006

Re:   **Davis v. Salander O'Reilly Galleries**

Dear Mr. Nicyper:

  Enclosed is a disk with pdf copies of the following documents related to the Stuart Davis inventory once held at Salander O'Reilly Galleries ("Galleries"):

- correspondence between Galleries personnel and Earl Davis;
- inventory lists of Stuart Davis artwork, including past lists and the most recent inventory list;
- copies of invoices for Stuart Davis artwork;
- copies of wire transfers or checks written to Earl Davis on behalf of Galleries; and
- copies of any proposed agreements between Galleries and Earl Davis

  We will likely have additional information to provide, but this is certainly the substantial bulk of what we expect to have.

Very truly yours,

David E. Mollon

cc:   Lawrence B. Salander