Exhibit E

# McClaugherty & Silver, P.C.

*Attorneys at Law*

John K. Silver

55 Old Santa Fe Trail 87501
P.O. Box 8680
Santa Fe, NM 87504-8680

(505) 988-8804
FAX (505) 986-9844
john@mcclaughertyandsilver.com

August 21, 2007

*Via Federal Express*
Dean R. Nicyper, Esquire
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006

Re:   <u>Earl Davis v. Salander O'Reilly Galleries LLC a/k/a Salander O'Reilly
Galleries Inc., and Lawrence B. Salander</u>
USDC/New Mexico No. 07-CIV. 4165 (SHS)(DF)
*Response to Subpoena*

Dear Mr. Nicyper:

I am the attorney for Owings Dewey Fine Arts. Attached to this letter are Owings Dewey
Fine Art's response to your Subpoena in the above-referenced case.

Attached to your Subpoena was a Schedule A which included certain oil paintings, works
on paper, and drawings some of which were consigned to Owings Dewey Fine Art. Owings
Dewey Fine Art has taken this Schedule A and highlighted in yellow the pieces of artwork that
were consigned to it by Salander O'Reilly Galleries LLC. With regard to each highlighted
painting, Owings Dewey Fine Art has attached the requested documents. Names of Owings
Dewey clients have been redacted for privacy reasons.

Once you have reviewed these documents, if you have any further questions, please feel
free to contact me.

Very truly yours,

JOHN K. SILVER

JKS/lcj
Enclosures

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
CONSULTATION | SALES | APPRAISAL

## FACSIMILE

NP 710-27

DATE: 11/12/03

TO: Leigh Morse

FAX NUMBER: (212) 744-0655

PHONE NUMBER:

FROM: Owings-Dewey Fine Art

RE: Reimbursement: Davis Conservation/Framing

PAGES SENT: (Including this one) 4

HARD COPY TO FOLLOW BY MAIL: NO ✓    YES

**CONFIDENTIALITY:**
The information contained in this facsimile may contain confidential information intended for the recipient only. If you are not the intended receiver of this facsimile, or the agent responsible for delivering this to the intended party, you are hereby notified that any discussion, distribution, or copying of this communication is strictly prohibited.

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
info@owingsdewey.com EMAIL | www.owingsdewey.com WEB

*Andolsek Conservation of Fine Paintings, LLC*

1807 Second Street, Studio #8
Santa Fe, NM 87505
Tel: 505.989.4698  Fax: 505.989.4936

# Invoice

*To: Leif Morse*
*FR: Al. Day s*

DATE    2/8/2002

INVOICE #    1838

BILL TO:
Owings-Dewey Fine Art
74 East San Francisco St.
Santa Fe, NM 87501

*Leigh Morse*
*Salander - O'Reilly*
*20 E - 79*
*NY, NY*

*NP 718-14*

| DESCRIPTION | AMOUNT |
|---|---|
| Stuart Davis<br>Tree & Urn<br>30" x 19"<br>oil on canvas<br>signed lower right | 895.00 |

| | Total | $895.00 |
|---|---|---|

*Faxed 2/10/02*
*to Salander*

# Salander-O'Reilly Galleries, LLC

*File Copy*

20 East 79 Street · New York, NY  10021  Tel (212) 879-6606  Fax (212) 744-0655

May 27, 2004

Released To:

Owings-Dewey Fine Art
76 E. San Francisco St.
Santa Fe, NM  87501

NP 71¢-65

Stuart Davis, Garden Scene
1921
oil on canvas
20 X 40 in
Reg # 5344A

........................................................................

**RELEASED BY:**

*William H Boden*
(print name)

*[signature]*
(signature)

5·27·04
(date)

**RECEIVED BY:**

*Nat Owings*
(print name)

*[signature]*
(signature)

30 June 04
(date)

Please sign a copy and return to the gallery.
Thank you.

**THE OWINGS DEWEY COMPANY**
DBA OWINGS-DEWEY FINE ART
PH. 505-982-8244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

22589

95-160/1070

DATE _18 June 04_

PAY TO THE
ORDER OF _Salander - O'Reilly_        $ _145,000._

_one hundred fifty five thousand dollars and no/100_ DOLLARS

**COMMUNITY BANK**
S A N T A   F E
P.O. Box 1390
Santa Fe, NM 87504
(505) 946-3500

NOT NEGOTIABLE

⑆022589⑆ ⑆107001601⑆ 0072204344⑆

THE OWINGS DEWEY COMPANY

DELUXE - FORM DVC-3  V-6

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| | _Sale of 1 Stewart Davies_ _Garden Scene, 1921_ _20X40_ _O/C_ _NP710-65_ | 290,000 | _Due (Total)_ | |
| | | 145,000 | _Leon 1st Paymt_ | |
| | | 145,000 | _Bal Due_ | |

EMPLOYEE

| PERIOD ENDING | EARNINGS | | | | | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | |

V-6

_( 6-9-04 ) - $310,150 - #8374_



# Salander-O'Reilly Galleries, LLC
20 East 79 Street  New York, NY  10021  Tel (212) 879-6606  Fax (212) 744-0655

November 6, 2003

Released To:

Owings-Dewey Fine Art
76 East San Francisco Street
Santa Fe, NM  87501

NP 710-54

Stuart Davis, Still Life with Dial
1922
oil on canvas
49 3/4 x 32 in
Reg # 7883

..........................................................................................

