Exhibit F

> The sender of this message has requested a read receipt. Click here to send a receipt.

## Richter, Matthew

| | | |
|---|---|---|
| **From:** | Antonette Favuzza [afavuzza@salander.com] | **Sent:** Fri 8/17/2007 11:12 AM |
| **To:** | Richter, Matthew | |
| **Cc:** | | |
| **Subject:** | FW: paperwork | |
| **Attachments:** | | |

Can you pull these out for me and make sure we have.

Thanks

-----Original Message-----
From: Leigh Morse [mailto:lmorse@salander.com]
Sent: Thursday, August 16, 2007 5:57 PM
To: Antonette Favuzza; Diane Buckley
Subject: FW: paperwork

It is my understanding that you all have the Davis invoice book.

Can we help Nat get his copies of invoices on these works that he paid us for?

Thanks.

Leigh



------ Forwarded Message
From: Nathaniel Owings <nowings@owingsdewey.com>
Date: Wed, 15 Aug 2007 15:35:21 -0600
To: Leigh Morse <lmorse@salander.com>
Subject: paperwork

Hi Leigh dear- So these are the ones that I paid but have no invoice from SOR telling me what to pay - I'm sure we just did it on the

phone - all of them are early:

1) New Mexico Peak, SOR#5310, Pd. SOR $125,000. on Oct. 1, 2001;   7048 ✓

2) Tree, SOR#5321, Pd. SOR $75,000. on Oct. 25, 2003;   No invoice on file

3) Garden Scene, SOR#5344a, Pd. SOR $$290,000. with 2 checks 6/18/04 & 9/7/04;   7571

4) Two works: Still Life w/ Egg Beater, SOR# 3940, Pd. SOR $65,000., 7591 ✓ 9/7/04 & Gloucester Dock Scene 16-8, SOR# 11702, Pd. SOR $10,000. 9/7/04 - Ch. for both was for $75,000. 9/7/04;

5) Sword Plant, SOR# 11241, Pd. SOR $120,000. on 2/28/05.   7628 ✓

I think that this is all that I have where there is no written instruction from you telling me what to pay. I am sorry to bother you with all of this - I don't even know if we need this.

Let me know and thanks - xx  - N


------ End of Forwarded Message