Exhibit G



**Nicyper, Dean**

**From:** George Bingham [gbingham@peterscorp.com]
**Sent:** Thursday, September 06, 2007 12:31 PM
**To:** Nicyper, Dean
**Subject:** RE: Davis v Salander

Hi Dean,

Nothing of which I am now aware. However, I will ask our IT guy to double check.

George

George F. Bingham
General Counsel
The Peters Corporation
P.O. Box 908 (4056 Cerrillos Road, Suite F-1, 87507)
Santa Fe, New Mexico 87504-0908
505.424.9081, ext. 327
505.424.1890 fax
505.690.5604 cell

This message is intended only for the use of the Addressee and may contain information that is ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Nicyper, Dean [mailto:DNicyper@fzwz.com]
**Sent:** Thursday, September 06, 2007 10:20 AM
**To:** George Bingham
**Subject:** RE: Davis v Salander

Hi George:

Thank you for the response. Did the gallery (either location) receive any such communications from Salander O'Reilly Galleries, prior to August 30th, i.e., between July 1st and August 24th?

Best regards,
Dean

Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
Phone 212-412-9504
Fax 212-964-9200
Email dnicyper@fzwz.com
Web site www.fzwz.com

> This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.
> To reply, please call (212) 412-9500 and delete this e-mail. FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
> http://www.fzwz.com

9/10/2007

-----Original Message-----
**From:** George Bingham [mailto:gbingham@peterscorp.com]
**Sent:** Thursday, September 06, 2007 12:14 PM
**To:** Nicyper, Dean
**Subject:** RE: Davis v Salander

Hi Dean,

People are back from vacation & we are still gathering material. I plan to send tomorrow the material we have to date & will supplement later if new material is located.

A person in our NY gallery received an email on 30 August from Caitlin Fitzgerald at Salander. She is asking for information on Davis works. We have not yet responded. A copy of the email will be in the materials we produce.

Best regards,

George

George F. Bingham
General Counsel
The Peters Corporation
P.O. Box 908 (4056 Cerrillos Road, Suite F-1, 87507)
Santa Fe, New Mexico 87504-0908
505.424.9081, ext. 327
505.424.1890 fax
505.690.5604 cell

This message is intended only for the use of the Addressee and may contain information that is ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Nicyper, Dean [mailto:DNicyper@fzwz.com]
**Sent:** Wednesday, September 05, 2007 7:19 PM
**To:** George Bingham
**Subject:** RE: Davis v Salander

Hi George:

Could you please tell me whether Salander O'Reilly Galleries contacted the Peters Gallery between July 1, 2007 and August 24, 2007 regarding Stuart Davis works of art?

Thank you,
Dean
Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP

One Liberty Plaza, 35th Floor
New York, New York 10006
Phone 212-412-9504
Fax 212-964-9200
Email dnicyper@fzwz.com
Web site www.fzwz.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.

To reply, please call (212) 412-9500 and delete this e-mail.  FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
http://www.fzwz.com


-----Original Message-----
**From:** George Bingham [mailto:gbingham@peterscorp.com]
**Sent:** Wednesday, August 29, 2007 2:08 PM
**To:** Nicyper, Dean
**Subject:** Davis v Salander

Hi Dean,

We are close on gathering the materials per your subpoena.  I hope to have them out by the end of the week.  Meanwhile, as we discussed, please send a copy of your complaint.

Thanks.

George

George F. Bingham
General Counsel
The Peters Corporation
P.O. Box 908 (4056 Cerrillos Road, Suite F-1, 87507)
Santa Fe, New Mexico 87504-0908
505.424.9081, ext. 327
505.424.1890 fax
505.690.5604 cell

This message is intended only for the use of the Addressee and may contain information that is ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**Nicyper, Dean**

---

| | |
|---|---|
| **From:** | William H. Greilsheimer [whg@greils.com] |
| **Sent:** | Thursday, September 06, 2007 11:49 AM |
| **To:** | Nicyper, Dean |
| **Cc:** | 'Steven Levin' |
| **Subject:** | RE: Davis and Carroll subpoena |

I am advised by Mr. Carroll that that there were no such communications during the period.

-----Original Message-----
From: Nicyper, Dean [mailto:DNicyper@fzwz.com]
Sent: Wednesday, September 05, 2007 9:15 PM
To: Steven Levin
Cc: William H. Greilsheimer
Subject: RE: Davis and Carroll subpoena

Could you please tell me whether Salander O'Reilly Galleries contacted either of your clients, Joseph Carroll or Joseph P. Carroll Ltd., between July 1, 2007 and August 24, 2007 regarding Stuart Davis works of art?

Thank you,
Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
Phone 212-412-9504
Fax 212-964-9200
Email dnicyper@fzwz.com
Web site www.fzwz.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you. To reply, please call (212) 412-9500 and delete this e-mail. FLEMMING ZULACK WILLIAMSON ZAUDERER LLP http://www.fzwz.com

**Nicyper, Dean**

**From:** John Silver [john@mcclaughertyandsilver.com]
**Sent:** Thursday, September 06, 2007 10:32 AM
**To:** Nicyper, Dean
**Subject:** RE: Owings Dewey Fine Arts/ Salander O'Reilly Galleries/ and Stuart Davis Works of Art

Dear Mr. Nicyper. Owings Dewey Fine Arts not receive any communication from Salander-O'Reilly Galleries between July 1, 2007 and August 24, 2007. John Silver

---

**From:** Nicyper, Dean [mailto:DNicyper@fzwz.com]
**Sent:** Thursday, September 06, 2007 8:22 AM
**To:** John Silver
**Subject:** RE: Owings Dewey Fine Arts/ Salander O'Reilly Galleries/ and Stuart Davis Works of Art

Dear Mr. Silver:

Thank you for your response. Did Owings Dewey receive any such communications prior to August 31st?

Thank you,
Dean Nicyper
Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
Phone 212-412-9504
Fax 212-964-9200
Email dnicyper@fzwz.com
Web site www.fzwz.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.
To reply, please call (212) 412-9500 and delete this e-mail. FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
http://www.fzwz.com

-----Original Message-----
**From:** John Silver [mailto:john@mcclaughertyandsilver.com]
**Sent:** Thursday, September 06, 2007 10:22 AM
**To:** Nicyper, Dean
**Subject:** RE: Owings Dewey Fine Arts/ Salander O'Reilly Galleries/ and Stuart Davis Works of Art

Dear Mr. Nicyper: Owings Dewey Fine Arts did receive an email from Caitlin Fitzgerald of Sander-O'Reilly Galleries asking if Owings Dewey was in possession of Stuart Davis Works of Art. This email came on August 30, 2007. John Silver

---

**From:** Nicyper, Dean [mailto:DNicyper@fzwz.com]
**Sent:** Wednesday, September 05, 2007 7:24 PM

**To:** John Silver
**Subject:** Owings Dewey Fine Arts/ Salander O'Reilly Galleries/ and Stuart Davis Works of Art

Dear Mr. Silver:

We received the documents you sent in response to our subpoena. Thank you for sending them. Could you please tell me whether Salander O'Reilly Galleries contacted your client, Owings Dewey Fine Arts, between July 1, 2007 and August 24, 2007 regarding Stuart Davis works of art?

Thank you,
Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP

One Liberty Plaza, 35th Floor
New York, New York 10006
Phone 212-412-9504
Fax 212-964-9200
Email dnicyper@fzwz.com
Web site www.fzwz.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.
To reply, please call (212) 412-9500 and delete this e-mail. FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
http://www.fzwz.com

9/10/2007