Exhibit I

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

ARIELLE WARSHALL KATZ
ASSOCIATE
PHONE 212-715-9368
FAX 212-715-8000
AKATZ@KRAMERLEVIN.COM

August 20, 2007

BY FEDEX

Dean R. Nicyper, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

Re:  *Earl Davis v. Salander O'Reilly Galleries LLC*
     07-Civ-4165

Dear Mr. Nicyper:

On behalf of non-party Art Advisory Services, Inc. ("AAS") (f/k/a Thea Westreich Fine Art), I am writing in response to the subpoena dated August 1, 2007 served on AAS by plaintiff Earl Davis (the "Subpoena"). This letter will confirm that you have agreed to AAS producing documents in lieu of deposition testimony.

While AAS objects generally to the Subpoena to the extent it is overly broad, vague and ambiguous, we are producing documents bearing production numbers AAS 000001 through AAS 000022.

Very truly yours,

Arielle Warshall Katz

Enclosures

cc:  Marshall H. Fishman, Esq.

# Salander-O'Reilly Galleries, Inc.
20 East 79 Street, New York, NY 10021. Tel (212) 879-6606

Invoice

February 25, 2000

Thomas H. Lee and Ann Tenenbaum
at
Thomas H. Lee Co.
75 State Street
26th Floor
Boston MA  02109

STUART DAVIS
<u>Twilight in Turkey</u>
1961
Oil on canvas
14 inches by 18 inches

Price:                                                              $500,000.00

<u>Less discount:</u>                                           - 20,000.00

<u>Balance Due:</u>                                          $480,000.00

No tax/ Shipped out of State

Thank you.

AAS 000001

# ART ADVISORY SERVICES
114 GREENE STREET   NEW YORK, NEW YORK 10012
TEL. 212/ 941-9449   FAX 212/ 966-0174

FAXED

## FACSIMILE

| | |
|---|---|
| DATE: | March 13, 2000 |
| TO: | Andrew Kelly |
| COMPANY: | Salander-O'Reilly |
| FAX NUMBER: | 212/ 650-0838 |
| FROM: | Patrick Guglielmo (Patrick@twaas.com) |
| NO. OF PAGES: | 1 |

RE:   Request for invoice

Dear Andrew,

Thank you for verifying that an invoice has been issued to our clients, Mr. Thomas H. Lee and Ms. Ann Tenenbaum for the Stuart Davis piece *Twilight in Turkey*, 1961. While payments are certainly made from the Boston address, Art Advisory Services makes maintains their art collection. We need a copy of the invoice for their records.

Would you be kind enough to forward a copy of the invoice to the fax number listed above. May I also ask that the gallery provide the framed dimensions and general materials used on the frame?

Thank you for your cooperation. Please don't hesitate to call with any questions you may have.

Warmest regards,

Patrick Guglielmo

AAS 000022