```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EARL DAVIS,                                  :     07 Civ. 4165 (SHS)

                Plaintiff,     :

      -against-                              :     ORDER

SALANDER O'REILLY GALLERIES L.L.C. and  :
LAWRENCE B. SALANDER,
                                             :
                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    For the reasons set forth on the record, plaintiff's motion for contempt and for a preliminary injunction [15] is denied;

      2.    The joint pretrial order, proposed jury charges, and any motions *in limine* are due on or before January 22, 2008;

      3.    There will be a final pretrial conference on January 22, 2008, at 4:00 p.m.; and

      4.    The trial of this action will commence on February 11, 2008, at 9:30 a.m.

Dated: New York, New York
       October 10, 2007

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.