USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EARL DAVIS,

              Plaintiff,

      v.

SALANDER-O'REILLY GALLERIES LLC
f/k/a SALANDER-O'REILLY GALLERIES INC.,
and LAWRENCE B. SALANDER

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 07 Civ. 4165 (SHS) (DF)

**ORDER TO SHOW CAUSE
FOR LEAVE TO WITHDRAW
AS ATTORNEYS OF RECORD
FOR DEFENDANT
LAWRENCE B. SALANDER**

Upon the annexed Declaration of David E. Mollón, sworn to on October 17, 2007, the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion for Leave to Withdraw as Attorneys of Record for Defendant Lawrence B. Salander, and upon all prior pleadings and proceedings had herein, it is hereby *ordered that, as set forth in the pretrial conference on Oct. 19, 2007, this application is held in abeyance pending* ~~ORDERED~~ that Plaintiff Earl Davis show cause in Courtroom 23A of the ~~Daniel~~ Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on ~~October~~ Nov. 2, 2007 at __ : 10 A .m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York granting Defendant's Motion for Leave to Withdraw as Attorneys of Record for Defendant Lawrence B. Salander and granting such other and further relief as the Court deems proper; and it is further

      ORDERED that service of a copy of this Order, together with the papers upon which it is made, by hand delivery upon Dean R. Nicyper, Flemming Zulack Williamson

Zauderer LLP, One Liberty Plaza, New York, New York 10006, counsel for Plaintiff, on or before October 19, 2007, shall be deemed good and sufficient service; and it is further

ORDERED, that opposition papers, if any, shall be served by hand delivery upon David E. Mollón, Winston & Strawn LLP, 200 Park Avenue, New York 10166 at or before 5:00 p.m. on ~~October~~ Nov 1, 2007 and reply papers, if any, so as to be received by counsel for Plaintiff's at or before 10 p.m. on ~~October~~ Nov 7, 2007.

Dated: New York, New York
       October 19, 2007

_____
United States District Judge

2

NY:1141544.1