```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL DAVIS,                                    :       07 Civ. 4165 (SHS)

                     Plaintiff,     :

     -against-                                 :       ORDER

SALANDER O'REILLY GALLERIES L.L.C., and :
LAWRENCE B. SALANDER,
                                    :
                   Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     The next conference scheduled before Magistrate Judge Debra Freeman is cancelled; and

       2.     The last day for motions to amend the pleadings or to join additional parties as set forth in Magistrate Judge Freeman's August 27 Order is extended to November 7, 2007.

Dated: New York, New York
       October 19, 2007

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.