USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL DAVIS,                                          :    07 Civ. 4165 (SHS)

                Plaintiff,                        :

      -against-                                 :    ORDER

SALANDER O'REILLY GALLERIES LLC,   :
and LAWRENCE B. SALANDER,

                                   :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held on October 26, with counsel for all parties participating via telephone, with a court reporter present,

       IT IS HEREBY ORDERED that:

       For the reasons set forth on the record, the "Restraining Notice to Garnishee" addressed to First Republic Bank dated October 12, 2007 in the action entitled <u>Saundra B. Lane v. Lawrence Salander and Salander-O'Reilly Galleries, LLC</u>, whose judgment was filed in the United States District Court, Southern District of New York as judgment number 07,1874, is modified solely to the extent of permitting the transfer of up to $750,000.00 for the limited purpose of paying the reasonable legal fees and related costs of preparing bankruptcy petition(s) and related bankruptcy work.

Dated: New York, New York
       October 29, 2007

                                               SO ORDERED:

                                               Sidney H. Stein, U.S.D.J.