# Exhibit C

Present: Hon. Richard B. Lowe III

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ROY LENNOX,                                                :    **ORDER**
                                                           :
               Plaintiff,                    :
                                                           :
  -against-                                               :
                                                           :    Index No. 602917/07
SALANDER-O'REILLY GALLERIES, LLC and                       :
LAWRENCE B. SALANDER,                                      :
                                                           :
               Defendants.                   :
-----------------------------------------------------------X
RENAISSANCE ART INVESTORS, LLC,                            :
TRIPLE S MANAGEMENT, LLC and                               :
OLD MASTER PROPERTIES LLC,                                 :
                                                           :
               Plaintiffs,                   :
                                                           :
  -against-                                               :
                                                           :
SALANDER-O'REILLY GALLERIES, L.                            :
SALANDER LLC and LAWRENCE B.                               :
SALANDER,                                                  :
                                                           :
               Defendants.                   :
-----------------------------------------------------------X

After hearing before the Court on October 19, 2007, at which time counsel for Plaintiffs

Renaissance Art Investors, LLC, Triple S Management, LLC and Old Master Properties LLC

(collectively "RAI"), counsel for Plaintiff Roy Lennox ("Lennox"), counsel for Defendants

Salander-O'Reilly Galleries, L. Salander LLC and Lawrence B. Salander (collectively

"Salander"), and other parties claiming an interest in these proceedings were heard, it is hereby

ORDERED as follows:

    1. Salander's counsel shall immediately arrange for all locks at the Salander O'Reilly
       Gallery ("Gallery") on East 71st Street in New York County to be changed forthwith
       and to make three sets of keys. All new sets of keys shall be maintained by
       Salander's counsel in a locked location and Salander's counsel shall maintain said
       keys and shall not release or give said keys to any person except as authorized by this

Court. No other person or entity, including without limitation Lawrence B. Salander and any other Salander employees or affiliates shall be given a set of the new keys absent court order.

2. Any person or entity who wishes to enter the Gallery shall apply to the Court for permission to enter upon notice to Counsel for RAI, Lennox and Salander. Said application shall set forth the specific reasons for the desired entry and the length of time requested for entry.

3. No person shall enter into the Gallery without the express permission of the Honorable Richard B. Lowe III and reasonable measures shall be taken to provide advance notice to counsel for RAI, Lennox and Salander.

4. An independent forensic expert, the identity of whom will be mutually agreed upon by the parties, shall immediately do the following: (a) take a complete inventory of all art located at the Gallery and shall photograph said inventory and cross reference it with the 643 items listed on spreadsheet listed as Court Exhibit #1 as placed on the record on October 15, 2007; (b) make four "mirror images" of all of the Gallery's computers, databases, server, hard drives, discs or other medium that store electronically or computer information and shall provide one "mirror image" to RAI's counsel, provide one "mirror image" to Lennox's counsel, provide one "mirror image" to Salander's counsel, and retain one forensically-sound "mirror image" in the expert's personal possession; and (c) make copies of and provide to RAI's counsel all books and records referenced in the Order of Court dated October 15, 2007. To the extent that the parties are not able to agree upon the identity of the forensic expert on or before the close of business today on Monday October 23, 2007, the parties shall contact the Court who will then appoint an expert. Except as provided herein, no person shall access the Gallery's Gallery's computers, databases, server, hard drives, discs or other medium that store electronically or computer information without express permission by this Court, including but not limited to any remote access or access by internet or other network.

5. On or before October 23, 2007, Salander shall submit the opinion of a duly-qualified art expert expressing whether or not the Salander gallery is a safe place to store art or maintain the integrity of any art and opine as to the climate control and humidity in the Gallery as it relates to the preservation of any art. Said expert shall advise the Court of any steps that may be required to make it a safe place to store any art or maintain the integrity of any art and/or remain a safe place to store art. Said expert shall disclose his/her credentials and qualifications to make such opinions and shall state the basis for the opinions contained therein.

6. On or before October 22, 2007, Salander shall submit to the Court, with copies to RAI and Lennox, an affidavit swearing to the present location of all of the Subject Art listed on Court Exhibit 1 as placed on the record on October 15, 2007 and all other Subject Art or art that Plaintiff RAI or Lennox may have an interest in within and without the United States of America.

7. On or before October 23, 2007, RAI shall file with the Court a sworn affidavit setting forth the location of all Subject Art that they have removed from the Gallery pursuant to this Court's prior order. RAI shall also advise the court of the conditions where the art is stored and whether it is a safe place to store the art and whether it is a place where the integrity of the art shall be maintained.

8. Any person or entity who claims an interest in art that is physically located in the Salander gallery or otherwise is believed to be in Salander's possession shall confer with counsel for RAI, Lennox and any other person or entity who is known to be claiming an interest, including without limitation those persons and entities who appeared before the Court this morning, in order to determine whether the art in which they claim an interest is part of the Subject Art. RAI and Lennox shall, when requested, provide information regarding the Subject Art in order that this determination may be made.

9. Any person or entity who, after conducting the inquiry referenced in paragraph 8 above, claims an interest in the Subject Art may submit to the Court an order to show cause requesting that it be permitted to intervene in this action as a party hereto. Said orders to show cause shall be submitted on or before October 25, 2007. This paragraph shall not serve to preclude parties from intervening after October 25, 2007 if they can establish to the court they did not have prior notice of the instant proceedings.

10. The Defendants, any person or any entity shall be restrained from and shall refrain from transferring ownership (in whole or in part), selling, relocating or otherwise moving any such Subject Art or art related to Defendants without the express authorization of this Court.

11. All prior Orders of Court remain in effect and are binding upon the parties hereto.

Dated: New York, New York
October 19, 2007

ENTER:

HON. RICHARD B. LOWE, III

Hon. Richard B Lowe III