# Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I served a copy of the foregoing Order to Show Cause for Leave to Withdraw As Attorneys of Record for Defendant Lawrence B. Salander on Defendant Lawrence B. Salander, by hand delivery, upon:

>   Lawrence B. Salander
>   63 East 82nd Street
>   New York, New York 10028
>
>   Defendant

_____
Evelyn Bernal Yaffe

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I served a copy of the foregoing Affirmation of David E. Mollón in Support of Defendant's Motion for Leave to Withdraw As Attorneys of Record for Defendant Lawrence B. Salander on Defendant Lawrence B. Salander, by hand delivery, upon:

>Lawrence B. Salander
>63 East 82nd Street
>New York, New York 10028
>
>Defendant

_____
Evelyn Bernal Yaffe

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I served a copy of the foregoing Defendant's Memorandum of Law in Support of Motion for Leave to Withdraw As Attorneys of Record for Defendant Lawrence B. Salander on Defendant Lawrence B. Salander, by hand delivery, upon:

>Lawrence B. Salander
>63 East 82nd Street
>New York, New York 10028
>
>Defendant

_____
Evelyn Bernal Yaffe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
EARL DAVIS,                         :
                                    :
                  Plaintiff,        :      Case No. 07 Civ. 4165 (SHS) (DF)
                                    :
        v.                          :
                                    :
SALANDER-O'REILLY GALLERIES LLC     :      **AFFIDAVIT SERVICE**
                                    :
f/k/a SALANDER-O'REILLY GALLERIES INC., :
and LAWRENCE B. SALANDER            :
                                    :
                  Defendants.       :
-----------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, JEAN LEONIDAS, being duly sworn, hereby depose and say:

1.   I am over eighteen years of age, am not a party to the above-captioned action and am employed at the offices of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, attorneys for the defendant Salander-O'Reilly Galleries, LLC in the above action.

2.   On the 19th day of October, 2007, at approximately 5:50 pm, I served the **ORDER TO SHOW CAUSE** signed by Judge Stein on October 17th, 2007, together with the **MEMORANDUM OF LAW** and **AFFIRMATION OF DAVID E. MOLLÓN IN SUPPORT** upon Lawrence B. Salander at his residence located at 63 East 82nd Street, New York, by personal delivery of one (1) true copy of each to Josie, a maid at the same address.

_____
JEAN LEONIDAS

Sworn to before me this
1st day of November, 2007.

_____
Notary Public

ALAN WALZ
Notary Public, State of New York
No. 01WA4935002
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 31, 2011