# Exhibit B

Present: Hon. Richard B. Lowe III

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ROY LENNOX,                                              :        **ORDER**
                                                         :
                       Plaintiff,                        :
                                                         :
       -against-                                         :
                                                         :        Index No. 602917/07
SALANDER-O'REILLY GALLERIES, LLC and                     :
LAWRENCE B. SALANDER,                                    :
                                                         :
                       Defendants                        :
-----------------------------------------------------------X
RENAISSANCE ART INVESTORS, LLC,                          :
TRIPLE S MANAGEMENT, LLC and                             :
OLD MASTER PROPERTIES LLC,                               :        Index No. _____
                                                         :
                       Plaintiffs,                       :
                                                         :
       -against-                                         :
                                                         :
SALANDER-O'REILLY GALLERIES, L.                          :
SALANDER LLC and LAWRENCE B.                             :
SALANDER,                                                :
                                                         :
                       Defendants                        :
-----------------------------------------------------------X

Upon hearing argument on application by Plaintiffs Renaissance Art Investors, LLC, Triple S Management, LLC and Old Master Properties LLC in the above captioned action (following transfer of said action from Dutchess County Supreme Court, filed under Index No. 6607/2007, by order dated October 11, 2007 by Honorable Justice Christine A. Sproat), joint application and argument by Plaintiff Roy Lennox in the above-captioned action Index No. 602917/07, and Defendants' counsel having appeared and having been heard and in consideration of the affirmation of Barry I. Slotnick, Esq., all pleadings, affidavits, proceedings before this

court, the October 9, 2007 and the October 11, 2007 restraining orders of Justice Sproat, the prior order of this Court and the record herein, the Court finds that;

One or more grounds for the restraint and attachment of the objects, articles and property described herein exists;

Defendants have disregarded and acted in contravention of orders in both of the above-captioned matters;

The numerous objects, articles and property at the Salander O'Reilly Gallery located at 22 East 71st Street, New York, New York (the "Premises") may be fragile and valuable;

It would be unduly burdensome for the New York County Sheriff to move these objects, articles and property;

In order to prevent accidental damage that may be caused by moving said objects, articles and property;

**IT IS ORDERED** that the New York County Sheriff shall immediately restrain and/or attach all antiques, art, articles, artwork, drawings, fine art, furniture, objects, paintings, pictures, property, sculptures or other assets located at or within the Premises by padlocking or otherwise securing the Salander-O'Reilly Gallery located at 22 East 71st Street, New York, New York and shall prevent the removal, transfer, transportation, relocation or concealment of any antiques, art, articles, artwork, drawings, fine art, furniture, objects, paintings, pictures, property, sculptures or other assets from the Premises;

**IT IS FURTHER ORDERED** that defendants Salander-O'Reilly-Galleries, LLC, L. Salander LLC and Lawrence B. Salander and any employees, agents or any person acting on defendants' behalf shall not be permitted to enter into the Premises without further order of this Court;

IT IS FURTHER ORDERED that Defendants, anyone acting on defendants' behalf, or any person or entity shall not move transfer, transport, relocate, remove, conceal or otherwise hide any antiques, art, articles, artwork, drawings, fine art, furniture, objects, paintings, pictures, property, sculptures or other assets from the Salander-O'Reilly Gallery located at 22 East 71st Street, New York, New York;

IT IS FURTHER ORDERED that all prior orders in the above-captioned matters presently in effect shall continue to remain in full force and effect.

IS IT FURTHER ORDERED that the restraints set forth herein are effective as of October 11, 2007 at 5 p.m. and it is further

ORDERED that the plaintiff's undertaking be and the same is hereby fixed in the sum of $500.00.

Dated: New York, New York
October 12th, 2007

ENTER:

_____
Present: Hon. Richard B. Lowe III
Justice of the Supreme Court of The State of New York

3