```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL DAVIS,                                      :         07 Civ. 4165 (SHS)

                Plaintiff,            :

    -against-                                   :         <u>ORDER</u>

SALANDER O'REILLY GALLERIES LLC,     :
*ET ANO*,
                                   :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.    The motion by Winston & Strawn LLP to withdraw as counsel for defendants [36] is denied without prejudice to its renewal;

       2.    The Order dated October 10, 2007 remains in effect.

Dated: New York, New York
       November 2, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.