USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL DAVIS,                              :     07 Civ. 4165 (SHS)

                Plaintiff,       :

      -against-                         :     ORDER OF DISMISSAL

SALANDER O'REILLY GALLERIES LLC, and     :
LAWRENCE B. SALANDER,
                                      :

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court has been notified that bankruptcy proceedings have been filed involving each of the defendants. Pursuant to 11 U.S.C. § 362, the filing of defendants' bankruptcies requires an automatic stay of this action. In light of the automatic stay,

       IT IS HEREBY ORDERED that this case is dismissed without prejudice to its renewal when and if the stay is lifted.

Dated: New York, New York
       November 6, 2007

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.