EXHIBIT A

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Bankruptcy Case Filing

The following transaction was received from Spelfogel, Douglas E. entered on 11/2/2007 at 10:17 PM and filed on 11/2/2007

**Case Name:**     Lawrence B. Salander and Julie D. Salander  
**Case Number:**   07-36735  
**Document Number:** 1

**Docket Text:**  
Voluntary Petition (Chapter 11). Order for Relief Entered. Federal Income Tax Return Date: 11/09/2007 Filed by Douglas E. Spelfogel of Baker & Hostetler LLP on behalf of Lawrence B. Salander, Julie D. Salander. (Attachments: # (1) List of Top 20 Unsecured Creditors# (2) Matrix) (Spelfogel, Douglas)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** C:\Documents and Settings\rbernard\My Documents\Salander_ Form 1-1 Petition.pdf  
**Electronic document Stamp:**  
[STAMP NYSBStamp_ID=842906028 [Date=11/2/2007] [FileNumber=6272359-0]  
[ab34725e84f3c9b706728b3cee5e8484ebf9115c2a3e21dbc46184fb9285e99dca112  
2d0dcd7e6ca3425edcecb8d67a660d8785718f4256b4781c902b1128134]]  
**Document description:** List of Top 20 Unsecured Creditors  
**Original filename:** C:\Documents and Settings\rbernard\My Documents\Salander_ Top 20 Unsecured Creditors List.pdf  
**Electronic document Stamp:**  
[STAMP NYSBStamp_ID=842906028 [Date=11/2/2007] [FileNumber=6272359-1]  
[696d86ef31d610309aaaa51d47e8aa88790ff828892d3741b923b202b5b21c95e929b  
27b7c4ca663c0f0877b0aa53b6fa26f44908c95c5931f8c1333ad6850a6]]  
**Document description:** Matrix  
**Original filename:** C:\Documents and Settings\rbernard\My Documents\Salander_Matrix.pdf  
**Electronic document Stamp:**  
[STAMP NYSBStamp_ID=842906028 [Date=11/2/2007] [FileNumber=6272359-2]  
[44407d1fc0144b42422e843697c2adbcb24c403cad33f985a783bec56bbee22aaa527  
17b57f70c06b80a2d25f382254c55e8faf8323ef13eb783e22ad1570dfe]]

**07-36735 Notice will be electronically mailed to:**

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

**07-36735 Notice will not be electronically mailed to:**

United States Trustee  
74 Chapel Street  
Albany, NY 12207