**RELEASED BY:**

William THIBODEN
*(print name)*

_____
*(signature)*

11·6·03
*(date)*

**RECEIVED BY:**

_____
*(print name)*

_____
*(signature)*

11/18/03
*(date)*

Please sign a copy and return to the gallery.
Thank you.

PAGE 1 OF 1

# FACSIMILE

DATE: December 16, 2003

TO: Leigh Morse

FAX NUMBER: 212.744.0655

PHONE NUMBER: 212.879.6606

FROM: Nat Owings

RE: Stuart Davis restoration invoice

PAGES SENT: (Including this one) 3

HARD COPY TO FOLLOW BY MAIL: NO X  YES_____

Dear Leigh:

Nat is sick, very sick he says, and asked that I fax this to you for Andy. I also have a question regarding the A. Friedman "Tugboat" if you could call when you have a chance. Thank you,

Laura

**CONFIDENTIALITY:**
The information contained in this facsimile may contain confidential information intended for the recipient only. If you are not the intended receiver of this facsimile, or the agent responsible for delivering this to the intended party, you are hereby notified that any discussion, distribution, or copying of this communication is strictly prohibited.

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
info@owingsdewey.com EMAIL | www.owingsdewey.com WEB

**Total**   $500.00

**Jolsek Conservation of Fine Paintings, LLC**

1807 Second Street, Studio #8
Santa Fe, NM 87505
Tel: 505.989.4698  Fax: 505.989.4936

# Invoice

| DATE | 11/19/2003 |
|---|---|
| INVOICE # | 2380 |

BILL TO:

Owings-Dewey Fine Art
74 East San Francisco St.
Santa Fe, NM 87501

| DESCRIPTION | AMOUNT |
|---|---|
| Stuart Davis<br>The Dial, 1922<br>49 ¾" x 32"<br>oil on canvas<br>signed and dated upper right | 500.00 |

**Total**     $500.00

**THE OWINGS DEWEY COMPANY**
DBA OWINGS-DEWEY FINE ART
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

21862

DATE 8 Mar 03

95-160/1070

PAY TO THE
ORDER OF    Salander-O'Reilly Galleries    $ 325,000.

three hundred twenty five thousand dollars ad ⁿᵒ/₁₀₀    DOLLAR

**COMMUNITY BANK**
SANTA FE
P.O. Box 1390
Santa Fe, NM 87504
(505) 946-3500

NOT NEGOTIABLE

⑆02 1862⑆ ⑆107001601⑆007220434⑆

THE OWINGS DEWEY COMPANY

DELUXE - FORM DVC-3  V-0

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| $320,000. | 1st Partial Payment on Stuart Davis "Owl" & Radio Tube "$5000. Bal Due = 320,000.— See Invoice #8045, 11/5/03 | 325,000. | | Total Due 645,000. |
| | | | NP410-54 | |

| PERIOD ENDING | EARNINGS | | | | | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | |

V-0



**THE OWINGS DEWEY COMPANY**
DBA OWINGS-DEWEY FINE ART
PH. 505-982-6244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

21960

95-160/ 1070

DATE 6 Dec 03

PAY TO THE ORDER OF *Solander - O'Reilly*                    $ 320,000.

*Three hundred twenty thousand* _____ xx/xx

DOLLARS

**COMMUNITY BANK**
S A N T A   F E
P.O. Box 1390
Santa Fe, NM 87504
(505) 946-3500

( NOT NEGOTIABLE )

⑈021960⑈ ⑆107001601⑆ 0072204 34⑈

THE OWINGS DEWEY COMPANY

DELUXE - FORM DVC-3 V-6

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| | *Sale of:* N° 710-54 *Stuart Davis* "*Still Life w/ Dial 'Radio Tube'* # $320,000 | | *Gerald Quinn CK # 21862* | |
| Dec 03 | *Final Payment - Balance in full invoice #8045, 5/10/03* | | | |

EMPLOYEE

| PERIOD ENDING | EARNINGS | | | | TOTAL EARNINGS | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | |

V-6



# Salander-O'Reilly Galleries, LLC

20 East 79 Street  New York, NY  10021  Tel (212) 879-6606  Fax (212) 744-0655

October 16, 2002

Released To:



Owings-Dewey Fine Art
76 E. San Francisco St.
Santa Fe, NM  87501

Stuart Davis, Still Life with Egg Beater
1922
oil on canvas
12 x 19 in
Reg # 3940

*sold*

*received 10/2/02*

NP710-46

Arthur Dove, Airport
1934
watercolor on paper
5 x 7 in
Reg # 13465

*net 30*   NP710-45

..............................................................................

RELEASED BY:                          RECEIVED BY:

_William Talbot_
*(print name)*                        _____
                                      *(print name)*
_____
*(signature)*  10 16 02              _____
                                      *(signature)*
_____                    _____
*(date)*                              *(date)*

Please sign a copy and return to the gallery.
Thank you.

PAGE 1 OF 1

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
CONSULTATION | SALES | APPRAISAL

## FACSIMILE

NP 710-46

DATE: _15 Feb 2003_

TO: _Leigh Morse_

FAX NUMBER: _212 — 744-0655_

PHONE NUMBER: _212-879-6606_

FROM: _Nat Owings_

RE: _Bill for Restoration of Stuart Davis "Egg Beater"_

PAGES SENT: (Including this one) _4_

HARD COPY TO FOLLOW BY MAIL:     NO _✓_     YES _____

Dear Leigh —

I will get him to give us a 1 paragraph report as well but here is the bill & what he did. I told him the check would come from their — Thanks

**CONFIDENTIALITY:**
The information contained in this facsimile may contain confidential information intended for the recipient only. If you are not the intended receiver of this facsimile, or the agent responsible for delivering this to the intended party, you are hereby notified that any discussion, distribution, or copying of this communication is strictly prohibited.

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
info@owingsdewey.com EMAIL | www.owingsdewey.com WEB

**THE OWINGS DEWEY COMPANY**
DBA OWINGS-DEWEY FINE ART
PH. 505-882-8244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

22893

DATE *1 September 2004*

PAY TO THE ORDER OF *Salander O'Reilly Gallery*          $ *75,000*

*Seventy-five thousand*                                         00/xx — DOLLARS

**COMMUNITY BANK**
S A N T A  F E
P.O. Box 1390
Santa Fe, NM 87504
(505) 946-3300

NOT NEGOTIABLE

⑉022893⑉ ⑉107001601⑉ 0072204314⑉

---

*Song about the mess — SF Inv. 8562*
*8/13/04*

THE OWINGS DEWEY COMPANY

DELUXE - FORM  DVC-3  V-8

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| *1 Sept '04* | *Sale of:* | | | |
| | *① Payment for Security Inv #6,000* | *# 75000.* | | |
| | *Still Life w/ Egg Beater* | *75000. —* | | |
| | *② Sketchbook Page 48 $10,000* | | | |
| | *(Gloucester Dock Scene 168)* | | | |

*# 8562, 8/13/04*

| PERIOD ENDING | EARNINGS | | | | TOTAL EARNINGS | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | | F.I.C.A. | WITHHOLDING U.S. INC TAX | STATE INCOME TAX | | TOTAL DEDUCTIONS | NET PAY |

V-8

*① Still Life w/ Egg Beater*       $65,000. —
         *SOR# 3940*

*② Sketch Book Pge*        $10,000. —
*(Gloucester Dock Scene 168)*
         *SOR# 1702*

THE OWINGS DEWEY COMPANY
DBA OWINGS·DEWEY FINE ART
PH: 505-982-6244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

24103

DATE 18 August 2005

PAY TO THE
ORDER OF  Zaplander O'Reilly Galleries  $ 700,000.

Seven hundred thousand                                    DOLLARS

COMMUNITY BANK    P.O. Box 1390
SANTA FE    Santa Fe, NM 87504
(505) 946-3500

NOT NEGOTIABLE

⑆024103⑆ ⑈107001601⑈ 007220434⑆

THE OWINGS DEWEY COMPANY

DELUXE - FORM DVC-3  V-6

| DATE | DESCRIPTION | AMOUNT | ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 18 Aug 05 | First Payment from Solberg | #700,000. | | |
| | 1) Boudrot - Davis = 335,000. - | | CK # 24096 | |
| | 2) Red - Davis = 335,000. - | | 11 Aug. 05 | |
| | 3) Man w/ Pear - Davis = 30,000. - | | | |
| | 700,000. - | | # 7156, 11/4/05 | |

| PERIOD ENDING | EARNINGS | | | | TOTAL EARNINGS | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | |

# SALANDER-O'REILLY GALLERIES, LLC
### 22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  Fax 212-400-4490

September 8, 2005

Nat Owings
Owings Dewey Fine Art
1 page total
505-983-4215

Dear Nat –

This letter is to confirm our agreement.   The total amount outstanding is currently $999,000.  This amount will be reduced to $960,000 in light of your early payment.  The balance due is $200,000.

Best –

Larry

*Thanks Nat –*

THE OWINGS DEWEY COMPANY
DBA OWINGS-DEWEY FINE ART
PH. 505-982-6244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

24182

95-160/1070

DATE _8 Sept 05_

PAY TO THE
ORDER OF _Salander O'Reilly_        $260,000.

_Two hundred Sixty thousand Dollars and no/100_ _____ DOLLARS

COMMUNITY BANK    P.O. Box 1390
S A N T A   F E    Santa Fe, NM 87504
(505) 946-3500

NOT NEGOTIABLE

⑈024182⑈ ⑆107001601⑆007220434⑈

THE OWINGS DEWEY COMPANY

DELUXE - FORM  DVC-3  V-6

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| | Final Payment in full | 260,000 | Inv# 9156 | 11 Ag 05 |
| | As agreed by Nat Owings & Larry Salander | | | |
| | by phone on sale of 2 Davis oils (Red & Brown | | | |
| | → Inv.# 9157 | | | |
| | and 1 dining work - Man and Pears | | | |
| | Payment was divided from $280,000 by $20,000 to $260,000 for | | | |
| | | | | payment |

| EMPLOYEE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | | | | TOTAL EARNINGS | DEDUCTIONS | | | |
| | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | TOTAL DEDUCTIONS | NET PAY |
| | | | | | | | | | | |

_Second check is for
Red & Brown Still Life_

_Still Life
Man (figure) with Pear was paid in
full in Ck # 24103, 8/18/07_

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION | SALES | APPRAISAL

October 19, 2006

TO:        Andy Kelly, Salander O'Reilly Galleries

FROM:      Nathaniel Owings, Owings-Dewey Fine Art

RE:        Payment due to Owings-Dewey Fine Art on Co-Ventured Marsden Hartley (1/3
           Owings-Dewey Fine Art, 1/3 Salander O'Reilly, 1/3 Gerald Peters)

**APRIL 2006**

Marsden Hartley
*New Mexico Recollection*, c.1922-26
Oil on canvas
21 5/8 x 35 1/4 inches

Sold by SOR in April 2006                            Sale price:    $525,000.

One Third (1/3) share of sale price payable to Owings-Dewey      $175,000.
(please see ODFA invoice #9578, faxed 4/26/06 to Andy Kelly at Salander O'Reilly and
also attached here.)

**MAY 1 2006**

Salander O'Reilly agrees to pay one third (1/3) share $175,000. to Owings-Dewey on
September 15, 2006.  As of October 19, 2006 payment has not yet been received by
Owings-Dewey.

**AUGUST 2006**

Owings-Dewey sold the following SOR Inventory—client payment due to Owings-
Dewey, October 2006.

Stuart DAVIS
*Letter and His Ecol*
Casein on canvas
24 x 30 inches
**SOR INVENTORY #3956B**

**Net to Salander O'Reilly $175,000.** as agreed with Salander O'Reilly and Leigh Morse.

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO  87501 | 505.982.6244 PHONE | 505.983.4215 FAX
INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION | SALES | APPRAISAL

**OCTOBER 19, 2006**

A.  Owings-Dewey will apply the $175,000, payable to Salander O'Reilly on the sale of Stuart Davis *Letter and His Ecol* SOR INVENTORY #3956B as follows:

1. The $175,000, payable from the sale of Davis, will be applied as payment in full for the $175,000, payable to Owings-Dewey on the sale of the co-ventured Marsden Hartley. (Note: Hartley sold by SOR in April 2006, invoiced by Owings-Dewey to SOR 5/26/06, and agreed by SOR and Andy Kelly, to be paid in full by September 15, 2006).

B.  In order to complete the above transaction, the following will be required:

1. Statement/Invoice from Salander O'Reilly showing the following item is paid in full by Owings-Dewey:

Stuart DAVIS
*Letter and His Ecol*
Casein on canvas
24 x 30 inches
**SOR INVENTORY #3956B**

2. Owings-Dewey will in turn provide a statement to Salander O'Reilly showing that the 1/3 share payable on the following item has been paid in full:

Marsden Hartley
*New Mexico Recollection, c.1922-26*
Oil on canvas
21 5/8 x 35 1/4 inches

Agreed

Nathaniel Owings
Owings-Dewey Fine Art

Salander O'Reilly Galleries

PLEASE SIGN AND RETURN TO Owings-Dewey BY FAX (505) 983-4215

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

Invoice

October 19, 2006

Owings-Dewey Fine Art
76 East San Francisco Street
Santa Fe NM  87501

**STUART DAVIS**
Letter and His Ecol
Casein on canvas
24 inches by 30 inches

Price:                                            $175,000.00

To tax/ Shipped out of state

PAID IN FULL

## S T A T E M E N T

Copy

Attn:  Andy Kelly
Salander-O'Reilly Galleries
22 East 71st St.
New York, NY 10021
212.879.6606

|  | CHARGE | CREDIT | BALANCE |
|---|---|---|---|
| 1 May 2006 | Invoice #9578 (1/3 of total sale of $525,000.)<br>**Marsden HARTLEY (1877-1943)**<br>*New Mexico Landscape — Recollections*<br>Oil on canvas<br>21 5/8 x 35 ¼ inches<br>OD3435 / NP710CV-1 / NV-00180-JV |  | $175,000. |

NOTE:  This bill was faxed to Andy Kelly, on 26 April 2006.

By agreement with Larry Salander via Andy Kelly,
this payment is due by mid-September 2006.

| 19 October 2006 | | | |
|---|---|---|---|
|  | As agreed on 19 October 2006 by Nat Owings and Larry Salander:<br>The payable due from Salander O'Reilly on the Hartley noted above,<br>is satisfied by applying the $175,000 payable to Salander O'Reilly from<br>the Owings-Dewey sale of the following: | $175,000. | $  0 |

**Stuart DAVIS (1894-1964)**
*Letter and His Ecol*
Casein on canvas
24 x 30 inches
SO'R Inventory #39563

**BALANCE DUE:**                                                           $  0

Thank You.

Nathaniel O. Owings
DATE: 21 October 2006

THE OWINGS DEWEY COMPANY
D/B/A OWINGS-DEWEY FINE ART
76 EAST SAN FRANCISCO STREET
SANTA FE, NEW MEXICO 87501
505-982-6244



*Re: Davis*
*k Lettons his Book*
*NP710-90*
*2006*

No. 9844

(OK)

1 November 2006                    20____
Reference #9844

SOLD TO
ADDRESS          Salander O'Reilly Gallery
                 Attn: Andy Kelly
                 22 East 71st Street
DELIVER TO       New York, NY 10021
                 212.879.6606

☐ ML

☐ APP

## INVOICE

| ITEM | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| | SALE OF: | | | |
| | Marsden HARTLEY (1877-1943) | Gross Sale: | $525,000. | |
| | *New Mexico Landscape Recollections* | Less 2/3 to Salander O'Reilly Gallery | | |
| | Oil on canvas | and Gerald Peters Gallery: | $350,000. | |
| | 21 5/8 x 35 1/4 inches | | | |
| | OD3435 / NP710CV-1/NV-00180-IV | | | |
| | *Cost 71585 wg* | 1/3 Remaining: | Sub-total: | $175,000. |
| | *Note.* | | | |
| | *1) Sold by Solander OReill — All funds are to ODFA* | | | |
| | *2) ODFA payable to Solander for Davis oi (92,000)* | | | |
| | *(See Inv. #9791,16.4.06  Sold to Vikek)* | | | |
| | *is applied to Hartley received (OD3435) from* | | | |
| | *Solander — This invoice.* | Sub-Total: | $175,000. | |
| | | Delivery: | n/a | |
| | *3) Hartley Pd in full & Davis pd* | Tax: | resale on file | |
| | | | | |
| | *—3001/* | Balance Due: | $175,000. | |

☐ PHONE SALE
No funds recieved or transferred in state.

☐ ALL FUNDS
Mailed from out-of-state

| | | |
|---|---|---|
| SUBTOTAL | | |
| FOB/DELIVERY | | |
| NO TAX/TAX | | |
| BALANCE DUE | | |

TERMS
Nathaniel O. Owings
Owings-Dewey Fine Art

Owings-Dewey Fine Art retains title and assumes all risk of loss (transit insurance) until property is received intact by buyer. Under no circumstances does title
ever transfer before full payment is received by the seller. All applicable state and local use taxes due, are the sole responsibility of they buyer.

*Owings-Dewey Fine Art retains title to and assumes all risk of loss (transit insurance) until property is received intact by the buyer.*
*Under no circumstances does the title ever transfer before full payment is received by the seller.*
*All applicable state and local use taxes due, are the sole responsibility of the buyer.*

Simon Parkes Art Conservation, Inc.
502 East 74th Street
New York, New York 10021
Tel. (212) 734-3920
Fax (212) 988-0276
simonparkes@msn.com

November 2, 2005

Attn: Leigh Morse
Salander-O'Reilly Galleries
22 East 79th Street
New York, NY 10021

## CONDITION REPORT

Stuart Davis
*Untitled (Black and White Variation on Windshield Mirror)*, 1954-64
Caseine on canvas
54 x 76 inches

Essentially, this painting is in perfect, untouched condition. The canvas is on its original stretcher and is still taut and well stretched. Very slight disturbance to the surface in the upper right corner is visible in a raking light, but the paint and gesso is well affixed here as it is everywhere else. The picture has never been cleaned and is completely unretouched, and all of the marks that one sees are original. Although there are a few scuffs to the frame, there do not appear to be any damages or losses to the painting itself.

Davis himself applied a white paint to some of the dark lines, particularly in the upper center and on the extreme left side, and it is his intention to soften these marks, not to obliterate them. These adjustments by the artist are visible under the ultraviolet light, since white paint is used.

We would not recommend any attention to the picture, which should be hung in its current condition.

Yours,

Simon Parkes

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
CONSULTATION | SALES | APPRAISAL

## ANSWER TO REQUEST FOR PRODUCTION, NUMBERS 1-3

**O.27**    **Untitled**
1921, watercolor on paper
23 x 17 inches
Reg #3963

1.) ODFA Payable to SOR of $219,500. for eight items.
Five of the eight items were Stuart Davis works; four of the Davis
items were listed on Schedule A: O.27, O.28, B.16, B.116. The total
payable to SOR for these five Davis works was $124,500. (included in
the $219,500.)

2.) SOR Payable to ODFA $136,187.11, see invoice #10025 and 10026.

3.) Per "Paid in Full Invoice and Settlement" signed January 25, 2007
by Larry Salander and Nathaniel Owings, SOR payable of
$136,187.11 was deducted from ODFA Payable of $219,500. The
resulting balance of $83,312.89 was paid as follows by the direction of
Andy Kelly, Assistant to Larry Salander and Controller:
   a.) SOR was Paid $50,000. by ODFA, payment was made by
   wire transfer, check #25963, 01/25/07,
   b.) LEIGH MORSE was Paid $33,312.89 by ODFA, payment
   was made by check, #25948,  01/26/07

**Documentation:**

1.)    Pricelist from SOR dated 01/28/05
2.)    SOR invoice #7728, dated 08/18/05
3.)    Copy of framing and restoration expenses, 10/12/05, 12/02/05
4.)    Memo faxed to SOR 12/08/06, listing payables to SOR
5.)    Copy of Invoice and Settlement from SOR, dated 01/25/07
6.)    Copy of ODFA check #25963, dated 01/25/07 ($50,000. $25.00 wire fee shown
       on check, dated wire transfer date attached)
7.)    Copy of ODFA invoice #10026 to SOR, dated 01/25/07 for restoration and
       framing expenses including O.27
8.)    Copy of ODFA invoice #10025 to SOR, dated 01/25/07 showing payable to
       ODFA from SOR
9.)    Copy of ODFA check #25948, dated 01/26/07 ($33,312.89 payment to
       L.MORSE)

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION | SALES | APPRAISAL

*FAXED*

## FACSIMILE

DATE: 8 Dec 06

TO: Leigh Morse

FAX NUMBER: 1-212-400-4490

PHONE NUMBER: 1-646-872-2722

FROM: Nat Owings

RE: Summary of Sales & Payables to Solander

PAGES SENT: (Including this one) 5

HARD COPY TO FOLLOW BY MAIL: NO X    YES_____

Hi Leigh —

Attached is a summary sheet and then 2 pages
detailing the items sold and our agreed to rates
to Solander on each item.

Also attached is a summary of the conservation and
framing costs owed to Owings Dewey on the various Davis
works.

The Sales total $ 219,500. — I will suggest to
Andy that I will deduct the frame/conservation
costs and split the balance between ODI Peters
against the missing 4 P.H. Braces. I owe you all —

**CONFIDENTIALITY:**
The information contained in this facsimile may contain confidential information intended for the recipient only. If you are not the intended receiver of this facsimile, or the agent responsible for delivering this to the intended party, you are hereby notified that any discussion, distribution, or copying of this communication is strictly prohibited.

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX

INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
CONSULTATION | SALES | APPRAISAL

### SUMMARY OF OWINGS-DEWEY FINE ART
### PAYABLES TO SALANDER-O'REILLY

### PLEASE SEE ATTACHED SHEETS FOR DETAILS:

A.   **Stuart DAVIS:**
1)   SOR Inventory #3962      *(Greek Letter Backwards)*
2)   SOR Inventory #3963      *(Untitled, 1921)*
3)   SOR Inventory #7141      *(Gloucester Study)*
4)   SOR Inventory #5994      *(View from 53rd Street)*
5)   SOR Inventory #3952      *(Study for Radio City Music Hall Mural, 1932)*

B.   **Suzy FELINGHUYSEN**
1)   SOR Inventory #13222     *(Evening Grosbeaks Set Record)*
2)   SOR Inventory #13284     *(Composition)*

C.   **Thomas Hart BENTON**
1)   SOR Inventory #2337      *(Abstraction #2)*

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
info@owingsdewey.com EMAIL | www.owingsdewey.com WEB

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION | SALES | APPRAISAL

### STUART DAVIS SALES PAYABLE
### TO SALANDER O'REILLY GALLERIES

Stuart DAVIS
*Greek Letter Backwards*, d.1921
Graphite and watercolor on paper
23 1/2 x 18 inches
SOR Inventory #3962

Stuart DAVIS
*Untitled*, d.1921
Graphite and watercolor on paper
24 x 18 1/8 inches
SOR Inventory #3963

(Sold as a pair—part of a much larger sale/net as agreed with Leigh Morse)       SOR NET:     $40,000.

Stuart DAVIS
*Gloucester Study*
Graphite on paper
3 1/2 x 5 inches
NP710-13
SOR INVENTORY #7141

Stuart DAVIS
*View form Fifty-Third Street of the*
          *Third Avenue El Looking Northwest*
Graphite on paper
9 5/8 x 10 1/4 inches
NP710-12
SOR INVENTORY #5994

.(Sold as a pair/net as agreed with Leigh Morse)       SOR NET:     $12,000.

Stuart DAVIS                                      SOR NET:     $72,500.
*Study for Radio City Music Hall Mural*, 1932
Pencil on paper
10 1/2 x 17 inches
SOR INVENTORY #3952

(Net as agreed with Leigh Morse)

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

*Jan-25-2007 12:52pm From-* For Andy Kelly 212-444-4408 fax
FR: Nat Ong 505-983-4215 fax T-027 P.001/001 F-144

→ Put in NP710 file

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

**NP710**

January 25, 2007

Invoice and settlement for

Owings-Dewey Fine Art
76 East San Francisco Street
Santa Fe NM 87501

The following works have been purchased from Salander-O'Reilly Galleries and
Salander-O'Reilly Galleries has been paid in full for their purchase as of this date and per
this agreement:
**Stuart DAVIS**
Greek Letter Backwards
Untitled 1921
Gloucester Study
View from 53rd Street
Study for Radio City Music Hall
**Suzy FRELINGHUYSEN**
Evening Grosbeaks Set Record
Composition
**Thomas Hart BENTON**
Abstraction #2

Further, Salander-O'Reilly Galleries has paid in full to Owings-Dewey Fine Art the
agreed-upon amount for their share in four Patrick Henry Bruce paintings:
**Patrick Henry BRUCE**
Leaves
Lanscape
Old Gate Near Saintes
Landscape Near Saintes

Further, Salander-O'Reilly Galleries has paid in full to Owings-Dewey Fine Art all
conservation and framing costs incurred up to and including this date.


SALANDER-O'REILLY GALLERIES          OWINGS-DEWEY FINE ART
Lawrence Salander                    Nat Owings

CoopPlus
(Pre-Caution Paper Recycling)

THE OWINGS DEWEY COMPANY
DBA OWINGS-DEWEY FINE ART
PH. 505-982-6244
76 E. SAN FRANCISCO ST. ON THE PLAZA
SANTA FE, NM 87501

25936

PAY TO THE
ORDER OF _Community Bank_

DATE _25 January 04_

Wire Transfer to Isabella O'Kelly

$ 50,025.°°

_Fifty-Thousand Twenty-Five_ ————————————— DOLLARS

COMMUNITY BANK
SANTA FE

P.O. Box 1390
Santa Fe, NM 87504
(505) 946-2500

(NOT NEGOTIABLE)

⑈025936⑈ ⑆107001601⑆ ⑈0072204134⑈

THE OWINGS DEWEY COMPANY

1) Pd to Isabella O'Kelly Grills — wire — see Attached 600 4 wire — 50,025.— thank.
2) Pd $ 33,312.89 Pd to L. Nomea BancXXXX c/c#25744   1/26/07

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| | Note: | | | |
| | 1) Payment to Isabella O'Kelly (A4776) | $50,025. | | |
| | Re: 8 Items agreed to OKelly | | | |
| | See Attached Agreement list | | | |
| | Total Amount Due to Isabella inclng | | | |
| | Purch. 2 Dav w/c is $9,200 — See 8 Dec.06 | | | |
| | 3) Total Amount Due to OD & Patrick = $50,025 | | | |
| | =$304/87.11 (See Inv. #100026, 6th 1/26/07 - P.H. Bruce | | | |
| | 4) Balance Payble $ 219,000. Less OD P.H. Bruce | | | |
| | = $83,312.89 Nomea Pd to Isabella | | | |

| EMPLOYEE | PERIOD ENDING | EARNINGS | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS | RATE | AMOUNT EARNED AT REGULAR RATE | OVERTIME AND OTHER | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | TOTAL DEDUCTIONS | NET PAY |

DELUXE - FORM DVC3 V-6

$50,025.— thank.

Per Instructions from Ms Kelly

Jan-26-2007 01:11pm From-

T-028  P.001/001  F-146

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street New York, NY 10021 Telephone 212-879-6606 Fax 212-400-4490

WIRE INSTRUCTIONS SALANDER-O'REILLY

FIRST REPUBLIC BANK
1230 AVENUE OF THE AMERICAS
NEW YORK NY 10124
ABA 321081669
Account name: SALANDER-O'REILLY GALLERIES LLC
Account number: 979000-47238

# OWINGS-DEWEY FINE ART

### A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
### CONSULTATION | SALES | APPRAISAL

## INVOICE

January 25, 2007                                    Reference # 10026

TO:        Salander O'Reilly Gallery
           ATTN: Andy Kelly
           22 East 71st Street
           New York, NY  10021
           (212) 400-4488 Fax

ITEM(S):   **RESTORATION/FRAMING EXPENSES**
           Stuart DAVIS
           (please see attached for inventory numbers)

                              Subtotal:    $16,187.11
                              Tax:         Resale on file
                              Delivery:    Included

                              **Balance due: $16,187.11**

Nathaniel O. Owings
Owings-Dewey Fine Art

Owings-Dewey Fine Art retains title to and assumes all risk of loss (transit insurance) until the buyer receives property intact.  Under
no circumstances does the title ever transfer before the seller receives full payment.

76 EAST SAN FRANCISCO STREET | SANTA FE NEW MEXICO 87501 | 505 982 6244 PHONE | 505.983.4215 FAX
INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION | SALES | APPRAISAL

## CONSERVATION AND FRAMING COSTS TO BE REIMBURSED TO OWINGS-DEWEY FINE ART

| ARTIST | TITLE | COST | OD NUMBER | SOR NUMBER | TYPE |
|--------|-------|------|-----------|-----------|------|
| Stuart Davis | Letter and His Ecol | $1,139.50 | NP710-90 | 3956 | Framing |
| Stuart Davis | Letter and His Ecol | $650.00 | NP710-90 | 3956 | Conservation |
| Stuart Davis | Radio City Music Hall Study | $734.64 | NP710 | 11250 | Framing |
| Stuart Davis | Sword Plant | $425.00 | NP710-28 | 11241 | Conservation |
| Stuart Davis | Figure with Pear | $942.80 | NP710-70 | 3958 | Framing |
| Stuart Davis | Brown | $750.00 | NP710-85 | 10768 | Conservation |
| Stuart Davis | Brown | $1,624.25 | NP710-85 | 10768 | Framing |
| Stuart Davis | Red | $1,625.00 | NP710-86 | 7884 | Conservation |
| Stuart Davis | Red | $1,625.25 | NP710-86 | 7884 | Framing |
| Stuart Davis | Greek | $300.00 | NP710-82 | 3962 | Conservation |
| Stuart Davis | Abstraction/Orange | $335.00 | NP710-81 | 3963 | Conservation |
| Stuart Davis | Greek | $1,297.47 | NP710-82 | 3962 | Framing |
| Stuart Davis | Abstraction/Orange | $1,264.57 | NP710-81 | 3963 | Framing |
| Stuart Davis | Windshield | $1,275.00 | NP710 | | Conservation |
| Stuart Davis | Windshield | $2,198.63 | NP710 | | Framing |
| | | | | | |
| TOTAL | | $16,187.11 | | | |

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
INFO@OWINGSDEWEYFINEART.COM | WWW.OWINGSDEWEYFINEART.COM

25948

THE OWINGS DEWEY COMPANY
DBA OWINGS-DEWEY FINE ART
PH. 505-982-6244
76 E. SAN FRANCISCO ST., ON THE PLAZA
SANTA FE, NM 87501

DATE 26 January '07

PAY TO THE ORDER OF _Leigh Morse_    $33,312.89

_Thirty-three thousand three hundred twelve_ — 89/xx — DOLLARS

COMMUNITY BANK
SANTA FE
P.O. Box 1300
Santa Fe, NM 87504
(505) 954-3300

NOT NEGOTIABLE

⑆0 25948⑆ ⑈10700 8 60 1⑈007 2 204 3 14⑈

THE OWINGS DEWEY COMPANY

DELUXE - FORM DVC-3  V-5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 26 Jan 07 | Payment in full for | $33,312.89 |
| | Any & all proceeds due | |
| | Leigh Morse — Steward | |
| | by Bruce Paul Scarlotti Profitto | |

| | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PERIOD ENDING | HOURS | RATE | AMOUNT EARNINGS REGULAR RATE | OVERTIME AND OTHER | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | TOTAL DEDUCTIONS | NET PAY |
| | | | | | | | | | | | |

EMPLOYEE _Leigh Morse_

THE OWINGS DEWEY COMPANY

| DISTRIBUTIONS | |
|---|---|
| ACCT. NO. | AMOUNT |
| | |

V-5

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART

CONSULTATION   SALES | APPRAISAL

## ANSWER TO REQUEST FOR PRODUCTION, NUMBERS 1-3

16-8     Sketchbook (Gloucester Dock Scenes 16-8)
         1933, pencil on paper
         8 x 10 inches
         Reg #11702
         SOLD: Paid $10,000. Check #25948, 01/26/07

Documentation:

1.)     Pricelist from SOR, dated 01/27/01
2.)     Copy of SOR invoice #7591, dated 08/12/04
2.)     Copy of framing expenses, dated 08/13/04
3.)     Copy of ODFA REDACTED invoice #8262, dated 08/13/04
3.)     Copy of ODFA check #22893, dated 09/07/04

# Salander-O'Reilly Galleries, LLC
20 East 79 Street New York, NY 10021  Tel (212) 879-6606  Fax 212 744 0655

(OK)

Davis works on paper for Owings Dewey Fine Art

Stuart Davis

|  |  | retail | net |
|---|---|---|---|
| NP710-9 | Sketchbook (Gloucester Dock Scene 16-16) 1933 pencil on paper 8 x 10 inches sor.11694  *RTC* | $19,500 | $16,000 |
| IP710-10 | Sketchbook (Gloucester Dock Scenes 16-8) 1933 pencil on paper 8 x 10 inches sor.11702  *Sold Vilcek) 8/13/04* | $14,000  *Schedule A Item# 16.8* | $11,000 |
| P710-11 | Drawing for Smith's Cove c.1935 pencil on paper 15 x 20 inches sor.4804  *RTC via Peters 29 April 02* | $75,000 | $60,000 |
| IP710-12 | View from Fifty-Third Street... Pencil on paper 9 5/8 x 10 1/8 inches sor.5934  *Sold Bagl* | $12,000 | $10,000 |
| P710-13 | Gloucester Study Pencil on paper 3 1/2 x 5 inches sor.7141  *Sold Bagl* | $6,500  *Schedule A Item# B.116* | $5,000 |

From: "Eric T. Larsen" <elarsen@salander.com>
Subject: **Davis Gloucester paintings**
Date: February 18, 2006 3:16:39 PM MST
To: NAT OWINGS <nowings@owingsdewey.com>
✐ 2 Attachments, 1.0 MB    Save ▾    Slideshow

Nat,

Don't know if you'll have an opportunity to check your email before your
trip but I thought I should send these jpgs anyway.

Attached are images of two new Gloucester paintings we received at the
gallery.  Leigh thought they may be of interest to you.

Stuart Davis

Landscape Blue
C.1919
Oil on canvas
19 x 23 inches

Gloucester Landscape
1919
Oil on canvas
24 x 30 inches


See you soon.

Sincerely,

Eric



*File NP710*

# OWINGS-DEWEY FINE ART

A GALLERY FOR 19TH AND 20TH CENTURY AMERICAN ART
CONSULTATION | SALES | APPRAISAL

### STUART DAVIS ITEMS SOLD
### AND DATE SALANDER O'REILLY GALLERIES WAS PAID

STUART DAVIS (1894-1964)

1.) *Still Life with Egg Beater*
$65,000. paid to Salander O'Reilly Galleries with Check #22893, on 09/07/04

2.) *Sketchbook Page*
$10,000. paid to Salander O'Reilly Galleries with Check #22893, on 09/07/04

3.) *Mexican Family*
$120,000. paid to Salander O'Reilly Galleries with Check #23066, on 10/29/04

If you have any questions please contact Nat Owings at Owings-Dewey Fine Art at 505.982.6244.

*List of when these items were paid as requested by Leigh @ Salander*

**FAXED**

*to Leigh Maure — confirmed by phone with Leigh*

*6 Jan. 07*

Nathaniel O. Owings
Owings-Dewey Fine Art

76 EAST SAN FRANCISCO STREET | SANTA FE, NEW MEXICO 87501 | 505.982.6244 PHONE | 505.983.4215 FAX
info@owingsdewey.com EMAIL | www.owingsdewey.com WEB